# UNITED STATES DISTRICT COURT
**DISTRICT OF MINNESOTA**
Civil No. 02-842 MJD/JGL

Eboni SternJohn and Julius SternJohn,

Plaintiffs,

v.

Robert L. Kreisler, Jr., a/k/a Bob Peterson, a/k/a Robert Peterson, d/b/a Kreisler Real Estate Company, d/b/a Whittier Real Estate Company, d/b/a KT Properties Partnership L.P., d/b/a Whittier Community Apartments, d/b/a Bristol Apartments; Solar Partnership, a/k/a Solar Partnership, L.L.P, a/k/a Solar Partnership I, L.L.P., a/k/a Solar Partnership III, L.L.P., a/k/a Solar Partnership IV, L.L.P., d/b/a Solar Corporation; and Larry Hopfenspirger, d/b/a Hopfenspirger, Realty, Inc.,

Defendants.

**STIPULATION FOR ENTRY OF ORDER RELEASING MINNESOTA DEPARTMENT OF HUMAN RIGHTS DOCUMENTS AND ORDER**

WHEREAS, the undersigned parties wish to obtain copies of all files and documents related to a charge of discrimination filed with the Minnesota Department of Human Rights against any Defendant or by any Plaintiff named in the above-captioned case;

WHEREAS, the production sought includes, but is not limited to, all documents related to the charge of discrimination filed by Stephanie Ball against Robert Kreisler, MDHR File No. HS 19940041 (OAH Docket No. 1-1700-11945-2);

WHEREAS, the Minnesota Department of Human Rights does not contest production of said documents;

THEREFORE, the undersigned parties agree that the following Order may be entered without the necessity of a hearing or further notice.

AUG 28 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: 8/27/02

**MILLER·O'BRIEN**

Maurice W. O'Brien, # 130229
Justin D. Cummins, # 276248
Brendan D. Cummins, # 276236
Sheila M. Stuhlman, # 302995
One Financial Plaza
120 South Sixth Street, Suite 2400
Minneapolis, MN 55402
Telephone: (612) 333-5831

ATTORNEYS FOR PLAINTIFFS EBONI AND JULIUS STERNJOHN

Dated: ____________________

**EDWALL LAW OFFICE**

Alfred H. Edwall, # 166984
70 County Road C West, Suite 704
Little Canada, MN 55117
651-489-7371

ATTORNEY FOR DEFENDANT ROBERT KREISLER AND RELATED ENTITIES

Dated: ____________________

**MILLER·O'BRIEN**

____________________________
Maurice W. O'Brien, # 130229
Justin D. Cummins, # 276248
Brendan D. Cummins, # 276236
Sheila M. Stuhlman, # 302995
One Financial Plaza
120 South Sixth Street, Suite 2400
Minneapolis, MN 55402
Telephone: (612) 333-5831

ATTORNEYS FOR PLAINTIFFS EBONI AND JULIUS STERNJOHN

Dated: 8/23/2002

**EDWALL LAW OFFICE**

____________________________
Alfred H. Edwall, # 166984
70 County Road C West, Suite 704
Little Canada, MN 55117
651-489-7371

ATTORNEY FOR DEFENDANT ROBERT KREISLER AND RELATED ENTITIES

Dated: 8/26/2

**FINE LAW OFFICE**

Robert B. Fine, # 29221
P.O. Box 24192
Edina, MN 55424
612-532-8042

ATTORNEY FOR DEFENDANTS SOLAR PARTNERSHIP, LARRY HOPFENSPIRGER, AND RELATED ENTITIES

**ORDER**

Based on the foregoing Stipulation, IT IS HEREBY ORDERED:

That the Minnesota Department of Human Rights ("MDHR") shall provide counsel for the parties with copies of all files and documents related to any charge of discrimination filed with the MDHR against any Defendant or by any Plaintiff named in StemJohn v. Kreisler, et al. This disclosure shall include, but not be limited to, all documents related to the charge of discrimination filed by Stephanie Ball against Robert Kreisler, MDHR File No. HS 19940041 (OAH Docket No. 1-1700-11945-2). Files produced pursuant to this order will be subject to a protective order. This protective order will prohibit disclosure of the information produced outside of the litigation in SternJohn v. Kreisler, et al. without a court order.

The MDHR documents shall be produced within twenty (20) days from the date of this Order.

Dated: Aug. 29, 2002

The Honorable Jonathan G. Lebedoff