# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Eboni SternJohn and Julius SternJohn,

Plaintiffs,

v.

Robert L. Kreisler, Jr., a/k/a Bob Peterson, a/k/a Robert Peterson, d/b/a Kreisler Real Estate Company, d/b/a Whittier Real Estate Company, d/b/a KT Properties Partnership L.P., d/b/a Whittier Community Apartments, d/b/a Bristol Apartments; Solar Partnership a/k/a Solar Partnership, L.L.P., a/k/a Solar Partnership I, L.L.P., a/k/a Solar Partnership III, L.L.P., a/k/a Solar Partnership IV, L.L.P., d/b/a Solar Corporation; and Larry Hopfenspirger, d/b/a Hopfenspirger, Realty, Inc.,

Defendants.

Court File No.: 02-CV-842 MJD/JGL

**ORDER**

This matter came on before the Court pursuant to the stipulation of the parties. Based upon the stipulation of the parties, and good cause having been shown, the Court hereby Orders as follows:

1. Julius SternJohn, previously known as Julius John, may testify and produce documents relating to a previous employment discrimination action in which he was involved identified as NBCR96110-EM-1A and EEOC26D960086. **IT IS SO ORDERED.**

Dated: Sept. 18, 2002

The Honorable Jonathan G. Lebedoff
United States Chief Magistrate Judge

FILED 9-18-02
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Eboni SternJohn and Julius SternJohn,

Plaintiffs,

v.

Robert L. Kreisler, Jr., a/k/a Bob Peterson, a/k/a Robert Peterson, d/b/a Kreisler Real Estate Company, d/b/a Whittier Real Estate Company, d/b/a KT Properties Partnership L.P., d/b/a Whittier Community Apartments, d/b/a Bristol Apartments; Solar Partnership a/k/a Solar Partnership, L.L.P., a/k/a Solar Partnership I, L.L.P., a/k/a Solar Partnership III, L.L.P., a/k/a Solar Partnership IV, L.L.P., d/b/a Solar Corporation; and Larry Hopfenspirger, d/b/a Hopfenspirger, Realty, Inc.,

Defendants.

Court File No.: 02-CV-842 MJD/JGL

**STIPULATION FOR ORDER OF DISCOVERY**

---

It is hereby stipulated, by and between the parties hereto, by and through their respective counsel, as follows:

1. Plaintiff Julius SternJohn, previously known as Julius John, was engaged in a previous employment discrimination action which, pursuant to the parties' settlement agreement thereto, is confidential; and

2. The parties agree that discovery concerning the facts and circumstances relating to that employment discrimination action may be relevant to the subject matter of this proceeding; and

3. Whereas the file numbers relating to the settled action are NBCR96110-EM-1A and EEOC26D960086.

/1

4. The parties stipulate that the Court may enter an order stating that Julius SternJohn may produce documents and testify regarding the previous employment discrimination action set forth in the above-referenced files and that the Court may enter the attached order.

**EDWALL LAW OFFICE**

Dated: 9/16, 2002

Alfred H. Edwall, Jr., #166984
70 County Road C West, Suite #704
Little Canada, Minnesota 55117
Telephone: (651) 489-7371

**ATTORNEY FOR DEFENDANT ROBERT KREISLER & RELATED ENTITIES**

**MILLER-O'BRIEN**

Dated:____________________, 2002

Justin Cummins, #276248
One Financial Plaza
120 South Sixth Street
Minneapolis, Minnesota 55402
Telephone: (612) 333-5831

**ATTORNEY FOR PLAINTIFFS**

Dated:____________________, 2002

Robert B. Fine, #29221
P.O. Box 24192
Edina, Minnesota 55424-0192
Telephone: (612) 532-8042

**ATTORNEY FOR DEFENDANT LARRY HOPFENSPIRGER & RELATED ENTITIES**

4. The parties stipulate that the Court may enter an order stating that Julius SternJohn may produce documents and testify regarding the previous employment discrimination action set forth in the above-referenced files and that the Court may enter the attached order.

**EDWALL LAW OFFICE**

Dated:________________, 2002

________________________

Alfred H. Edwall, Jr., #166984
70 County Road C West, Suite #704
Little Canada, Minnesota 55117
Telephone: (651) 489-7371

**ATTORNEY FOR DEFENDANT ROBERT KREISLER & RELATED ENTITIES**

**MILLER-O'BRIEN**

Dated: 8/23, 2002

Justin Cummins, #276248
One Financial Plaza
120 South Sixth Street
Minneapolis, Minnesota 55402
Telephone: (612) 333-5831

**ATTORNEY FOR PLAINTIFFS**

Dated:________________, 2002

________________________

Robert B. Fine, #29221
P.O. Box 24192
Edina, Minnesota 55424-0192
Telephone: (612) 532-8042

**ATTORNEY FOR DEFENDANT LARRY HOPFENSPIRGER & RELATED ENTITIES**

4. The parties stipulate that the Court may enter an order stating that Julius SternJohn may produce documents and testify regarding the previous employment discrimination action set forth in the above-referenced files and that the Court may enter the attached order.

**EDWALL LAW OFFICE**

Dated:________________, 2002

______________________________
Alfred H. Edwall, Jr., #166984
70 County Road C West, Suite #704
Little Canada, Minnesota 55117
Telephone: (651) 489-7371

**ATTORNEY FOR DEFENDANT ROBERT KREISLER & RELATED ENTITIES**

**MILLER-O'BRIEN**

Dated: ________________, 2002

______________________________
Justin Cummins, #276248
One Financial Plaza
120 South Sixth Street
Minneapolis, Minnesota 55402
Telephone: (612) 333-5831

**ATTORNEY FOR PLAINTIFFS**

Dated: Sept. 13, 2002

[signature]
Robert B. Fine, #29221
P.O. Box 24192
Edina, Minnesota 55424-0192
Telephone: (612) 532-8042

**ATTORNEY FOR DEFENDANT LARRY HOPFENSPIRGER & RELATED ENTITIES**