UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

STERNJOHN,

v. Civil No.: 02-842 (MJD/JSM)

KREISLER, ET AL.,

USA,

v. Civil No.: 03-3599 (PAM/RLE)

KREISLER, JR., ET AL.,

ORDER OF DIRECTION TO THE CLERK OF COURT
FOR REASSIGNMENT OF RELATED CASE

Case number 02-842 having been assigned to Judge Michael J. Davis and that case 03-3599 having later been assigned to Judge Paul A. Magnuson and said matters being related cases,

IT IS HEREBY ORDERED that case number 03-3599 be assigned to Judge Michael J. Davis, nunc pro tunc, by use of a card on the Civil Rights list of the automated case assignment system, and the Clerk of Court is directed to void and reuse cards on the same list pursuant to this Court's Assignment of Cases Order dated April 2, 2001.

IT IS FINALLY ORDERED that a copy of this order shall be placed in each of the above respective files.

Dated: Oct. 8, 2003

JUDGE MICHAEL J. DAVIS
United States District Court

Dated: October 10, 2003

JUDGE PAUL A. MAGNUSON
United States District Court

FILED 10-15-03
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD.
DEPUTY CLERK