UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Civil No.: 02-842 (MJD/JSM)

EBONI STERNJOHN, et al.,

Plaintiffs,

v.

**NOTICE OF HEARING**

ROBERT KREISLER, et al.,

Defendants.

---

Due to the scheduling of criminal trials, the date certain trial date of February 16, 2004, for the above captioned case is being rescheduled to a later date. A new date certain order will follow.

Dated: Jan 5, 04

Debra C Halfman
DEBRA C HALFMAN
Calendar Clerk to the
Honorable Judge Michael J. Davis

FILED JAN - 6 2004
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD. ______
DEPUTY CLERK ______