UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

EBONI STERNJOHN, et al.,

Plaintiff,

v.

ROBERT L. KREISLER, JR., et al.,

Defendants.

CIVIL NO. 02-842 (MJD/JSM)

ORDER

JANIE S. MAYERON, U.S. Magistrate Judge

The above matter came on before the undersigned upon the May 17, 2004 letter from the Office of Alfred Edwall, Jr., counsel for Robert L. Kreisler, that due to a long-standing spinal injury problem, he is unable at this time to address or appear at any hearings. As of June 9, 2004, Marci Wendt, paralegal to Mr. Edwall, was unable to state when Mr. Edwall would be in a position to resume his representation of his client or to appear at court hearings.

The Court, upon all of the files, records, proceedings herein, and for the reasons stated forth on the record now makes and enters the following Order.

IT IS HEREBY ORDERED that:

1. On or before July 1, 2004, Mr. Edwall shall provide the Court and opposing counsel, in writing, with the following information:

    a. the current status of his medical condition;

    b. whether he anticipates being able to resume his representation of his clients on this case;

c. the date by which he anticipates that he will be able resume his representation of his clients on this case,

d. if he is unable to state whether or when he anticipates he can resume his representation of his clients on this case, his proposal for providing other representation of his clients so that this case can proceed forward.

2. In the event that Mr. Edwall is unable to respond to this Court's request for information as set forth in paragraph 1(a)-(d) above because of his medical condition, then his treating physician shall provide to this Court the information requested in paragraphs 1(a)-(c) above on or before July 1, 2004.

Dated: June 21, 2004

*s/Janie S. Mayeron*
JANIE S. MAYERON
United States Magistrate Judge