·MILLER·O'BRIEN·

A Professional Limited Liability Partnership

ATTORNEYS

One Financial Plaza
120 South Sixth Street, Suite 2400
Minneapolis, MN 55402
(612) 333-5831

FAX (612) 342-2613
E-mail: miller-obrien@miller-obrien.com
Web Address: www.miller-obrien.com

Brendan D. Cummins
Justin D. Cummins
Kelly A. Jeanetta
Nancy J. Miller
Richard A. Miller
M. William O'Brien

Robert J. Alfton
of Counsel

Samuel I. Sigal
1905-1995

PARALEGAL:
Beth M. Clark

June 22, 2004

Clerk of Court
U.S. District Court
District of Minnesota
U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

RECEIVED
BY U.S. MAIL
2004 JUN 23 AM 9:39
CLERK, U.S. DIST COURT
MINNEAPOLIS, MN

Re: StemJohn v. Kreisler, et al.
Court File No.: 02-CV-842 MJD/JSM
Our File No.: 51-4714-001

Dear Sir/Madam:

It has come to our attention that the court includes Sheila M. Stuhlman on its notification list for the above-referenced matter. Please be advised that Ms. Stuhlman is no longer employed at Miller-O'Brien and has no involvement with any of the parties in this matter.

In addition, the court includes Kenneth Hertz on its notification list. Please refer to the Substitution of Attorneys dated April 24, 2002 wherein Robert B. Fine was substituted in for Kenneth Hertz. Further, please refer to the Substitution of Counsel dated May 12, 2003 wherein Patrick J. Sauter was substituted in for Robert B. Fine.

If you have any questions or comments, please do not hesitate to contact us. We appreciate your attention to this matter.

Sincerely,

MILLER·O'BRIEN

Justin D. Cummins

JDC/nmv

cc: Patrick J. Sauter, Esq.
Alfred H. Edwall, Jr., Esq.
Eboni and Julius SternJohn

SCANNED
JUN 23 2004
U.S. DISTRICT COURT MPLS