UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

EBONI STERNJOHN, et al., CIVIL NO. 02-842 (MJD/JSM)

Plaintiffs,

v. ORDER

ROBERT L. KREISLER, JR., et al.,

Defendants.

The above matter came on before the undersigned upon the June 22, 2004 letter to the Court from Mr. Edwall's Office advising that "Due to Mr. Edwall's present health condition and the indeterminable duration of recovery, on July 31, 2004, the Edwall Law Office will close its business." The Court will treat this letter as a Motion to Withdraw as Counsel for defendant Robert L. Kreisler, Jr.

The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED:

1. The Motion to Withdraw as Counsel for defendant Robert L. Kreisler, Jr. is granted.

2. This case is stayed to and including August 27, 2004 for defendant Robert L. Kreisler, Jr. to find alternative counsel. On or before August 27, 2004, new counsel for defendant Robert L. Kreisler, Jr. shall serve and file a Notice of Representation, or defendant Robert L. Kreisler, Jr. shall notify the Court and opposing counsel in writing that he intends to proceed *pro se*.

3. Thereafter, the Court will schedule a telephone conference with the parties or their attorneys to discuss the status of the case and any pending motions. If necessary, the Court will consider amending the Pretrial Scheduling Order at that time.

Dated: July 19, 2004

*s/ Janie S. Mayeron*
JANIE S. MAYERON
United States Magistrate Judge