UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Eboni SternJohn and Julius SternJohn,

Plaintiffs,

v.

Robert L. Kreisler, Jr., a/k/a Bob Peterson, a/k/a Robert Peterson, d/b/a Kreisler Real Estate Company, d/b/a Whittier Real Estate Company, d/b/a KT Properties Partnership L.P., d/b/a Whittier Community Apartments, d/b/a Bristol Apartments; Solar Partnership, a/k/a Solar Partnership, L.L.P., a/k/a Solar Partnership I, L.L.P., a/k/a Solar Partnership III, L.L.P., a/k/a Solar Partnership IV, L.L.P., d/b/a Solar Corporation; and Larry Hopfenspirger, d/b/a Hopfenspirger Realty, Inc.,

Defendants.

Civil No. 02-842 (MJD/JSM)

**NOTICE OF REPRESENTATION**

---

TO: CLERK OF COURT, United States District Court, U.S. Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55415; and EBONI STERNJOHN AND JULIUS STERNJOHN, and their counsel, Brendan D. Cummins and Justin D. Cummins, Miller O'Brien, 1 Financial Plaza, 120 South Sixth Street, Suite 2400, Minneapolis, Minnesota 55402; and SOLAR PARTNERSHIP, A/K/A SOLAR PARTNERSHIP, L.L.P., A/K/A SOLAR PARTNERSHIP I, L.L.P., A/K/A SOLAR PARTNERSHIP III, L.L.P., A/K/A SOLAR PARTNERSHIP IV, L.L.P., D/B/A SOLAR CORPORATION; AND LARRY HOPFENSPIRGER, D/B/A HOPFENSPIRGER REALTY, INC., and their counsel, Patrick J. Sauter, Rider Bennett, 2000 Metro Center, 333 South Seventh Street, Minneapolis, Minnesota 55402.

PLEASE TAKE NOTICE that Mark S. Solheim, David M. Wilk and Angela Beranek Brandt at the law firm of LARSON • KING LLP, located at 2800 Wells Fargo Place, 30 East Seventh Street in the City of St. Paul, Minnesota, hereby appear in the above-captioned action as counsel on behalf of defendants Robert L. Kreisler, Jr., d/b/a Kreisler Real Estate Company, d/b/a Whittier Real Estate Company, d/b/a KT Properties Partnership L.P., d/b/a Whittier

Community Apartments, d/b/a Bristol Apartments. Mr. Solheim, Mr. Wilk and Ms. Brandt should be copied on all subsequent correspondence, pleadings and orders in the above-captioned matter at the address stated herein.

Dated: August 27, 2004

LARSON • KING, LLP

By: s/ David M. Wilk
Mark S. Solheim (#213226)
David M. Wilk (#222860)
Angela Beranek Brandt (#293143)
2800 Wells Fargo Place
30 East Seventh Street
St. Paul, Minnesota 55101
Telephone: (651) 312-6500
Facsimile: (651) 312-6618

**Attorneys for Defendants**
**Robert L. Kreisler, Jr., d/b/a**
**Kreisler Real Estate Company, d/b/a**
**Whittier Real Estate Company, d/b/a**
**KT Properties Partnership L.P., d/b/a**
**Whittier Community Apartments, d/b/a**
**Bristol Apartments**