**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

**Eboni SternJohn and Julius SternJohn v. Robert L. Kreisler, Jr., et al.**

**Court File No. 02-842 (MJD/JSM)**

**CERTIFICATE OF SERVICE**

I hereby certify that on August 27, 2004, I electronically filed:

1. Notice of Representation

with the Clerk of Court by using the ECF which will send a notice of electronic filing to the following:

Brendan D. Cummins and Justin D. Cummins

Patrick J. Sauter

Dated: August 27, 2004

LARSON • KING, LLP

By: s/David M. Wilk
Mark S. Solheim (#213226)
David M. Wilk (#222860)
Angela Beranek Brandt (#293143)
2800 Wells Fargo Place
30 East Seventh Street
St. Paul, Minnesota 55101
Telephone: (651) 312-6500
Facsimile: (651) 312-6618

**Attorneys for Defendants**
**Robert L. Kreisler, Jr., d/b/a**
**Kreisler Real Estate Company, d/b/a**
**Whittier Real Estate Company, d/b/a**
**KT Properties Partnership L.P., d/b/a**
**Whittier Community Apartments, d/b/a**
**Bristol Apartments**