UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Eboni SternJohn et al.,

Plaintiffs,

v.

Robert L. Kreisler, Jr. et al.,

Defendants.

NOTICE OF STATUS CONFERENCE BY TELEPHONE

Civil No. 02-842 (MJD/JSM)

Upon the request of the parties, a Status Conference is set for October 5, 2004, at 10:00 a.m. before The Honorable Janie S. Mayeron, U.S. Magistrate Judge, in Courtroom 628B, U.S. Courthouse, 316 North Robert Street, St. Paul, Minnesota. Counsel for the defendants will initiate the conference call.

Dated: September 2, 2004

*s/Janie S. Mayeron*
JANIE S. MAYERON
United States Magistrate Judge