UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Eboni SternJohn and Julius SternJohn,

Plaintiffs,

v.

Robert L. Kreisler, Jr., a/k/a Bob Peterson, a/k/a Robert Peterson, d/b/a Kreisler Real Estate Company, d/b/a Whittier Real Estate Company, d/b/a KT Properties Partnership L.P., d/b/a Whittier Community Apartments, d/b/a Bristol Apartments; Solar Partnership, a/k/a Solar Partnership, L.L.P., a/k/a Solar Partnership I, L.L.P., a/k/a Solar Partnership III, L.L.P., a/k/a Solar Partnership IV, L.L.P., d/b/a Solar Corporation; and Larry Hopfenspirger, d/b/a Hopfenspirger Realty, Inc.,

Defendants.

Civil No. 02-842 (MJD/JSM)

**MOTION FOR TRIAL CONTINUANCE AND LIMITED ADDITIONAL DISCOVERY**

**ORAL ARGUMENT REQUESTED**

---

TO: Plaintiffs above-named and their attorney, Justin Cummings, Miller O'Brien, One Financial Plaza, 120 South Sixth Street, Minneapolis, MN 55402 and Defendants above-named and their attorneys, Patrick J. Sauter, Rider Bennett, 333 South Seventh Street, Minneapolis, MN 55402.

**MOTION**

The Kreisler Defendants move the Court pursuant to Local Rule 6.1 and Fed. R. Civ. P. 16(b) for an order continuing the trial date and allowing ninety (90) days for additional discovery.

This Motion is based on the Memorandum of Law in Support of Defendant's Motion, as well as the files, proceedings and records herein.

**LARSON • KING, LLP**

By: s/ Angela Beranek Brandt
Mark S. Solheim (#213226)
David M. Wilk (#222860)
Angela Beranek Brandt (#293143)

2800 Wells Fargo Place
30 East Seventh Street
St. Paul, Minnesota 55101
Telephone: (651) 312-6500
Facsimile: (651) 312-6618

**Attorneys for Defendants**
**Robert L. Kreisler, Jr., d/b/a**
**Kreisler Real Estate Company, d/b/a**
**Whittier Real Estate Company, d/b/a**
**KT Properties Partnership L.P.,**
**Whittier Community Apartments,**
**d/b/a, Bristol Apartments**

1105227