UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Eboni SternJohn and Julius SternJohn,

Plaintiffs,

v.

Robert L. Kreisler, Jr., a/k/a Bob Peterson, a/k/a Robert Peterson, d/b/a Kreisler Real Estate Company, d/b/a Whittier Real Estate Company, d/b/a KT Properties Partnership L.P., d/b/a Whittier Community Apartments, d/b/a Bristol Apartments; Solar Partnership, a/k/a Solar Partnership, L.L.P., a/k/a Solar Partnership I, L.L.P., a/k/a Solar Partnership III, L.L.P., a/k/a Solar Partnership IV, L.L.P., d/b/a Solar Corporation; and Larry Hopfenspirger, d/b/a Hopfenspirger Realty, Inc.,

Defendants.

Civil No. 02-842 (MJD/JSM)

**NOTICE OF MOTION FOR TRIAL CONTINUANCE AND LIMITED ADDITIONAL DISCOVERY**

**ORAL ARGUMENT REQUESTED**

---

TO: Plaintiffs above-named and their attorney, Justin Cummings, Miller O'Brien, One Financial Plaza, 120 South Sixth Street, Minneapolis, MN 55402 and Defendants above-named and their attorneys, Patrick J. Sauter, Rider Bennett, 333 South Seventh Street, Minneapolis, MN 55402.

**NOTICE OF MOTION**

**PLEASE TAKE NOTICE** that, on a date and time to be determined, before the Honorable Michael J. Davis of the United States District Court for the District of Minnesota, U.S. Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55415, Defendant Robert L. Kreisler will move for a continuance of the trial date and leave from the Court to conduct additional limited discovery.

**LARSON • KING, LLP**

By: s/ Angela Beranek Brandt

Mark S. Solheim (#213226)
David M. Wilk (#222860)
Angela Beranek Brandt (#293143)

2800 Wells Fargo Place
30 East Seventh Street
St. Paul, Minnesota 55101
Telephone: (651) 312-6500
Facsimile: (651) 312-6618

**Attorneys for Defendants**
**Robert L. Kreisler, Jr., d/b/a**
**Kreisler Real Estate Company, d/b/a**
**Whittier Real Estate Company, d/b/a**
**KT Properties Partnership L.P.,**
**Whittier Community Apartments,**
**d/b/a, Bristol Apartments**

1105182