UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Eboni SternJohn and Julius SternJohn,

Plaintiffs,

v.

Robert L. Kreisler, Jr., a/k/a Bob Peterson, a/k/a Robert Peterson, d/b/a Kreisler Real Estate Company, d/b/a Whittier Real Estate Company, d/b/a KT Properties Partnership L.P., d/b/a Whittier Community Apartments, d/b/a Bristol Apartments; Solar Partnership, a/k/a Solar Partnership, L.L.P., a/k/a Solar Partnership I, L.L.P., a/k/a Solar Partnership III, L.L.P., a/k/a Solar Partnership IV, L.L.P., d/b/a Solar Corporation; and Larry Hopfenspirger, d/b/a Hopfenspirger Realty, Inc.,

Defendants.

Civil No. 02-842 (MJD/JSM)

**AFFIDAVIT OF ANGELA BERANEK BRANDT IN SUPPORT OF NOTICE OF MOTION AND MOTION FOR TRIAL CONTINUANCE AND LIMITED ADDITIONAL DISCOVERY**

STATE OF MINNESOTA)
) ss.
COUNTY OF RAMSEY )

Angela Beranek Brandt, having been first duly sworn upon oath, deposes and states as follows:

1. I am an attorney licensed to practice law in the State of Minnesota. Along with other attorneys from the law firm of Larson King, I am representing the Kreisler Defendants in this matter.

2. The Larson King law firm noticed its appearance in this case on August 27, 2004.

3. Magistrate Judge Janie Mayeron issued an order scheduling a conference

call on October 5, 2004.

4. We subsequently received an order from the Court scheduling this matter for date certain trial on October 25, 2004.

5. In reviewing the existing file in this matter, it has become evident that additional discovery is needed in order to defend this matter.

6. Attached as Exhibit A is a copy of Shrader v. Palos Anesthesia Associates, S. C., 2002 WL 31207327 (N.D.Ill. 2002).

**FURTHER AFFIANT SAYETH NOT.**

Dated: September 17, 2004

By: s/Angela Beranek Brandt
Angela Beranek Brandt, ##293143

Subscribed and sworn to before me
this 17th day of September, 2004.

s/Suzanne M. Leckie
Notary Public