UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Eboni SternJohn and Julius SternJohn,

Plaintiffs,

v.

Robert L. Kreisler, Jr., a/k/a Bob Peterson, a/k/a Robert Peterson, d/b/a Kreisler Real Estate Company, d/b/a Whittier Real Estate Company, d/b/a KT Properties Partnership L.P., d/b/a Whittier Community Apartments, d/b/a Bristol Apartments; Solar Partnership, a/k/a Solar Partnership, L.L.P., a/k/a Solar Partnership I, L.L.P., a/k/a Solar Partnership III, L.L.P., a/k/a Solar Partnership IV, L.L.P., d/b/a Solar Corporation; and Larry Hopfenspirger, d/b/a Hopfenspirger Realty, Inc.,

Defendants.

Civil No. 02-842 (MJD/JSM)

**AFFIDAVIT OF ROBERT L. KREISLER, JR.**

---

STATE OF MINNESOTA )
) ss.
COUNTY OF HENNEPIN)

Robert L. Kreisler, Jr., first being duly sworn, hereby states as follows:

1. I am one of the named defendants in this matter.

2. I was previously represented in this matter by Alfred H. Edwall, Jr., Esq. It is my understanding that in the spring of 2004 Mr. Edwall became completely incapacitated and has closed his practice.

3. It is also my understanding that the condition that led to Mr. Edwall's incapacitation had been affecting him for some time before the spring of 2004.

4. During the time Mr. Edwall represented me, I relied on his judgment and believed that he was completing the work necessary to defend me in this matter.

5. In reviewing the file and discussing this matter with my new attorneys, it has come to my attention that a number of things have not been completed, including work which I believed was being done by Mr. Edwall.

FURTHER AFFIANT SAYETH NOT.

s/Robert L. Kreisler, Jr.
Robert L. Kreisler, Jr.

Subscribed and sworn to before me
this 17th day of September, 2004

s/ David J. Lunda
Notary Public