**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**CERTIFICATE OF SERVICE**

**EBONI STERNJOHN AND JULIUS STERNJOHN V. ROBERT L. KREISLER, JR, ET AL.**
**COURT NO. 02-842 (MJD/JSM)**

I hereby certify that on September 17, 2004, I caused the following documents:

1. Motion for Trial Continuance and Limited Additional Discovery;

2. Notice of Motion for Trial Continuance and Limited Additional Discovery;

3. Memorandum of Law in Support of Continuance and Limited Additional Discovery;

4. Affidavit of Angela Beranek Brandt and Exhibits; and

5. Affidavit of Robert Kreisler

To be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Justin Cummings, Esq.
Miller O'Brien
One Financial Plaza
120 South Sixth Street
Suite 2400
Minneapolis, MN 55402

Patrick J. Sauter, Esq.
Rider Bennett
333 South Seventh Street
Suite 2000
Minneapolis, MN 55402.

I further certify that I caused a copy of the Proposed Order to be mailed by first class mail, postage paid to the above ECF participants.

Dated: September 17, 2004

s/Angela Beranek Brandt
Angela Beranek Brandt (#293143)
Larson • King, LLP
2800 Wells Fargo Place
30 E. Seventh Street
St. Paul, MN 55101
(651) 312-6500