# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Eboni SternJohn and Julius SternJohn,

Plaintiffs,

v.

Robert L. Kreisler, Jr., a/k/a Bob Peterson, a/k/a Robert Peterson, d/b/a Kreisler Real Estate Company, d/b/a Whittier Real Estate Company, d/b/a KT Properties Partnership L.P., d/b/a Whittier Community Apartments, d/b/a Bristol Apartments; Solar Partnership a/k/a Solar Partnership, L.L.P., a/k/a Solar Partnership I, L.L.P., a/k/a Solar Partnership III, L.L.P., a/k/a Solar Partnership IV, L.L.P., d/b/a Solar Corporation; and Larry Hopfenspirger, d/b/a Hopfenspirger Realty, Inc.,

Defendants.

Court File No.: 02-842 (MJD/JSM)

**AFFIDAVIT OF M. WILLIAM O'BRIEN**

STATE OF MINNESOTA )
) SS.
COUNTY OF HENNEPIN )

MAURICE W. O'BRIEN, being first duly sworn on oath, states as follows:

1. I am an attorney of record representing Plaintiffs Eboni and Julius SternJohn. I make this affidavit on personal knowledge in opposition to the Defendant's Motion for Continuance and Additional Discovery.

2. The parties in this case submitted a Joint Rule 26(f) Report on June 11, 2002.

3. This case has been set for trial on the following dates: February 16, 2004, June 2, 2004, and October 25, 2004. This case has also been set for the following trial blocks: October-December 2003 and June-August 2004.

4. On June 17, 2002, Chief Magistrate Judge Lebedoff's Rule 16(b) issued a Pretrial Order. This order required that discovery be closed on February 1, 2003, and that the case be "ready for trial" as of June 1, 2003.

5. The parties in this case have engaged in extensive discovery. The Plaintiffs made disclosures pursuant to Rule 26(a)(1). In addition, the parties conducted discovery under the terms of their Joint Rule 26(f) Report and the terms of Chief Magistrate Judge Lebedoff's Rule 16(b) Pretrial Order, issued on June 17, 2002.

6. The Defendant's prior counsel took the deposition of many individuals, including Eboni SternJohn, Julius SternJohn, Anthony Bittings, La Vern Heller, Nancy Nelson, Cynthia Murphy, and Jody Carr. The Defendant's counsel also deposed Gayla Jones, Dante Pastrano, Mark Mdaka, Irene Mbiti, and Barbara Blevins in its defense of a parallel pattern and practice case that has been initiated by the United States Department of Justice, and which concerns many facts relevant in the above-encaptioned matter.

7. The defendant's deposition of Mrs. SternJohn took approximately two days.

8. In addition to making witnesses available for deposition, the Plaintiffs have provided the Defendant with thousands of pages of documents. The Plaintiffs have supplied the Defendant with at least 3,488 documents to date.

9. Defendants have been provided with much of the documentation that they discuss in their Memorandum, including evidence pertaining to prior discrimination claims and the mental health of the Plaintiffs.

10. Defendant's prior counsel continued to work on this case until at least May of 2004. Defendant's prior counsel took the depositions of witnesses for his defense of the Department of Justice pattern and practice case as late as February 27, 2004.

11. Further delay of this case will be prejudicial to the Plaintiffs. The events and issues that are relevant in this case took place some time ago, and the memories of witnesses who must testify about documents and events are only likely to fade with the passage of more time.

s/Maurice W. O'Brien______________
MAURICE W. O'BRIEN

Subscribed and sworn to before me
this 23rd day of September, 2004.

__s/ Jodi L. Kvern____________________
Notary Public