**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**CERTIFICATE OF SERVICE**

**EBONI STERNJOHN AND JULIUS STERNJOHN V. ROBERT L. KREISLER, JR, ET AL.**

**COURT NO. 02-842 (MJD/JSM)**

I hereby certify that on September 23, 2004, I caused the following documents:

1. Memorandum in Opposition to Defendant's Motion for Trial Continuance and Further Discovery;

2. Affidavit of M. William O'Brien.

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Patrick J. Sauter, Esq.
Rider Bennett
333 South Seventh Street, Suite 2000
Minneapolis, MN 55402

David M. Wilk, Esq.
Larson King
2800 Wells Fargo Place
30 East Seventh Street
St. Paul, MN 55101

Dated: September 23, 2004

**s/ M. William O'Brien**
M. William O'Brien
Attorney I.D. # 130229
MILLER-O'BRIEN
120 South Sixth Street, Suite 2400
Minneapolis, MN 55402
(612) 333-5831

Attorneys for Plaintiffs