THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

Eboni SternJohn and Julius SternJohn,

Plaintiffs,

vs.

Robert L. Kreisler, Jr., a/k/a Bob Peterson, a/k/a Robert Peterson, d/b/a Kreisler Real Estate Company, d/b/a Whittier Real Estate Company, d/b/a KT Properties Partnership L.P., d/b/a Whittier Community Apartments, d/b/a Bristol Apartments; Solar Partnership, a/k/a Solar Partnership L.L.P., a/k/a Solar Partnership I, L.L.P., a/k/a Solar Partnership III, L.L.P., a/k/a Solar Partnership IV., L.L.P., d/b/a Solar Corporation; and Larry Hopfenspirger, d/b/a Hopfenspirger Realty, Inc.,

Defendants.

**SOLAR DEFENDANTS' MEMORANDUM JOINING DEFENDANT ROBERT KREISLER'S MOTION FOR TRIAL CONTINUANCE AND LIMITED ADDITIONAL DISCOVERY**

**Court File No.: 02-CV-842 (MJD/JSM)**

## INTRODUCTION

This case arises out of Plaintiffs Eboni and Julius SternJohn's claims for housing discrimination against the various defendants named above. Robert L. Kreisler, Jr. and his related business entities (hereinafter collectively referred to as "the Kreisler Defendants") have brought a motion to continue the trial and conduct limited discovery. For the reasons stated below, Defendants Solar Partnership, Solar Corporation, and Hopfenspirger (hereinafter collectively referred to as "the Solar Defendants") do not oppose the Kreisler Defendants' motion and concur in their position.

## STATEMENT OF FACTS

The statement of facts upon which the motion is based are set forth in the Kreisler Defendants' Memorandum of Law and are incorporated by reference.

Moreover, in May 2003, the undersigned counsel were substituted in place of the Solar Defendants' prior counsel, Robert B. Fine. *See* Affidavit of Patrick J. Sauter, Exhibit A (hereinafter referred to as "Sauter Aff."). By that time, discovery had closed pursuant to the Court's Pretrial Order and the parties' Stipulation to Extend Discovery. *Id.*, Exhibits B and C. Recognizing there were deficiencies in existing discovery the Solar Defendants' new counsel initiated several discussions with Plaintiffs' counsel, requesting permission to conduct additional, limited discovery. *See* Sauter Aff. Each time Plaintiffs' counsel refused to permit any additional discovery. *Id.*

Additionally, prior to the substitution of counsel for the Solar Defendants, Plaintiffs served and filed a proposed witness list in February 2003. This witness list included several individuals who were not identified in Plaintiff's Rule 26 Initial Disclosures. As a result, in October 2003 and, later, in December 2003, the Solar Defendants again requested that Plaintiffs permit them to conduct additional, limited discovery. Sauter Aff., Exhibits D, E, and F. Plaintiffs denied this request. *Id.*, Exhibits G, H, and I. To date, no additional discovery has been conducted despite the fact the Solar Defendants requested such limited, additional discovery and despite the fact that some basic discovery had not been conducted by the Solar Defendants' prior counsel. *See* Sauter Aff.

## **ARGUMENT**

The Kreisler Defendants have moved for an Order granting a continuance of the trial and permitting additional, limited discovery within the next ninety (90) days. This limited discovery is similar to the additional discovery the Solar Defendants requested following the substitution of counsel, which the Plaintiffs refused to grant. *See* Sauter Aff.

The Kreisler Defendants have set forth with specificity arguments relating to both of these requests, the Solar Defendants adopt by reference all of the arguments set forth in the Kreisler Defendants' memorandum and supporting pleadings.

**CONCLUSION**

For the reasons discussed above, the Solar Defendants join the Kreisler Defendants' motion for a trial continuance and limited, additional discovery.

RIDER BENNETT, LLP

By s/ Patrick J. Sauter

Patrick J. Sauter (95989)
Tina Syring-Petrocchi (251628)
Attorneys for Solar Defendants
333 South Seventh Street
Suite 2000
Minneapolis, MN 55402
Telephone: (612) 340-8900
Facsimile: (612) 340-7900
pjsauter@riderlaw.com

Dated: September 24, 2004