# EXHIBIT INDEX

| NO. | TITLE |
|---|---|
| 1. | Exhibit Index – Affidavit of Patrick J. Sauter in Support of Solar Defendants' Memorandum Joining Defendant Robert Kreisler's Motion for Trial Continuance and Limited Additional Discovery |
| 2. | Exhibit A – Substitution of Counsel |
| 3. | Exhibit B – Pretrial Order dated June 17, 2002 |
| 4. | Exhibit C - Stipulation to Extend Discovery |
| 5. | Exhibit D – October 13, 2003 Letter |
| 6. | Exhibit E – December 9, 2003 Letter |
| 7. | Exhibit F – December 16, 2003 Letter |
| 8. | Exhibit G - October 17, 2003 Letter |
| 9. | Exhibit H – December 10, 2003 Letter |
| 10. | Exhibit I – December 17, 2003 Letter |