THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

Eboni SternJohn and Julius SternJohn,

Plaintiffs,

vs.

Robert L. Kreisler, Jr., a/k/a Bob Peterson, a/k/a Robert Peterson, d/b/a Kreisler Real Estate Company, d/b/a Whittier Real Estate Company, d/b/a KT Properties Partnership L.P., d/b/a Whittier Community Apartments, d/b/a Bristol Apartments; Solar Partnership, a/k/a Solar Partnership L.L.P., a/k/a Solar Partnership I, L.L.P., a/k/a Solar Partnership III, L.L.P., a/k/a Solar Partnership IV., L.L.P., d/b/a Solar Corporation; and Larry Hopfenspirger, d/b/a Hopfenspirger Realty, Inc.,

Defendants.

**SUBSTITUTION OF COUNSEL**

Court File No.: 02-842
(MJD/JGL)

PLEASE TAKE NOTICE that Rider Bennett, LLP, through Patrick J. Sauter and Leondra M. Hanson, have been substituted in place of Robert B. Fine, as counsel for Defendants Solar Partnership, a/k/a Solar Partnership, L.L.P., a/k/a Solar Partnership I, L.L.P., a/k/a Solar Partnership, III, L.L.P., a/k/a Solar Partnership IV, L.L.P., d/b/a Solar Corporation, and Larry Hopfenspirger, in the above-entitled matter.

tabbies EXHIBIT
A

Dated: May 7, 2003

By [signature]
Robert B. Fine (29221)
Former Attorney of Defendant Solar Partnership Corporation and Related Entities and Larry Hopfenspirger
P.O. Box 24192
Edina, Minnesota 55424-0192
(612) 532-8042

RIDER BENNETT, LLP

Dated: May 12, 2003

By [signature]
Patrick J. Sauter (95989)
Leondra M. Hanson (294512)
Attorneys for Defendant Solar Partnership Corporation and Related Entities and Larry Hopfenspirger
333 South Seventh Street
Suite 2000
Minneapolis, MN 55402
(612) 340-7982/340-8975

# AFFIDAVIT OF SERVICE BY MAIL

STATE OF MINNESOTA )
)SS.
COUNTY OF HENNEPIN )

Debra Benesh, being first duly sworn, deposes and states:

That at the City of Blaine, County of Anoka, State of Minnesota and on the 12th day of May, 2003, she served the following document(s):

Substitution of Counsel

by depositing the same into the United States Mail in the City of Minneapolis, County of Hennepin, true and correct copies thereof properly enveloped, with first class, postage prepaid and addressed to:

Justin D. Cummins,
Brendan D. Cummins
Sheila M. Stuhlman
MILLER O'BRIEN
One Financial Plaza
120 South Sixth Street
Suite 2400
Minneapolis, MN 55402

Alfred H. Edwall, Jr.
EDWALL LAW OFFICE
70 County Road C. West
Suite #704
Little Canada, MN 55117

Debra Benesh

Debra Benesh

Subscribed and sworn to before me this
12th day of May, 2003.

Notary Public

LISA M. SCHNEIDER
Notary Public
Minnesota
My Commission Expires Jan. 31, 2006