UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 02-842 (MJD/JGL)

EBONI STERNJOHN, et al.,

Plaintiffs,

v.

**PRETRIAL ORDER**

ROBERT L. KREISLER, JR., et al.,

Defendants.

Pursuant to Rule 16, Fed.R.Civ.P., the following schedule shall control pre-trial proceedings in this case:

1. Estimated length of trial is three to five days;

2. All motions which seek to amend any pleading or to add any parties must be filed prior to September 1, 2002;

3. All parties shall disclose all expert witnesses by November 1, 2002, and reports by December 16, 2002;

4. The period during which the parties may seek discovery shall be completed by February 1, 2003;

5. All non-dispositive motions, specifically those which relate to discovery and the discovery period, must be filed prior to March 1, 2003;

6. Until further notice, all dispositive motions must be noticed, served, filed and heard, in accordance with the local rules, prior to June 1, 2003; and

7. This case will be considered "ready for trial" as of June 1, 2003.

DATED: June 17, 2002

JONATHAN LEBEDOFF
Chief U.S. Magistrate Judge

Filed JUN 17 2002
Richard D. Sletten, Clerk
Judgment Entd.__________
Deputy Clerk__________

EXHIBIT
B