UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

Eboni SternJohn and Julius SternJohn,

Plaintiffs,

vs.

STIPULATION TO EXTEND DISCOVERY

Robert L. Kreisler, Jr., et al.,

Defendants.

Court file no. 02-CV-842 MJD/JGL

The undersigned counsel for the plaintiffs and defendants above do hereby stipulate and consent to the entry of an Order that discovery shall be extended to February 8, 2003 in the above entitled matter for the taking of the Depositions of Anthony Bittings, Nancy Nelson, LaVern Hiller and Allen Lindskoog.

Dated: 1/21/3

Robert B. Fine, #29221
Attorney for Solar and
Hopfenspirger Defendants
P.O. Box 24192
Edina, MN 55424-0192
(612) 532-8042

EXHIBIT

C

Dated: 1/22/03

Alfred H. Edwall, #166984
Attorney for Kreisler Defendants
70 County Road C, #704
Little Canada, MN 55117
(651) 489-7371

Dated: 1/21/03

Justin D. Cummins, #276248
Miller-O'Brien
Attorney for Plaintiffs
2400 One Financial Plaza
Minneapolis, MN 55402
(612) 333-5831