Attorneys at Law
A Limited Liability Partnership

333 South Seventh Street
Suite 2000
Minneapolis, MN 55402

Telephone • 612 • 340 • 8900
Fax • 612 • 340 • 7900
www.riderlaw.com

RIDER BENNETT

**Leondra M. Hanson**
(612) 340-8975
lmhanson@riderlaw.com

October 13, 2003

Justin Cummins, Esq.
Miller O'Brien
One Financial Plaza
120 South Sixth Street, Ste. 2400
Minneapolis, MN 55402

Re: SternJohn v. Kreisler, et al.
Our File: 1746/R29104

Dear Mr. Cummins:

I am writing regarding the witnesses identified in Plaintiffs' witness list that were not in Plaintiffs' Rule 26 initial disclosures. As you know, the Solar Defendants have objected to the late disclosure of those witnesses.

As counsel for Defendant Kreisler noted, parties in litigation in federal court need not serve specific interrogatories regarding witness identity because the parties have a responsibility to provide that information pursuant to Fed. R. Civ. P. 26. Moreover, the fact that the Solar Defendants chose not to depose some of the witnesses who were identified has no bearing on the fact these witnesses were not disclosed. Plaintiffs appear to claim that defendants had "notice" of every one of their former tenants and anyone related to plaintiffs merely by virtue of those relationships. I believe the Court will agree that would not have been a compelling cause to depose, particularly since the plaintiffs had indicated no intent to call the witnesses.

In any event, the purpose of this letter is to determine whether plaintiffs would agree to allow the depositions of these newly identified individuals, and where possible, assist in obtaining the availability of these witnesses. Given that trial has been postponed until February, such depositions may be feasible. Please advise. I look forward to hearing from you.

Very truly yours,

RIDER BENNETT, LLP

By [signature]
Leondra M. Hanson

LMH/dab
cc: Alfred H. Edwall, Esq.
Mr. Mark Solheim, Esq.

EXHIBIT
D