Attorneys at Law
A Limited Liability Partnership

333 South Seventh Street
Suite 2000
Minneapolis, MN 55402

Telephone • 612 • 340 • 8900
Fax • 612 • 340 • 7900
www.riderlaw.com

RIDER BENNETT

**Leondra M. Hanson**
(612) 340-8975
lmhanson@riderlaw.com

December 9, 2003

Justin Cummins, Esq.
Miller O'Brien
One Financial Plaza
120 South Sixth Street, Ste. 2400
Minneapolis, MN 55402

Re: SternJohn v. Kreisler, et al.
Our File: 1746/R29104

Dear Mr. Cummins:

I am writing to attempt once more to address a discovery issue short of filing a motion to compel. Thirteen individuals who were not disclosed in Plaintiffs' Rule 26(a) disclosures or in supplementary disclosures appeared on Plaintiffs' Witness List. Plaintiffs' Witness List does not include phone numbers for any of those 13 people and provides no meaningful information regarding who they are. It does not even indicate which individuals were tenants of Defendant Kreisler.

Additionally, the Solar Defendants have been provided no information regarding which individuals are considered "aggrieved persons" in the United States' action against Kreisler.

Your firm has indicated an unwillingness to allow depositions of any of these individuals because the Solar Defendants did not depose previously listed witnesses. As I have explained before, this response is extremely troubling. It is particularly troubling that the witness overlap supporting the consolidation motion relies almost entirely on witnesses who were not previously listed by the SternJohns.

Accordingly, I am writing with two requests. Please provide a telephone number and a description of how each of the newly identified individuals is related to this case. I am particularly interested in knowing if the government considers these witnesses "aggrieved persons."

1. Stephanie Ball;

EXHIBIT
E

2. Antoinette Connelly;
3. Tojbana Dore;
4. Elizabeth Helmes;
5. Carolyn Holford;
6. Amadi Karekezi;
7. Jean-Piere Karekezi;
8. Cindy Murphy;
9. Nancy Nelson;
10. David Pietrzak;
11. Ibrahim Sow;
12. Melissa Stenberg; and
13. Shawn Swinson-Stafford.

Obviously, should the government's motion be granted, discovery will be extended and the deposition issue will likely be moot. However, if that motion is denied, please be advised we will immediately file a motion to open discovery and compel the depositions of these recently identified witnesses, or to exclude them entirely.

If you have reconsidered your earlier position, which I am hopeful you have, please contact me. I look forward to hearing from you.

Very truly yours,

RIDER BENNETT, LLP

By Leondra M. Hanson
Leondra M. Hanson

LMH/dab
cc: Alfred H. Edwall, Esq.
Mr. Mark Solheim, Esq.