Attorneys at Law
A Limited Liability Partnership

333 South Seventh Street
Suite 2000
Minneapolis, MN 55402

Telephone · 612 · 340 · 8900
Fax · 612 · 340 · 7900
www.riderlaw.com

RIDER BENNETT

**Leondra M. Hanson**
(612) 340-8975
lmhanson@riderlaw.com

December 16, 2003

Justin Cummins, Esq.
Miller O'Brien
One Financial Plaza
120 South Sixth Street, Ste. 2400
Minneapolis, MN 55402

***VIA FACSIMILE***

Re: SternJohn v. Kreisler, et al.
Our File: 1746/R29104

Dear Mr. Cummins:

Thank you for your prompt response to my inquiry regarding the witnesses. It is appreciated. Prior to our meet and confer this afternoon, I wanted to highlight some information for your consideration.

There is no substantive information in any of the discovery regarding the anticipated testimony of Antoinette Connelly or Carolyn Holford. Moreover, the document production, contrary to the assertion in your letter, does not give any substantive information regarding Tojbana Dore, Amadi Karekezi, Jean-Pierre Karekezi, Nancy Nelson or Ibrahim Sow, or of their anticipated testimony - other than an occasional document including them in lists of several tenants of one of the defendants at various points in time. As I have said before, prior to the plaintiff's disclosure of these individuals as potential witnesses there would have been no reason for any party to depose them.

I am aware of the substantial information in the file regarding Stephanie Ball's allegations against Defendant Kreisler. However, it is not compelling to assert that any counsel or the Solar Defendants should have spent resources deposing someone who the plaintiffs never listed as a potential witness.

We are willing to begin scheduling these depositions immediately so that they can be accomplished prior to the trial date. If you do not intend to allow these depositions, in my opinion, the testimony of these witnesses will likely be excluded pursuant to Federal Rule of Civil Procedure 37(c)(1).

I look forward to our meeting this afternoon.

Very truly yours,

RIDER BENNETT, LLP

By [signature]
Leondra M. Hanson

LMH/dab

EXHIBIT
F