MILLER·O'BRIEN
A Professional Limited Liability Partnership
ATTORNEYS
One Financial Plaza
120 South Sixth Street, Suite 2400
Minneapolis, MN 55402
(612) 333-5831

FAX (612) 342-2613
E-mail: miller-obrien@miller-obrien.com
Web Address: www.miller-obrien.com

Brendan D. Cummins
Justin D. Cummins
Kelly A. Jeanetta
Nancy J. Miller
Richard A. Miller
M. William O'Brien

Robert J. Alfton
of Counsel

Samuel I. Sigal
1905-1995

PARALEGAL:
Beth M. Clark

December 10, 2003

**VIA FACSIMILE**

Patrick J. Sauter, Esq.
Leondra M. Hanson, Esq.
RIDER BENNETT, L.L.P.
333 South Seventh Street, Suite 2000
Minneapolis, MN 55402

Re: SternJohn v. Kreisler, et al.
Court File No.: 02-842 MJD/JSM
Our File No.: 51-4714-01

Dear Counsel:

I write in response to Leondra Hanson's letter to me, dated December 9, 2003. As a threshold matter, Fed.R.Civ.P. 37 requires a party to meet and confer before bringing a motion to compel. Be advised that we are willing to meet and confer with you about whether there is a legitimate basis for you to take the deposition of numerous witnesses long after discovery has closed.

In Ms. Hanson's letter, you demand that the SternJohns provide a telephone number and additional information about more than one dozen witnesses. As you know, the governing Order states that the witness list "shall include the names and addresses of the witnesses, along with a short statement of the substance of the expected testimony of each witness." See Order of the Honorable Michael J. Davis, dated August 14, 2003, at ¶ 1.C. We believe that we have complied fully with the Court's Order.

In any event, I note that neither your clients nor Defendant Kreisler have provided the information you now demand from the SternJohns. It also seems that you are seeking discovery concerning the United States' pattern-and-practice case. For such discovery, I refer you to Rigel Oliveri, Department of Justice counsel.

EXHIBIT
H

As a professional courtesy to you, and in an effort to resolve the apparent dispute amicably, I provide additional information below about the witnesses you identified in your December 9 letter to me.

David Pietrzak and Cindy Murphy have already been deposed in this case.

Stephanie Ball is a former tenant of Defendant Kreisler; the Minnesota Department of Human Rights ("MDHR") found probable cause in her case and sued Defendant Kreisler on her behalf. Pursuant to the Joint Stipulation with your clients, dated August 27, 2002, and the Court's Order in this case, dated August 29, 2002, your clients have had full access to the entire Stephanie Ball file for over one year.

Pursuant to the Joint Stipulation with your clients and the Court's Order in this case, your clients also have had full access to the statements made and documents submitted by Melissa Stenberg and Elizabeth Helmes to the MDHR.

Shawn Swinson-Stafford is on staff with the MDHR, and the SternJohns produced his affidavit (with attachments) during discovery in this case.

Antoinette Connelly interacted with Defendant Kreisler when inquiring about the availability of apartments, and Carolyn Holford is Mrs. SternJohn's mother.

Finally, Tojbana Dore, Amadi Karekezi, Nancy Nelson, Jean-Pierre Karekezi, and Ibrahim Sow are former, long-term tenants of your clients – as reflected in the documents produced in discovery in this case.

I trust that the above addresses any legitimate concerns you might have and that you now recognize a motion to compel would be improper and frivolous. If this is not the case, please contact me to meet and confer pursuant to Rule 37.

Sincerely,

MILLER-O'BRIEN

Justin D. Cummins

cc: Eboni and Julius SternJohn
Rigel C. Oliveri, Esq.
Alfred H. Edwall, Esq.