·MILLER·O'BRIEN·
A Professional Limited Liability Partnership
ATTORNEYS
One Financial Plaza
120 South Sixth Street, Suite 2400
Minneapolis, MN 55402
(612) 333-5831

FAX (612) 342-2613
E-mail: miller-obrien@miller-obrien.com
Web Address: www.miller-obrien.com

Brendan D. Cummins
Justin D. Cummins
Kelly A. Jeanetta
Nancy J. Miller
Richard A. Miller
M. William O'Brien

Robert J. Alfton
of Counsel

Samuel I. Sigal
1905-1995

PARALEGAL:
Beth M. Clark

December 17, 2003

RECEIVED
DEC 18 2003
RIDER, BENNETT, EGAN & ARUNDEL, LLP

Patrick J. Sauter, Esq.
Leondra M. Hanson, Esq.
RIDER BENNETT, L.L.P.
333 South Seventh Street, Suite 2000
Minneapolis, MN 55402

Re: StemJohn v. Kreisler, et al.
Court File No.: 02-842 MJD/JSM
Our File No.: 51-4714-01

Dear Counsel:

I write to follow up on the conference with Leondra Hanson yesterday. During the conference, Ms. Hanson asked for the identity of the court reporter who transcribed the depositions of David Pietrzak and Cynthia Murphy. I understand from Ms. Hanson that your clients do not have transcripts for those depositions. Please be advised that Lynda L. Sandy transcribed the deposition of Mr. Pietrzak, and Neil K. Johnson transcribed the deposition of Ms. Murphy.

During our conference, Ms. Hanson also asked for the telephone number of the witnesses identified in her December 9, 2003 letter to me, so that she can obtain additional information related to the testimony of these witnesses. Although Defendants have not provided this information concerning their witnesses, we will do so for you as a professional courtesy.

| | |
|---|---|
| Stephanie Ball | (612-825-0724) |
| Melissa Stenberg | (612-287-0574) |
| Elizabeth Helmes | (651-426-2424) |
| Shawn Swinson-Stafford | (651-296-5663) |
| Antoinette Connelly | (763-443-5604) |
| Carolyn Holford | (763-494-0702) |
| Togbana Dore | (612-721-1378) |
| Amadi Karekezi | (651-209-5078) |
| Jean-Pierre Karekezi | (410-756-1624) |
| Ibrahim Sow | (612-374-3778) |

EXHIBIT
I

Finally, note that David Pietrzak, Nancy Nelson, and Cynthia Murphy are Defendant Kreisler's witnesses, so we do not have their telephone numbers. At any rate, these witnesses have already been deposed in this litigation. If you have any questions or concerns, please feel free to contact me.

Sincerely,

MILLER·O'BRIEN

Justin D. Cummins

cc: Eboni and Julius SternJohn