**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

**CERTIFICATE OF SERVICE**

**EBONI STERNJOHN AND JULIUS STERNJOHN V. ROBERT L. KREISLER, JR., ET AL.**

**COURT FILE NO.: 02-842 (MJD/JSM)**

I hereby certify that on September 24, 2004, I caused the following document:

Solar Defendants' Memorandum Joining Defendant Robert Kreisler's Motion for Trial Continuance and Limited Additional Discovery and Affidavit of Patrick J. Sauter in Support of Defendants' Memorandum Joining Defendant Robert Kreisler's Motion for Trial Continuance and Limited Additional Discovery

to be filed electronically with the Clerk of the Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

M. William O'Brien, Esq.
Miller-O'Brien
120 South Sixth Street, Suite 2400
Minneapolis, MN 55402
bobrien@miller-obrien.com

Angela Beranek Brandt
Larson • King, LLP
2800 Wells Fargo Place
30 E. Seventh Street
St. Paul, MN 55101
abrandt@larsonking.com

RIDER BENNETT, LLP

By s/ Patrick J. Sauter
Patrick J. Sauter (95989)
Tina Syring-Petrocchi (251628)
Attorneys for Solar Defendants
333 South Seventh Street
Suite 2000
Minneapolis, MN 55402
(612) 340-8900
Facsimile: (612) 340-7900
pjsauter@riderlaw.com

Dated: September 24, 2004

RIDER BENNETT