# UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

Eboni SternJohn and Julius SternJohn,
Plaintiffs

V.

Robert L. Kreisler, Jr., et al.

## EXHIBIT LIST

Case Number: 02-842 (MJD/JSM)

| PRESIDING JUDGE | PLAINTIFF=S ATTORNEY | DEFENDANT=S ATTORNEY |
|---|---|---|
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF WITNESSES |
|---|---|---|---|---|---|
| | 1 | | | | Application for Apartment |
| | 2 | | | | Residential Lease dated 9/2/95 |
| | 3 | | | | Letter from Kreisler Real Estate Company ("KREC") dated 10/15/98 |
| | 4 | | | | Letter from KREC dated 10/26/98 |
| | 5 | | | | Letter from KREC dated 10/30/98 |
| | 6 | | | | Letter from SternJohns dated 11/1/98 |
| | 7 | | | | Photocopy of rent check from Julius SternJohn to Bristol Apartments dated 11/01/98. |
| | 8 | | | | SternJohn bank statement dated 11/18/98 |
| | 9 | | | | Power of Attorney In Fact dated 11/8/98 |
| | 10 | | | | Unlawful Detainer Summons and Complaint dated 11/9/98 |
| | 11 | | | | Letter to KREC from SternJohns dated 11/25/98 |
| | 12 | | | | Letter to SternJohns from KREC dated 11/20/98 |
| | 13 | | | | Letter to KREC from SternJohns dated 12/10/98 |
| | 14 | | | | Letter from KREC to SternJohns dated 12/16/98 |
| | 15 | | | | Letter from SternJohns to KREC dated 12/30/98 |
| | 16 | | | | Letter from SternJohns to Larry Hopfenspirger dated 12/30/98 |
| | 17 | | | | Brochure from Hennepin County Housing Court |
| | 18 | | | | Meeting Notice to residents of 2421 Pillsbury |
| | 19 | | | | Summons and Affidavit of rent escrow dated 1/13/99 |
| | 20 | | | | Rent Escrow Order dated 1/13/99 |
| | 21 | | | | Rent Escrow Order dated 2/26/99 |
| | 22 | | | | Letter from SternJohns to KREC dated 3/2/99 |
| | 23 | | | | Letter from KREC to residents of 2421 Pillsbury dated 3/8/99 |

| | | | | | |
|---|---|---|---|---|---|
| | 24 | | | | Rent Escrow Order dated 3/12/99 |
| | 25 | | | | Rent Escrow Order dated 4/13/99 |
| | 26 | | | | Pest Control Service Notice for 4/21/99 |
| | 27 | | | | Repair Notice for Apartment No. 206 for 4/20/99 |
| | 28 | | | | Letter from KREC to SternJohns dated 4/20/99 |
| | 29 | | | | Handwritten Note from Eboni SternJohn |
| | 30 | | | | Repair Notice for Apartment No. 206 dated 5/17/99 |
| | 31 | | | | Letter from SternJohns to KREC dated 5/17/99 |
| | 32 | | | | Rent Escrow Order dated 5/3/99 |
| | 33 | | | | Rent Escrow Order dated 5/19/99 |
| | 34 | | | | Rent Escrow Order dated 6/16/99 |
| | 35 | | | | Repair Notice dated 6/22/99 |
| | 36 | | | | Repair Notice dated 6/25/99 |
| | 37 | | | | Rent Escrow Order dated 6/29/99 |
| | 38 | | | | Letter from SternJohns to KREC dated 7/11/99 |
| | 39 | | | | Unlawful Detainer Summons and Complaint dated 7/21/99 |
| | 40 | | | | Letter from SternJohns to KREC dated 7/22/99 |
| | 41 | | | | FAX from KREC to MCC dated 7/27/99 |
| | 42 | | | | MCC Report on SternJohns dated 7/27/99 |
| | 43 | | | | Letter from River Pointe Ltd. Partnership to SternJohns dated 7/31/99 |
| | 44 | | | | Document titled “Important Meeting” |
| | 45 | | | | Document titled “We’re Moving” |
| | 46 | | | | Thomas J. White Attorney Contact Information |
| | 47 | | | | Letter from SternJohns to KREC dated 8/3/99 |
| | 48 | | | | Unlawful Detainer Decision In Order dated 8/3/99 |
| | 49 | | | | Unlawful Detainer Decision In Order dated 8/12/99 |
| | 50 | | | | Resident Security Deposit Accounting for SternJohns dated 8/18/99 |
| | 51 | | | | Unlawful Detainer Decision In Order dated 8/31/99 |
| | 52 | | | | SternJohns’ Apartment Lease at River Pointd Apartments ending 7/31/02 |
| | 53 | | | | Letter from River Pointe Apartments to SternJohns dated 12/21/01 |
| | 54 | | | | Letter from SternJohns to River Pointe Apartments dated 12/26/01 |
| | 55 | | | | SternJohns’ Mortgage Document dated 12/28/01 |
| | 56 | | | | Letter from SternJohns to River Pointe Apartments dated 12/31/01 |
| | 57 | | | | Letter from SternJohns to River Pointe Apartments dated 2/13/02 |
| | 58 | | | | Whittier Community Apartments/KREC Operation Guidelines |
| | 59 | | | | Purchase Agreement dated 7/27/98 |

| | | | | | |
|---|---|---|---|---|---|
| | 60 | | | | Interim Management Agreement dated 9/17/98 |
| | 61 | | | | Agreement dated 9/26/98 |
| | 62 | | | | Document outlining renovations at 2421 Pillsbury |
| | 63 | | | | Document outlining work performed at 2421 Pillsbury and 2500 Blaisdell |
| | 64 | | | | Rent Rolls for 2421 Pillsbury from 11/98 – 7/99 |
| | 65 | | | | Unlawful Detainer Summons and Complaint served on Jill Smiley dated 11/9/98 |
| | 66 | | | | Photographs of Robert Kreisler's children |
| | 67 | | | | Photograph of 2421 Pillsbury |
| | 68 | | | | Photograph of 2421 Pillsbury |
| | 69 | | | | Brochure from River Pointe Apartments |
| | 70 | | | | Employment Discrimination Documents for Julius SternJohn |
| | 71 | | | | Medical Records of Eboni SternJohn |
| | 72 | | | | Document title "Mini" Relaxation Exercises |
| | 73 | | | | Eboni SternJohns' handwritten notes dated 11/10/01, 11/13/01, 11/16/01 and 11/20/01 |
| | 74 | | | | Note to Robert Kreisler from Evan Calhoun-Collins |
| | 75 | | | | Demographic Profile in Minneapolis from 2000 Census |
| | 76 | | | | Carol Merlin Tenant File |
| | 77 | | | | Chubizor Obilor Tenant File |
| | 78 | | | | Gayla Jones Tenant File |
| | 79 | | | | Mbiti Tenant File |
| | 80 | | | | Ibrahim/Hussein Tenant File |
| | 81 | | | | 2421 Pillsbury Rent Rolls dated 11/98-7/99 |
| | 82 | | | | Josephine and Irene Mbiti's Notice to Vacate dated 2/25/99 |
| | 83 | | | | Letter from KREC to Keefe Turner dated 3/18/99 |
| | 84 | | | | Letter from KREC to Ravi Chandra dated 8/30/99 |
| | 85 | | | | Documents Relating to Lorelei Smith's Lease Termination |
| | 86 | | | | Letter from KREC to Jerald Priebe dated 1/29/99 |
| | 87 | | | | Letter from KREC to the Obilors dated 8/30/99 |
| | 88 | | | | Letter from KREC to Sara Saarela dated 8/4/99 |
| | 89 | | | | Letter from Clark Erickson to KREC dated 6/30/99 |
| | 90 | | | | Letter from KREC to Jean-Pierre Karekezi and Karekezi V. Amadi |
| | 91 | | | | Letter from KREC to the Strands dated 4/27/00 |
| | 92 | | | | Roth Notice to Vacate dated 10/31/99 |
| | 93 | | | | Unlawful Detainer Papers Filed Against Jerald Priebe dated 3/24/99 |

Defendant Kreisler reserves the right to remove some exhibits from this list in the event his requested motions in limine are granted.