# UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

Eboni SternJohn and Julius SternJohn,
Plaintiffs

## WITNESS LIST

V.

Case Number: 02-842 (MJD/JSM)

Robert L. Kreisler, Jr., et al.

| PRESIDING JUDGE Michael J. Davis | PLAINTIFF'S Justin Cummins | DEFENDANT'S Mark Solheim<br>Angela Brandt<br>Patrick Sauter<br>Tina Petrocchi |
|---|---|---|
| TRIAL DATE October 25, 2004 | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF WITNESSES |
|---|---|---|---|---|---|
| | 1 | | | | Robert L. Kreisler, Jr. (121 West Elmwood, Minneapolis, Minnesota 55419). Mr. Kreisler will testify regarding his rental practices, the business reasons for all of the alleged actions towards the plaintiffs, and his relationship with the plaintiffs. He will testify that he has not engaged in any racial discrimination with respect to the plaintiffs. |
| | 2 | | | | Larry Hopfenspirger (2720 Quaker Lane, Plymouth, Minnesota 55441). Mr. Hopfenspirger is expected to testify that he did not discriminate against the plaintiffs. |
| | 3 | | | | Julius SternJohn (240 92nd Avenue NE, Blaine, Minnesota 55434). Plaintiff |
| | 4 | | | | Eboni SternJohn (240 92nd Avenue NE, Blaine, Minnesota 55434). Plaintiff |
| | 5 | | | | Dave Pietrzak (608 79th Avenue North, Brooklyn Park, Minnesota 55444). Mr. Pietrzak is expected to testify that he did not engage in any discrimination towards the plaintiffs and that he was never directed by Mr. Kreisler to engage in any discriminatory conduct with respect to repairs. He will also testify that Mrs. SternJohn was uncooperative in allowing repairs. |
| | 6 | | | | Anthony Bittings (2124 Garfield Avenue South, Apartment #16, Minneapolis, Minnesota 55405). Mr. Bittings is expected to testify that he worked with Mr. Kreisler and resided in one of Mr. Kreisler's buildings. He never perceived any discriminatory conduct on the part of Mr. Kreisler towards him or any other tenants in connection with repairs or cleaning of the buildings or properties. |
| | 7 | | | | LaVern Hiller (2421 Pillsbury Avenue South, Minneapolis, Minnesota 55404). Mr. Hiller is expected to testify about his relationship with the plaintiffs and the fact that they did not request extensive repairs despite their claims. |
| | 8 | | | | Nancy Nelson (131 West 26th Street, Apartment #18, Minneapolis, Minnesota 55404). Ms. Nelson is expected to testify regarding Mr. Kreisler's non-discriminatory rental procedures and the efforts to recruit qualified minority applicants. |
| | 9 | | | | Brad Kargus (3450 230th Street East, Prior Lake, Minnesota 55372). Mr. Kargus is expected to testify that he worked with Mr. Kreisler repairing the buildings. He will testify he did not witness Mr. Kreisler discriminate against any minority tenants. He will testify about the problems he had Mrs. SternJohn regarding repairs. |
| | 10 | | | | Kevin Leigh (43546 230th Street, Delavan, Minnesota 56023). Mr. Leigh will testify he worked with Mr. Kreisler at the Pillsbury property and will testify about his problems with Mrs. SternJohn relating to repairs. |

| | | | | | |
|---|---|---|---|---|---|
| | 11 | | | | Asa Voak (Bangkok, Thailand). Mr. Voak will testify he did not make any racial slurs toward the SternJohns. |
| | 12 | | | | Jill Smiley (2300 Harriet Avenue South, #103, Minneapolis, Minnesota 55405). Ms. Smiley will testify that she was served with an unlawful detainer in November, 1999. |
| | 13 | | | | Theresa Collins (2421 Pillsbury Avenue, Apartment 201, Minneapolis, Minnesota 55404). Ms. Collins will testify that she has not experienced any discrimination by Mr. Kreisler and will testify about her relationship with the SternJohns. |
| | 14 | | | | Cynthia Murphy (12378 Johnson Street NE, Blaine, Minnesota 55433). Ms. Murphy is expected to testify about her dealings with the plaintiffs at RiverPoint Apartments. |
| | 15 | | | | Jody Carr (7805 East River Road, Apartment 109, Fridley, Minnesota 55432). Ms. Carr is expected to testify regarding the SternJohn's apartment rental at RiverPoint Apartments. |
| | 16 | | | | Lorelei Smith ( 1807 2nd Avenue S., Minneapolis, MN 55403). Ms. Smith will testify that she moved out of 2421 Pillsbury after receiving notice that her apartment was being renovated. |
| | 17 | | | | Dr. Thomas Graetzer (6800 France Avenue South, Suite 400, Edina, Minnesota 55435). Dr. Graetzer is an expert who is expected to testify regarding the plaintiff's emotional injuries, depression, and post partum depression. |
| | 18 | | | | Dan Ferris (3711 Abbott Avenue S., Minneapolis, MN 55410). Mr. Ferris is an expert who is expected to testify about the rental market in Minneapolis during the late 1990s. |
| | 19 | | | | Dante Pastrano (908 73rd Way North, Brooklyn Park, Minnesota 55444). Mr. Pastrano is a minority tenant who is expected to testify that he had no problems with any housing issues with Mr. Kreisler. |
| | 20 | | | | Melissa Stenberg (4329 Humboldt Avenue, Minneapolis, Minnesota 55412). Ms. Stenberg will testify that she never witness any discriminatory treatment by Mr. Kreisler. |
| | 21 | | | | Valerie Green (4500 Blaisdell Avenue South, Minneapolis, MN 55419). Ms. Green is a minority who will testify she had no problems with Mr. Kreisler and moved into a newly renovated apartment. |

1106769