UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Eboni SternJohn and Julius SternJohn,

Plaintiffs,

vs.

Robert L. Kreisler, Jr., a/k/a Bob Peterson a/k/a/ Robert Peterson, d/b/a Kreisler Real Estate Company, d/b/a Whittier Real Estate Company, d/b/a KT Properties Partnership L.P., d/b/a Whittier Community Apartments, d/b/a Bristol Apartments; Solar Partnership, a/k/a Solar Partnership, L.L.P., a/k/a Solar Partnership I, L.L.P., a/k/a Solar Partnership III, L.L.P., a/k/a Solar Partnership IV, L.L.P., d/b/a Solar Corporation; and Larry Hopenfspirger, d/b/a Hopfenspirger Realty, Inc.

Defendants.

Civil No. 02-842 (MJD/JSM)

**DEFENDANT KREISLER'S VOIR DIRE QUESTIONS**

---

The Kreisler Defendants respectfully request the following voir dire questions be asked of the members of the jury panel during the selection process.

**LARSON • KING, LLP**

Dated: October 12, 2004

By s/Angela Beranek Brandt
Mark A. Solheim, #213226
Angela Beranek Brandt, #293143
*Attorneys for Defendant Robert Kreisler, et al.*
2800 Wells Fargo Place
30 E. Seventh Street
St. Paul, MN 55101
Phone: (651) 312-6500

1. Do any of you know any of the parties, attorneys or other members of the jury panel?

2. I will read you a list of potential witnesses in this case, please inform me whether you are familiar with any of the witnesses.

3. What is your name, marital status and employment status?

4. What is your educational background?

5. Have any of you ever received any medical training? If so, please describe.

6. Have any of you ever received any legal training? If so, please describe.

7. Do any of you have close family members that have legal training? If so, please describe.

8. Do you rent or own a home?

9. Have you ever rented?

10. Have you ever had a dispute with a landlord? Please describe the dispute and the resolution.

11. Have any of you ever been involved in an unlawful detainer action? Please describe the situation.

12. Have any of you ever been dissatisfied with a landlord or management company?

13. Have any of you had a dispute regarding repairs? Do any of you own rental properties? If so, have you had any disputes with your tenants?

14. Have any of you served on a jury prior to today?

15. Have any of you or any of your close family members or friends been involved in a lawsuit? If so, please describe the situation and the outcome.

16. How do you feel about resolving disputes in court?

17. Have any of you been a witness in a lawsuit or a trial? If so, please describe.

18. Have any of you ever felt as though you were discriminated against? If so, please describe.

19. Have any of your close family members or friends been discriminated against? If so, please describe.

20. Have any of you ever been accused of discrimination against someone else? If so, please describe.

21. Do any of you have strong feelings about landlords who own large apartment complexes?

22. The plaintiffs have the burden of proof in this case, so they are allowed under the rules to present their evidence first. Do any of you think you will have a difficult time keeping an open mind until all the evidence is presented?

23. At the end of the trial, I will instruct you on the burden of proof. Do any of you think you will have a difficult time waiting until the end of the trial to determine if something has been proven?

24. At the end of this trial, I will instruct you on the law. Do any of you feel you will be unable to apply the law as I instruct you?

25. Do any of you feel you will be unable to put aside sympathy in reaching a verdict in this matter?

26. Does anyone feel that their attitude towards civil rights would affect their ability to be a fair and impartial juror in this case?

27. Does anyone feel that your general attitude towards landlords would prevent you from being a fair and impartial juror?

28. Does anyone feel that a party is automatically entitled to money damages because they have brought a lawsuit to trial?

29. Is their anything that has not already been discussed that you feel might affect your ability to be a fair and impartial juror in this case?