# UNITED STATES DISTRICT COURT

DISTRICT OF **MINNESOTA**

EBONI STERNJOHN, et al.

V.

ROBERT L. KREISLER, JR., et al.

**AMENDED EXHIBIT LIST**

Case Number: 02-842 MJD/JSM

| PRESIDING JUDGE | PLAINTIFFS' ATTORNEYS | DEFENDANTS' ATTORNEYS |
|---|---|---|
| The Honorable Michael J. Davis | M. William O'Brien/Justin D. Cummins | Alfred H. Edwall, Jr. (Defendant Kreisler); Patrick J. Sauter/Sridevi S. Anwar (Hopfenspirger Defendants) |
| TRIAL DATE(S) June 1, 2004 | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | | ☐ | ☐ | SternJohn Residential Lease dated 9/2/95 (Pltfs 000658) |
| 2 | | | ☐ | ☐ | 10/15/98 letter from Kreisler to Residents (Pltfs 000011) |
| 3 | | | ☐ | ☐ | 10/26/98 letter from Kreisler to Residents (Pltfs 000012) |
| 4 | | | ☐ | ☐ | 10/30/98 letter from Kreisler to Residents (Pltfs 000013) |
| 5 | | | ☐ | ☐ | 11/01/98 letter from SternJohn to Kreisler (Pltfs 000160-000161) |
| 6 | | | ☐ | ☐ | 11/01/98 Rent check from SternJohn to Bristol Apts. (Pltfs 000162) |
| 7 | | | ☐ | ☐ | 11/09/98 UD Summons & Complaint (Pltfs 000165 and 000163) |
| 8 | | | ☐ | ☐ | 11/18/98 bank statement of SternJohn (Pltfs 000946-000950) |
| 9 | | | ☐ | ☐ | Court Order dated 11/20/99(Pltfs 000664) |
| 10 | | | ☐ | ☐ | 11/25/98 letter from SternJohn to Kreisler (Pltfs 000021) |
| 11 | | | ☐ | ☐ | 11/30/98 letter from Kreisler to SternJohn (Pltfs 000022) |
| 12 | | | ☐ | ☐ | 12/29/98 letter from City Inspector to Kreisler (Pltfs 000336-000340) |
| 13 | | | ☐ | ☐ | 12/30/98 letter from SternJohn to Hopfenspirger (Pltfs 000136) |
| 14 | | | ☐ | ☐ | 12/30/98 letter from SternJohn to Kreisler (Pltfs 000039) |
| 15 | | | ☐ | ☐ | Rent Escrow Action dated 12/30/98 (Pltfs 000679-000681) |
| 16 | | | ☐ | ☐ | Court Order dated 01/13/99 (Pltfs 000171-000174) |
| 17 | | | ☐ | ☐ | City Inspector's Unlawful Occupancy Placard dated 02/22/99 (Pltfs 000353) |
| 18 | | | ☐ | ☐ | Court Order dated 02/26/99 (Pltfs 000177-000178) |
| 19 | | | ☐ | ☐ | 03/02/99 letter from SternJohn to Kreisler (Pltfs 000067) |
| 20 | | | ☐ | ☐ | Court Order dated 03/15/99 (Pltfs 000179-000180) |
| 21 | | | ☐ | ☐ | Court Order dated 04/13/99 (Pltfs 000181-000182) |
| 22 | | | ☐ | ☐ | 04/19/99 letter from SternJohn to Kreisler (Pltfs 000081-000082) |
| 23 | | | ☐ | ☐ | Court Order dated 05/03/99 (Pltfs 000185-000187) |
| 24 | | | ☐ | ☐ | City Inspector's Bill Payment History dated 05/06/99 (Pltfs 000358) |

**EXHIBIT LIST – CONTINUATION**

| STERNJOHN, et al. vs. KREISLER, et al. | | | | | CASE NO. 02-842 MJD/JSM |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
| 25 | | | ☐ | ☐ | 05/17/99 letter from SternJohn to Kreisler (Pltfs 000092) |
| 26 | | | ☐ | ☐ | Court Order dated 05/19/99 (Pltfs 000188-000190) |
| 27 | | | ☐ | ☐ | Fairview Discharge Instructions dated 6/24/99 (Pltfs 000139-000140) |
| 28 | | | ☐ | ☐ | 07/11/99 letter from SternJohn to Kreisler (Pltfs 000100) |
| 29 | | | ☐ | ☐ | 07/12/99 letter from SternJohn to Hopfenspirger (Pltfs 000137) |
| 30 | | | ☐ | ☐ | Court Order dated 07/14/99 (Pltfs 000193-000195) |
| 31 | | | ☐ | ☐ | UD Summons & Complaint dated 07/21/99 (Pltfs 000197-000198) |
| 32 | | | ☐ | ☐ | 7/23/99 letter from City Inspector to Kreisler (Pltfs 000359-000361) |
| 33 | | | ☐ | ☐ | 7/27/99 Request for Verification of Residence (Pltfs 000671) |
| 34 | | | ☐ | ☐ | Court Order dated 8/12/99 (Pltfs 000215-000218) |
| 35 | | | ☐ | ☐ | Court Order dated 8/31/99 (Pltfs 000219-000220) |
| 36 | | | ☐ | ☐ | 8/4/00 Housing Discrimination Complaint (Pltfs 001151-001152) |
| 37 | | | ☐ | ☐ | 7/10/00 Memo from David Castledine (Pltfs 000445-000446) |
| 38 | | | ☐ | ☐ | 7/16/01 SternJohn MDHR Determination (Pltfs 000606-000608) |
| 39 | | | ☐ | ☐ | SternJohn Journal dated 11/10/01, 11/13/01, 11/16/01, 11/20/01 (Pltfs 003336-003340) |
| 40 | | | ☐ | ☐ | "Mini" Relaxation Exercises (Pltfs 003341) |
| 41 | | | ☐ | ☐ | 12/31/01 letter from SternJohn to Cynthia Murphy (Pltfs 003347-003348) |
| 42 | | | ☐ | ☐ | 2/13/02 letter from SternJohn to Cynthia Murphy (Pltfs 003349-003350) |
| 43 | | | ☐ | ☐ | 9/17/98 Interim Management Agreement (Pltfs 000369) |
| 44 | | | ☐ | ☐ | Kreisler Policies and Procedures (Rent Payments and Collection) (Pltfs 000717) |
| 45 | | | ☐ | ☐ | Kreisler Process for Late/Non-Payment of Rent (DefK 000844) |
| 46 | | | ☐ | ☐ | Kreisler Process for Late/Non-Payment of Rent (Pltfs 000722) |
| 47 | | | ☐ | ☐ | 11/27/94 letter from Kreisler to Anna Marie Hill (DefK 000976) |
| 48 | | | ☐ | ☐ | 12/9/98 letter from City Inspector to Kreisler (Pltfs 000023-000024) |
| 49 | | | ☐ | ☐ | 12/29/98 letter from City Inspector to Kreisler (Pltfs 000336-000340) |
| 50 | | | ☐ | ☐ | 2/11/99 letter from City Inspector to Solar Partnership (Pltfs 000349-000350) |
| 51 | | | ☐ | ☐ | 4/15/99 letter from City Inspector to Kreisler (Pltfs 000354-000355) |
| 52 | | | ☐ | ☐ | 7/23/99 letter from City Inspector to Kreisler (Pltfs 000359-000361) |
| 53 | | | ☐ | ☐ | 8/30/99 letter from Kreisler to Lorelei Smith (Pltfs 000755) |
| 54 | | | ☐ | ☐ | 8/30/99 letter from Kreisler to Ravi Chandra (DefK 000307) |
| 55 | | | ☐ | ☐ | 9/15/99 letter from Penny Ream to Ravi Chandra (DefK 000308) |
| 56 | | | ☐ | ☐ | 9/8/99 letter from Penny Ream to Marc Roth (Pltfs 000813) |
| 57 | | | ☐ | ☐ | 8/31/99 letter from Marc Roth to Kreisler (Pltfs 000814) |
| 58 | | | ☐ | ☐ | 5/3/00 letter from Shelley Biren to Kreisler (DefK 000328) |
| 59 | | | ☐ | ☐ | 6/26/00 letter from Shelley Biren to Kreisler (DefK 000309) |

## EXHIBIT LIST – CONTINUATION

STERNJOHN, et al. vs. KREISLER, et al. | CASE NO. 02-842 MJD/JSM

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 60 | | | ☐ | ☐ | 8/21/90 Michael McGuire Charge of Discrimination (Pltfs 000153-000154) |
| 61 | | | ☐ | ☐ | 3/27/95 Stephanie Ball Charge of Discrimination (Pltfs 000143-000144) |
| 62 | | | ☐ | ☐ | 4/16/96 MDHR Stephanie Ball Determination (MDHR 000284-000288) |
| 63 | | | ☐ | ☐ | 10/27/98 MDHR Complaint against Kreisler (MDHR 000093-000101) |
| 64 | | | ☐ | ☐ | 12/11/98 Kreisler's Answer (MDHR 000102-000106) |
| 65 | | | ☐ | ☐ | 1/17/00 Settlement Agreement between Kreisler and MDHR (Pltfs 000145-000152) |
| 66 | | | ☐ | ☐ | 8/17/00 Memo to Kreisler (DefK 000298) |
| 67 | | | ☐ | ☐ | 8/18/00 Memo to Kreisler (DefK 000299) |
| 68 | | | ☐ | ☐ | 7/9/03 DOJ Complaint against Kreisler (Court File No. 03-3599 PAM/RLE) |
| 69 | | | ☐ | ☐ | 7/18/03 Kreisler's Answer (Court File No. 03-3599 PAM/RLE) |
| 70 | | | ☐ | ☐ | Photos of Kreisler's adopted sons (DefK 000990-000991)(Relevant portions only) |
| 71 | | | ☐ | ☐ | 3/14/03 letter and enclosures of financial documents from Marci Wendt to Justin Cummins (DefK 001025-001026, 001038-001039) |
| 72 | | | ☐ | ☐ | City of Minneapolis Property Information (2421 Pillsbury Avenue, Minneapolis, MN 55404) |
| 73 | | | ☐ | ☐ | (Date Unknown) letter from Kreisler to Residents (DefK 000327) |
| 74 | | | ☐ | ☐ | 8/18/00 letter with enclosures from Stephen Parsons to MDHR (Pltfs 000622-000649) |
| 75 | | | ☐ | ☐ | 8/18/00 Kreisler Initial Information Response to MDHR about SternJohn charges (Case Nos. 35344 and 35346) (Pltfs 000651-000910) |
| 76 | | | ☐ | ☐ | 6/8/01 letter with enclosures from Stephen Parsons to HUD (Pltfs 002435-002461) |
| 77 | | | ☐ | ☐ | 11/6/01 letter with enclosures from Stephen Parsons to HUD (Pltfs 002375-002425) |
| 78 | | | ☐ | ☐ | 10/25/01 Evaluation of Eboni SternJohn by Robert Rothstein, M.S., L.P. (Pltfs 003100-003101) |
| 79 | | | ☐ | ☐ | 11/8/01 Mental Health Progress Note regarding Eboni SternJohn from Robert Rothstein, M.S., L.P. (Pltfs 003099) |
| 80 | | | ☐ | ☐ | 11/23/01 Mental Health Progress Note regarding Eboni SternJohn from Robert Rothstein, M.S., L.P. (Pltfs 003098) |
| 81 | | | ☐ | ☐ | 11/30/01 Mental Health Progress Note regarding Eboni SternJohn from Robert Rothstein, M.S., L.P. (Pltfs 003097) |
| 82 | | | ☐ | ☐ | 12/10/01 Mental Health Progress Note regarding Eboni SternJohn from Robert Rothstein, M.S., L.P. (Pltfs 003096) |

**EXHIBIT LIST – CONTINUATION**

| STERNJOHN, et al. vs. KREISLER, et al. | | | | | CASE NO. 02-842 MJD/JSM |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
| 83 | | | ☐ | ☐ | 3/29/99 Warranty Deed |
| 84 | | | ☐ | ☐ | 6/13/91 Certificate of Assumed Name (Solar Partnership) (Pltfs 001021) |
| 85 | | | ☐ | ☐ | 9/4/01 Limited Liability Partnership Registration (Solar Partnership I, L.L.P.) (Pltfs 001022) |
| 86 | | | ☐ | ☐ | 5/26/99 Limited Liability Partnership Registration (Solar Partnership II, L.L.P.) (Pltfs 001023) |
| 87 | | | ☐ | ☐ | 8/7/01 Limited Liability Partnership Registration (Solar Partnership III, L.L.P.) (Pltfs 001024) |
| 88 | | | ☐ | ☐ | 8/7/01 Limited Liability Partnership Registration (Solar Partnership IV, L.L.P.) (Pltfs 001025) |
| 89 | | | ☐ | ☐ | (Date Unknown) Motion for Contempt (Pltfs 000906-000907) |
| 90 | | | ☐ | ☐ | 11/15/98 letter from Chibuzor Obilor to Kreisler (DefK 000506) |
| 91 | | | ☐ | ☐ | 11/30/98 letter from Kreisler to Chibuzor Obilor (DefK 000518) |
| 92 | | | ☐ | ☐ | 12/7/98 letter from Chibuzor Obilor to Kreisler (DefK 000501-000502) |
| 93 | | | ☐ | ☐ | 1/14/99 letter from Chibuzor Obilor to Kreisler (Pltfs 0003291) |
| 94 | | | ☐ | ☐ | UD Summons & Complaint dated 02/04/99 (Pltfs 000175-000176) |
| 95 | | | ☐ | ☐ | Court order dated 2/18/99 (DefK 000551-000552) |
| 96 | | | ☐ | ☐ | Rent Escrow Action dated 2/18/99 (DefK 000503-000505) |
| 97 | | | ☐ | ☐ | 2/27/99 letter from Kreisler to Chibuzor Obilor (DefK 000575) |
| 98 | | | ☐ | ☐ | Court Order dated 3/4/99 (DefK 000512-000515) |
| 99 | | | ☐ | ☐ | Court Order dated 4/13/99 (DefK 000516-000517) |
| 100 | | | ☐ | ☐ | UD Summons & Complaint dated 7/21/99 (Pltfs 000794-000795) |
| 101 | | | ☐ | ☐ | 8/21/99 letter from Chibuzor Obilor to Kreisler (Pltfs 003279) |
| 102 | | | ☐ | ☐ | 8/30/99 letter from Kreisler to Chibuzor Obilor (DefK 000519) |
| 103 | | | ☐ | ☐ | 9/9/99 letter from Chibuzor Obilor to Kreisler (DefK 000534) |
| 104 | | | ☐ | ☐ | 9/14/99 letter from Chibuzor Obilor to Kreisler (Pltfs 003281) |
| 105 | | | ☐ | ☐ | Application for Apartment Occupancy Agreement regarding Chibuzor Obilor (Pltfs 003252) |
| 106 | | | ☐ | ☐ | UD Summons & Complaint dated 4/13/99 (Pltfs 000783-000784) |
| 107 | | | ☐ | ☐ | 4/29/99 letter from Kreisler to Gayla Jones (Pltfs 001037) |
| 108 | | | ☐ | ☐ | MPD Report – Andrew Branton Strand |
| 109 | | | ☐ | ☐ | Updated Property Information |

**EXHIBIT LIST – CONTINUATION**

| STERNJOHN, et al. vs. KREISLER, et al. | | | | | CASE NO. 02-842 MJD/JSM |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |

Dated: October 11, 2004

**MILLER·O'BRIEN**

M. William O'Brien, # 130229
Justin D. Cummins, # 276248
One Financial Plaza
120 South Sixth Street, Suite 2400
Minneapolis, MN 55402
612-333-5831

**ATTORNEYS FOR PLAINTIFFS**