UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Eboni SternJohn and Julius SternJohn,

Plaintiffs,

v.

Robert L. Kreisler, Jr., a/k/a Bob Peterson, a/k/a Robert Peterson, d/b/a Kreisler Real Estate Company, d/b/a Whittier Real Estate Company, d/b/a KT Properties Partnership L.P., d/b/a Whittier Community Apartments, d/b/a Bristol Apartments; Solar Partnership, a/k/a Solar Partnership, L.L.P., a/k/a Solar Partnership I, L.L.P., a/k/a Solar Partnership III, L.L.P., a/k/a Solar Partnership IV, L.L.P., d/b/a Solar Corporation; and Larry Hopfenspirger, d/b/a Hopfenspirger Realty, Inc.,

Defendants.

Civil No. 02-842 (MJD/JSM)

**DEFENDANT KREISLER'S MOTIONS IN LIMINE**

---

TO: Plaintiffs above-named and their attorney, Justin Cummings, Miller O'Brien, One Financial Plaza, 120 South Sixth Street, Minneapolis, MN 55402 and Defendants above-named and their attorneys, Patrick J. Sauter, Rider Bennett, 333 South Seventh Street, Minneapolis, MN 55402.

**<u>MOTIONS IN LIMINE TO EXCLUDE CERTAIN EVIDENCE</u>**

Pursuant to the Federal Rules of Civil Procedure and the Federal Rules of Evidence, defendant Robert L. Kreisler moves the Court for an order as follows:

1. Plaintiffs shall not offer evidence or argument at the trial of this matter regarding Defendants actions outside the relevant time period (1995 to August 1999) and not dealing with the relevant building (2124 Pillsbury Ave.);

2. Plaintiffs shall not offer evidence or argument at the trial of this matter regarding the stray racial comment allegedly made by Asa Voak;

3. Plaintiffs shall be limited, with respect to their claim of disparate treatment, to offering and entering evidence that is non-speculative, non-cumulative, has proper foundation and offers comparisons only to tenants who plaintiffs have shown are similarly situated in all respects to plaintiffs other than in race;

4. Plaintiffs shall not offer evidence or argument at the trial of this matter regarding past settlements entered into by Kreisler;

5. Plaintiffs shall not offer evidence or argument at the trial of this matter regarding other claims brought against Kreisler in state or federal court or in administrative proceedings;

6. All evidence of the Minnesota Department of Human Rights determinations of probable cause shall be excluded from the trial of this action;

7. Plaintiffs shall not offer lay testimony regarding causation of plaintiffs' alleged emotional distress;

8. Plaintiffs shall not offer evidence or argument at the trial of this matter regarding plaintiffs' past and future therapy bills without first providing expert testimony regarding the reasonableness of the cost and necessity of the treatment;

9. Plaintiffs shall not offer evidence or argument at the trial of this matter regarding testimony by witnesses who were late disclosed or whom the defendants were given no opportunity to interview or depose; and

10. Plaintiffs shall not offer evidence or argument at the trial of this matter regarding Kreisler's financials unless a threshold question regarding punitive damages is answered by the jury against Kreisler.

Defendant Kreisler's motion is based upon the moving papers, files, records and proceedings and any argument of counsel allowed by the Court. Defendant Kreisler has served and filed their motion papers in accordance with the local rules.

Dated: October 12, 2004

LARSON • KING, LLP

By: s/ Angela Beranek Brandt
Mark S. Solheim (#213226)
David M. Wilk (#222860)
Angela Beranek Brandt (#293143)
2800 Wells Fargo Place
30 East Seventh Street
St. Paul, Minnesota 55101
Telephone: (651) 312-6500
Facsimile: (651) 312-6618

Attorneys for Defendants
Robert L. Kreisler, Jr., d/b/a
Kreisler Real Estate Company, d/b/a
Whittier Real Estate Company, d/b/a
KT Properties Partnership L.P.,
Whittier Community Apartments,
d/b/a, Bristol Apartments