UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Eboni SternJohn and Julius SternJohn,

Plaintiffs,

v.

Robert L. Kreisler, Jr., a/k/a Bob Peterson, a/k/a Robert Peterson, d/b/a Kreisler Real Estate Company, d/b/a Whittier Real Estate Company, d/b/a KT Properties Partnership L.P., d/b/a Whittier Community Apartments, d/b/a Bristol Apartments; Solar Partnership, a/k/a Solar Partnership, L.L.P., a/k/a Solar Partnership I, L.L.P., a/k/a Solar Partnership III, L.L.P., a/k/a Solar Partnership IV, L.L.P., d/b/a Solar Corporation; and Larry Hopfenspirger, d/b/a Hopfenspirger Realty, Inc.,

Defendants.

Civil No. 02-842 (MJD/JSM)

**DEFENDANT KREISLER'S NOTICE OF MOTION IN LIMINE**

TO: Plaintiffs above-named and their attorney, Justin Cummings, Miller O'Brien, One Financial Plaza, 120 South Sixth Street, Minneapolis, MN 55402 and Defendants above-named and their attorneys, Patrick J. Sauter, Rider Bennett, 333 South Seventh Street, Minneapolis, MN 55402.

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that on the 25th day of October, 2004, at 9:00 a.m., defendant Robert L. Kreisler will move the Court to exclude certain evidence. This motion will be heard before the Honorable Michael J. Davis, in Room 14E of the U.S. Courthouse, located at 300 South Fourth Street, in the City of Minneapolis, Minnesota.

Dated: October 12, 2004

LARSON • KING, LLP

By: s/ Angela Beranek Brandt
Mark S. Solheim (#213226)
David M. Wilk (#222860)
Angela Beranek Brandt (#293143)
2800 Wells Fargo Place
30 East Seventh Street
St. Paul, Minnesota 55101
Telephone: (651) 312-6500
Facsimile: (651) 312-6618

Attorneys for Defendants
Robert L. Kreisler, Jr., d/b/a
Kreisler Real Estate Company, d/b/a
Whittier Real Estate Company, d/b/a
KT Properties Partnership L.P.,
Whittier Community Apartments,
d/b/a, Bristol Apartments