UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Eboni SternJohn and Julius SternJohn,

Plaintiffs,

v.

Robert L. Kreisler, Jr., a/k/a Bob Peterson, a/k/a Robert Peterson, d/b/a Kreisler Real Estate Company, d/b/a Whittier Real Estate Company, d/b/a KT Properties Partnership L.P., d/b/a Whittier Community Apartments, d/b/a Bristol Apartments; Solar Partnership, a/k/a Solar Partnership, L.L.P., a/k/a Solar Partnership I, L.L.P., a/k/a Solar Partnership III, L.L.P., a/k/a Solar Partnership IV, L.L.P., d/b/a Solar Corporation; and Larry Hopfenspirger, d/b/a Hopfenspirger Realty, Inc.,

Defendants.

Civil No. 02-842 (MJD/JSM)

**DEFENDANT KREISLER'S PROPOSED SPECIAL VERDICT FORM**

---

Defendant Robert L. Kreisler by and through his attorneys, Larson • King, LLP, hereby submit their Proposed Special Verdict Form in the trial of the above-entitled matter, currently scheduled for October 25, 2004 before the Honorable Michael J. Davis. Defendants propose the following Special Verdict Form for the trial of this matter:

1. Do you find by a preponderance of the evidence that any of the Defendants denied Eboni SternJohn equal housing because of her race?

   Kreisler Defendants: Yes _____ No _____

   Solar Defendants: Yes _____ No _____

2. If your answer to Question No. 1 was "Yes," then answer this question: Did any Defendant's denial of equal housing directly cause damage to Eboni SternJohn?

Kreisler Defendants: Yes _____, amount: $______ No _____

Solar Defendants: Yes _____, amount: $______ No _____

3. Do you find by a preponderance of the evidence that any of the Defendants denied Julius SternJohn equal housing because of his race?

Kreisler Defendants: Yes _____ No _____

Solar Defendants: Yes _____ No _____

4. If your answer to Question No. 3 was "Yes," then answer this question: Did any Defendant's denial of equal housing directly cause damage to Julius SternJohn?

Kreisler Defendants: Yes _____, amount: $______ No _____

Solar Defendants: Yes _____, amount: $______ No _____

5. Do you find by a preponderance of the evidence that any of the Defendants took adverse action against plaintiffs in retaliation for plaintiffs making a complaint about race discrimination?

Kreisler Defendants: Yes _____ No _____

Solar Defendants: Yes _____ No _____

6. If your answer to Question No. 5 was "Yes," then answer this question: Did any Defendant's adverse action against plaintiffs directly cause damage to plaintiffs?

Kreisler Defendants: Yes _____, amount: $______ No _____

Solar Defendants: Yes _____, amount: $______ No _____

7. Do you find by a preponderance of the evidence that the Kreisler Defendants made a false or defamatory statement regarding Plaintiffs that damaged Plaintiffs' reputation and hurt their ability to attain housing?

Yes _____ No _____

8. If your answer to Question No. 7 was "Yes," then answer this question: Did the Kreisler Defendants' statement directly cause damage to plaintiffs?

Yes _____, amount: $______ No _____

9. If you have found for one or both plaintiffs in answer to questions 1-8, do you find that plaintiffs are entitled to punitive damages from any of the defendants?

Kreisler Defendants: Yes _____ No _____

Solar Defendants: Yes _____ No _____

Dated: October 12, 2004

LARSON • KING, LLP

By: s/Angela Beranek Brandt
Mark S. Solheim (#213226)
Angela Beranek Brandt (#293143)
2800 Wells Fargo Place
30 East Seventh Street
St. Paul, Minnesota 55101
Telephone: (651) 312-6500
Facsimile: (651) 312-6618

Attorneys for Defendants
Robert L. Kreisler, Jr., d/b/a
Kreisler Real Estate Company, d/b/a
Whittier Real Estate Company, d/b/a
KT Properties Partnership L.P.,
Whittier Community Apartments,
d/b/a, Bristol Apartments