UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Eboni SternJohn and Julius SternJohn,

Plaintiffs,

v.

Robert L. Kreisler, Jr., a/k/a Bob Peterson, a/k/a Robert Peterson, d/b/a Kreisler Real Estate Company, d/b/a Whittier Real Estate Company, d/b/a KT Properties Partnership L.P., d/b/a Whittier Community Apartments, d/b/a Bristol Apartments; Solar Partnership, a/k/a Solar Partnership, L.L.P., a/k/a Solar Partnership I, L.L.P., a/k/a Solar Partnership III, L.L.P., a/k/a Solar Partnership IV, L.L.P., d/b/a Solar Corporation; and Larry Hopfenspirger, d/b/a Hopfenspirger Realty, Inc.,

Defendants.

Civil No. 02-842 (MJD/JSM)

**AFFIDAVIT OF ANGELA BERANEK BRANDT IN SUPPORT OF MOTIONS IN LIMINE TO EXCLUDE CERTAIN EVIDENCE**

STATE OF MINNESOTA)
) ss.
COUNTY OF RAMSEY )

Angela Beranek Brandt, having been first duly sworn upon oath, deposes and states as follows:

1. I am an attorney licensed to practice law in the State of Minnesota. Along with other attorneys from the law firm of Larson King, I am representing the Kreisler Defendants in this matter.

2. Attached are true and correct copies of the following documents:

Exhibit A. -- Selected portions of the deposition transcript of Eboni SternJohn.

Exhibit B. -- Selected portions of the deposition transcript of LaVern Hiller.

Exhibit C. -- Affidavit of LaVern Hiller.

Exhibit D. -- Selected portions of the deposition transcript of Robert Kreisler.

Exhibit E. -- Interim Management Agreement signed by Robert Kreisler and Larry Hopfenspirger of Solar Partnership.

Exhibit F. -- Affidavit of Robert Kreisler.

Exhibit G. -- Order of District Court.

Exhibit H. -- Response to Credit Request.

Exhibit I. -- Charge of Discrimination by Stephanie Ball.

Exhibit J. -- Charge of Discrimination by Michael McGuire.

Exhibit K. -- Selected portions of the deposition transcript of Dave Pietrzak.

Exhibit L. -- Charge of Discrimination by Eboni SternJohn.

Exhibit M. -- Charge of Discrimination by Julius SternJohn.

Exhibit N. -- Minnesota Department of Human Rights' Memorandum.

Exhibit O. -- Frazier v. Indiana Dep't of Labor, 2003 WL 21254424 (S.D.Ind. March 17, 2003).

Exhibit P. -- Hahn v. Minnesota Beef Indus., Inc., 2002 WL 32658476 (D.Minn. May 29, 2002).

Exhibit Q. -- Young v. Todd Chevrolet, 1992 WL 189431 (Minn. Ct. App. Aug. 11, 1992).

**FURTHER AFFIANT SAYETH NOT.**

Dated: October 12, 2004

By: s/Angela Beranek Brandt
Angela Beranek Brandt, ##293143

Subscribed and sworn to before me
this 12th day of October, 2004.

s/Suzanne M. Leckie
Notary Public