THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

Eboni SternJohn and Julius SternJohn,

Plaintiffs,

vs.

Robert L. Kreisler, Jr., a/k/a Bob Peterson, a/k/a Robert Peterson, d/b/a Kreisler Real Estate Company, d/b/a Whittier Real Estate Company, d/b/a KT Properties Partnership L.P., d/b/a Whittier Community Apartments, d/b/a Bristol Apartments; Solar Partnership, a/k/a Solar Partnership L.L.P., a/k/a Solar Partnership I, L.L.P., a/k/a Solar Partnership III, L.L.P., a/k/a Solar Partnership IV., L.L.P., d/b/a Solar Corporation; and Larry Hopfenspirger, d/b/a Hopfenspirger Realty, Inc.,

Defendants.

**SOLAR DEFENDANTS' EXHIBIT LIST**

**Court File No.: 02-CV-842 (MJD/JSM)**

Defendants Solar Partnership, Solar Corporation, and Larry Hopfenspirger (collectively referred to as "the Solar Defendants") submit the attached Exhibit List for trial in the above-captioned matter.

RIDER BENNETT, LLP

By s/ Patrick J. Sauter

Patrick J. Sauter (95989)
Tina Syring-Petrocchi (251628)
Attorneys for Solar Defendants
333 South Seventh Street
Suite 2000
Minneapolis, MN 55402
Telephone: (612) 340-8900
Facsimile: (612) 340-7900
pjsauter@riderlaw.com

Dated: October 12, 2004

1182609-2

| **Presiding Judge**<br>The Hon. Michael J. Davis | **Plaintiffs' Attorneys**<br>M. William O'Brien, Justin D. Cummins | **Defendant's Attorneys**<br>Solar Defendants – Patrick Sauter, Tina Syring-Petrocchi<br>Kreisler Defendants – Mark Solheim, Angela Beranek Brandt |
|---|---|---|
| **Trial Dates**<br>October 25, 2004 – November ___, 2004 | **Court Reporter** | **Courtroom Deputy** |

**THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MINNESOTA**

**Eboni SternJohn and Julius SternJohn vs. Robert L. Kreisler, Jr., et al.** **Court File No. 02-CV-842 (MJD/JSM)**
**SOLAR DEFENDANTS' EXHIBIT LIST**

| Plf. No. | Def. No. | Date Offered | Marked | Admitted | Description of Exhibits |
|---|---|---|---|---|---|
| | DS#1 | | | | SternJohn Residential Lease at 2421 Pillsbury Avenue (Sep. 25, 1995). |
| | DS#2 | | | | Interim Management Agreement (Sep. 17,' 1998). |
| | DS#3 | | | | Letter by Robert Kreisler to the residents of 2421 Pillsbury Avenue (Oct. 15, 1998). |
| | DS#4 | | | | "We Were Here To Do Repairs" by KREC to Apartment #206 (Oct. 15, 1998). |
| | DS#5 | | | | Letter by Kreisler Real Estate Company ("KREC") to residents of 2421 Pillsbury Avenue (Oct. 26, 1998). |
| | DS#6 | | | | Letter by Clark J. Erickson to KREC (Oct. 23, 1998). |
| | DS#7 | | | | Letter by KREC to residents of 2421 Pillsbury Avenue (Oct. 30, 1998). |
| | DS#8 | | | | Letter by Eboni and Julius SternJohn to KREC (Nov. 1, 1998). |
| | DS#9 | | | | Check by Eboni and Julius SternJohn to Bristol Apartments (Nov. 1, 1998). |
| | DS#10 | | | | Letter by KREC to residents of 2421 Pillsbury Avenue (Nov. 3, 1998). |
| | DS#11 | | | | Unlawful Detainer Summons & Complaint, Solar Partnership vs. Eboni and Julius SternJohn (Nov. 9, 1998). |
| | DS#12 | | | | Bank Statement of Eboni and Julius SternJohn (Nov. 18, 1998). |
| | DS#13 | | | | Letter by Eboni and Julius SternJohn to KREC (Nov. 25, 1998). |
| | DS#14 | | | | Letter by KREC to Eboni and Julius SternJohn (Nov. 30, 1998). |

**THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MINNESOTA**

**Eboni SternJohn and Julius SternJohn vs. Robert L. Kreisler, Jr., et al.**

**Court File No. 02-CV-842 (MJD/JSM)**
**SOLAR DEFENDANTS' EXHIBIT LIST**

| Plf. No. | Def. No. | Date Offered | Marked | Admitted | Description of Exhibits |
|---|---|---|---|---|---|
| | DS#15 | | | | Letter by City of Minneapolis to KREC (Dec. 9, 1998). |
| | DS#16 | | | | Letter by Eboni and Julius SternJohn to KREC (Dec. 10, 1998). |
| | DS#17 | | | | Letter by KREC to Julius SternJohn and Eboni SternJohn (Dec. 16, 1998). |
| | DS#18 | | | | Letter by City of Minneapolis to KREC (Dec. 23, 1998). |
| | DS#19 | | | | Letter by City of Minneapolis to KREC (Dec. 29, 1998). |
| | DS#20 | | | | Letter by Eboni and Julius SternJohn to KREC (Dec. 30, 1998). |
| | DS#21 | | | | Summons and Affidavit of Rent Escrow, *Eboni and Julius SternJohn vs. KREC* (Dec. 30, 1998). |
| | DS#22 | | | | Rent Escrow Decision & Order (Jan. 13, 1999). |
| | DS#23 | | | | Letter by City of Minneapolis to KREC (Jan. 15, 1999). |
| | DS#24 | | | | Letter by City of Minneapolis to Solar Partnership (Feb. 11, 1999). |
| | DS#25 | | | | Rent Escrow Decision & Order (Feb. 26, 1999). |
| | DS#26 | | | | Letter by Eboni and Julius SternJohn to KREC (Mar. 2, 1999). |
| | DS#27 | | | | Rent Escrow (Unlawful Detainer) Decision & Order (Mar. 15, 1999). |
| | DS#28 | | | | Letter by KREC to residents of 2421 Pillsbury Avenue (Mar. 8, 1999). |
| | DS#29 | | | | Warranty Deed (Mar. 29, 1999). |
| | DS#30 | | | | Unlawful Detainer Decision & Order (Apr. 13, 1999). |
| | DS#31 | | | | Letter by Eboni and Julius SternJohn to KREC (Apr. 19, 1999). |

**THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MINNESOTA**

**Eboni SternJohn and Julius SternJohn vs. Robert L. Kreisler, Jr., et al.**

**Court File No. 02-CV-842 (MJD/JSM)**
**SOLAR DEFENDANTS' EXHIBIT LIST**

| Plf. No. | Def. No. | Date Offered | Marked | Admitted | Description of Exhibits |
|---|---|---|---|---|---|
| | DS#32 | | | | "We Were Here To Do Repairs" by KREC to Apt. 206 (Apr. 20,1999). |
| | DS#33 | | | | Letter by KREC to Eboni and Julius SternJohn (Apr. 20, 1999). |
| | DS#34 | | | | "Pest Service" Document to Apartment #206 (Apr. 21, 1999). |
| | DS#35 | | | | Decision and Order (May 3, 1999). |
| | DS#36 | | | | City of Minneapolis Bill Payment History (May 6, 1999). |
| | DS#37 | | | | "We Were Here To Do Repairs" by KREC to Eboni and Julius SternJohn (May 17, 1999). |
| | DS#38 | | | | Letter by Eboni and Julius SternJohn to KREC (May 17, 1999). |
| | DS#39 | | | | Unlawful Detainer Decision and Order (May 19, 1999). |
| | DS#40 | | | | Letter by. KREC to residents of 2421 Pillsbury Avenue (June 14, 1999). |
| | DS#41 | | | | Unlawful Detainer Decision & Order (June 16, 1999). |
| | DS#42 | | | | "We were to Here To Do Repairs" by KREC to Eboni and Julius SternJohn (June 24, 1999). |
| | DS#43 | | | | "We Were Here To Do Repairs" by KREC to Eboni and Julius SternJohn (June 25, 1999). |
| | DS#44 | | | | Decision and Order (June 29, 1999). |
| | DS#45 | | | | Letter by KREC to residents of 2421 Pillsbury Avenue (June 30, 1999). |
| | DS#46 | | | | "Notes from a WASP" Document (July 1999). |
| | DS#47 | | | | Letter by Eboni and Julius SternJohn to KREC (July 11, 1999). |
| | DS#48 | | | | Unlawful Detainer Eviction Summons and Complaint (July 12, 1999). |
| | DS#49 | | | | Decision & Order (July 14, 1999). |

THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MINNESOTA

Eboni SternJohn and Julius SternJohn vs. Robert L. Kreisler, Jr., et al.

Court File No. 02-CV-842 (MJD/JSM)
SOLAR DEFENDANTS' EXHIBIT LIST

| Plf. No. | Def. No. | Date Offered | Marked | Admitted | Description of Exhibits |
|---|---|---|---|---|---|
| | DS#50 | | | | Letter by Eboni and Julius SternJohn to KREC (July 22, 1999). |
| | DS#51 | | | | Letter by City of Minneapolis to KREC (July 23, 1999). |
| | DS#52 | | | | Request for Verification of Residence (July 27, 1999). |
| | DS#53 | | | | Letter by Lisa Bjorken to Eboni SternJohn (July 31, 1999). |
| | DS#54 | | | | Letter by City of Minneapolis to Robert Kreisler (Aug. 2, 1999). |
| | DS#55 | | | | Letter by Eboni and Julius SternJohn to KREC (Aug. 3, 1999). |
| | DS#56 | | | | Housing Court Decision and Order (Aug. 3, 1999). |
| | DS#57 | | | | Decision and Order (Aug. 12, 1999). |
| | DS#58 | | | | Decision and Order (Aug. 31, 1999). |
| | DS#59 | | | | Request for Verification of Rent or Mortgage Account by River Pointe. |
| | DS#60 | | | | Eboni and Julius SternJohn's Apartment Lease at RiverPointe. |
| | DS#61 | | | | Letter by Cynthia Murphy to Julius and Eboni SternJohn (Dec. 21, 2001). |
| | DS#62 | | | | Letter by Julius and Eboni SternJohn to Cynthia Murphy (Dec. 26, 2001). |
| | DS#63 | | | | Letter by Julius and Eboni SternJohn to Cynthia Murphy (Dec. 31, 2001). |
| | DS#64 | | | | Letter by Julius SternJohn and Eboni SternJohn to Cynthia Murphy (Feb. 13, 2002). |
| | DS#65 | | | | RiverPointe's Multi-housing Credit Control Report of Julius and Eboni SternJohn.. |
| | DS#66 | | | | Eboni SternJohn's Handwritten Notes at The Birth Center (Nov. 13, 2001). |

**THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MINNESOTA**

**Eboni SternJohn and Julius SternJohn vs. Robert L. Kreisler, Jr., et al.**

**Court File No. 02-CV-842 (MJD/JSM)**
**SOLAR DEFENDANTS' EXHIBIT LIST**

| Plf. No. | Def. No. | Date Offered | Marked | Admitted | Description of Exhibits |
|---|---|---|---|---|---|
| | DS#67 | | | | Eboni SternJohn's Handwritten Notes at The Birth Center (Nov. 20, 2001). |
| | DS#68 | | | | Medical Record by Dr. Lockhart concerning Eboni SternJohn (Dec. 30, 1999). |
| | DS#69 | | | | Medical Record by Dr. Lockhart concerning Eboni SternJohn (Nov. 16, 1999). |
| | DS#70 | | | | Eboni SternJohn's Handwritten Notes at The Birth Center (Nov. 16, 2001). |
| | DS#71 | | | | Medical Record by Dr. Lockhart concerning Eboni SternJohn (Oct. 11, 2001). |
| | DS#72 | | | | Medical Record by Dr. Rothstein concerning Eboni SternJohn (Oct. 25, 2001). |
| | DS#73 | | | | Medical Record by Dr. Rothstein concerning Eboni SternJohn (Nov. 8, 2001). |
| | DS#74 | | | | Medical Record by Dr. Rothstein concerning Eboni SternJohn (Nov. 23, 2001). |
| | DS#75 | | | | Medical Record by Dr. Rothstein concerning Eboni SternJohn (Nov. 30, 2001). |
| | DS#76 | | | | Medical Record by Dr. Rothstein concerning Eboni SternJohn (Dec. 10, 2001). |
| | DS#77 | | | | Fairview Discharge Instructions (June 24, 1999). |
| | DS#78 | | | | "Fellow Residents of 2421 Pillsbury" Document (Undated). |
| | DS#79 | | | | "We're Moving -- Just a Note" Document (Undated). |
| | DS#80 | | | | "IMPORTANT MEETING" Document (Undated). |
| | DS#81 | | | | Attorney Thomas White's Address, Document for residents of 2421 Pillsbury (Undated). |
| | DS#82 | | | | KREC's Building Operating Procedures. |
| | DS#83 | | | | Whittier Community Apartments Operational Guidelines. |

**THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MINNESOTA**

**Eboni SternJohn and Julius SternJohn vs. Robert L. Kreisler, Jr., et al.**

**Court File No. 02-CV-842 (MJD/JSM)**
**SOLAR DEFENDANTS' EXHIBIT LIST**

| Plf. No. | Def. No. | Date Offered | Marked | Admitted | Description of Exhibits |
|---|---|---|---|---|---|
| | DS#84 | | | | KREC's Process for Late/Non-Payment of Rent. |
| | DS#85 | | | | Whittier Real Estate Company's Request for Verification of Rental History form. |
| | DS#86 | | | | Form letter, "Apartment Inspection Report." |
| | DS#87 | | | | Form letter, "Hardwood Floor Care." |
| | DS#88 | | | | Whittier Community Apartments Non Emergency-Apartment Maintenance Request form. |
| | DS#89 | | | | Listing of Repairs done at 2421 Pillsbury Avenue (Oct. 1998 through Mar. 1999). |
| | DS#90 | | | | List of Work Performed by David Pietrzak at 2421 Pillsbury Avenue (Undated). |
| | DS#91 | | | | "We Were Here To Do Repairs" by KREC to Apartments #106, #206 (Undated). |
| | DS#92 | | | | Tenant List for 2421 Pillsbury Avenue South. |
| | DS#93 | | | | List of Applicants for 2421 Pillsbury Avenue South declined or approved. |
| | DS#94 | | | | Notice of Motion and Motion, *Eboni and Julius SternJohn v. KREC/Solar Partnership*. |
| | DS#95 | | | | Document entitled "RFS Action." |
| | DS#96 | | | | Document Entitled "Remitv Billing Payment History Inquiry." |
| | DS#97 | | | | Handwritten Note. |
| | DS#98 | | | | Purchase Agreement. |
| | DS#99 | | | | Removal of Inspection and Documentation Contingencies for Purchase Agreement. |
| | DS#100 | | | | City of Minneapolis Property Information for 2421 Pillsbury Avenue. |
| | DS#101 | | | | Extension of the Purchase Agreement. |
| | DS#102 | | | | Apartment Listing Checklist. |

**THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MINNESOTA**

**Eboni SternJohn and Julius SternJohn vs. Robert L. Kreisler, Jr., et al.**

**Court File No. 02-CV-842 (MJD/JSM)**
**SOLAR DEFENDANTS' EXHIBIT LIST**

| Plf. No. | Def. No. | Date Offered | Marked | Admitted | Description of Exhibits |
|---|---|---|---|---|---|
| | DS#103 | | | | Eboni SternJohn's Interview (Jan. 17, 2001). |
| | DS#104 | | | | Unlawful Detainer Summons and Complaint, *Whittier Real Estate v. Solar Partnership v. Jerald Priebe, et al.* (March 10, 1999). |
| | DS#105 | | | | Unlawful Detainer Summons and Complaint, *Solar Partnership v. Michelle Reinert, et al.* (Mar. 19, 1999). |
| | DS#106 | | | | Writ of Restitution, *Solar Partnership v. Michelle Reinert, et al.* (Mar. 24, 1999) |
| | DS#107 | | | | Chubizor Obilor Tenant File. |
| | DS#108 | | | | Gayla Jones Tenant File. |
| | DS#109 | | | | Ibrahim/Hussein Tenant File. |
| | DS#110 | | | | Josephine Mbiti Tenant File. |
| | DS#111 | | | | SternJohn's Tenant File. |
| | DS#112 | | | | Charge of Discrimination, *Julius John v. Greyhound Bus Lines*. |
| | DS#113 | | | | Position Statement, *Julius John v. Greyhound Bus Lines*. |
| | DS#114 | | | | Settlement Agreement, *Julius John v. Greyhound Bus Lines*. |

The Solar Defendants reserve the right to introduce any and all exhibits identified by any other party. The Solar Defendants further reserve the right to introduce any and all exhibits necessary for impeachment and/or rebuttal purposes. The Solar Defendants reserve the right to amend its Exhibit List.