THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

---

Eboni SternJohn and Julius SternJohn,

Plaintiffs,

vs.

Robert L. Kreisler, Jr., a/k/a Bob Peterson, a/k/a Robert Peterson, d/b/a Kreisler Real Estate Company, d/b/a Whittier Real Estate Company, d/b/a KT Properties Partnership L.P., d/b/a Whittier Community Apartments, d/b/a Bristol Apartments; Solar Partnership, a/k/a Solar Partnership L.L.P., a/k/a Solar Partnership I, L.L.P., a/k/a Solar Partnership III, L.L.P., a/k/a Solar Partnership IV., L.L.P., d/b/a Solar Corporation; and Larry Hopfenspirger, d/b/a Hopfenspirger Realty, Inc.,

Defendants.

**SOLAR DEFENDANTS' WITNESS LIST**

**Court File No.: 02-CV-842 (MJD/JSM)**

---

Defendants Solar Partnership, Solar Corporation, and Larry Hopfenspirger (collectively referred to as "the Solar Defendants") submit the attached Witness List for trial in the above-captioned matter.

RIDER BENNETT, LLP

By s/ Patrick J. Sauter

Patrick J. Sauter (95989)
Tina Syring-Petrocchi (251628)
Attorneys for Solar Defendants
333 South Seventh Street
Suite 2000
Minneapolis, MN 55402
Telephone: (612) 340-8900
Facsimile: (612) 340-7900
pjsauter@riderlaw.com

Dated: October 11, 2004

| Presiding Judge<br>The Hon. Michael J. Davis | Plaintiffs' Attorneys<br>M. William O'Brien, Justin D. Cummins | Defendant's Attorneys<br>Solar Defendants – Patrick Sauter, Tina Syring-Petrocchi<br>Kreisler Defendants – Mark Solheim, Angela Beranek Brandt |
|---|---|---|
| Trial Dates<br>October 25, 2004 – November ___, 2004 | Court Reporter | Courtroom Deputy |

**THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MINNESOTA**

**Eboni SternJohn and Julius SternJohn vs. Robert L. Kreisler, Jr., et al.**

**Court File No. 02-CV-842 (MJD/JSM)**
**SOLAR DEFENDANTS' WITNESS LIST**

| Plf. No. | Def. No. | Date Offered | Marked | Admitted | Description of Witness |
|---|---|---|---|---|---|
| | DS#1 | | | | Julius SternJohn (240 92nd Ave. NE, Blaine, MN 55343). Mr. SternJohn is one of the plaintiffs in this action. |
| | DS#2 | | | | Eboni SternJohn (240 92nd Ave. NE, Blaine, MN 55343). Mrs. SternJohn is one of the plaintiffs in this action. |
| | DS#3 | | | | Robert Kreisler (121 W. Elmwood, Minneapolis, MN 55419). Mr. Kreisler is one of the defendants in this action, and is expected to testify that he did not engage in any racial discrimination against the plaintiffs. |
| | DS#4 | | | | Larry Hopfenspirger (2720 Quaker Ln., Plymouth, MN 55441). Mr. Hopfenspirger is one of the defendants in this action, and is expected to testify that he did not engage in any racial discrimination against the plaintiffs. |
| | DS#5 | | | | Dave Pietrzak (608 79th Ave. N., Brooklyn Park, MN 55444). Mr. Pietrzak is expected to testify that he worked for Mr. Kreisler. Mr. Pietrzak also expected to testify that he did not engage in any racial discrimination against the plaintiffs nor did he observe Mr. Kreisler engage in such conduct. Mr. Pietrzk also is expected to testify about his interactions with plaintiffs while they resided at Pillsbury Avenue. |
| | DS#6 | | | | Anthony Bittings (2124 Garfield Ave. S., Apt. #16, Minneapolis, MN 55405). Mr. Bittings is expected to testify that he worked for Mr. Kreisler and resided in one of Mr. Kreisler's buildings. Mr. Bittings also expected to testify that he has not observed Mr. Kreisler engage in any racial discrimination against the plaintiffs or others. Mr. Bittings also is expected to testify about his interactions with plaintiffs while they resided at Pillsbury Avenue. |
| | DS#7 | | | | LaVern Hiller (2421 Pillsbury Ave. S., Minneapolis, MN 55404). Mr. Hiller is expected to testify about his relationship with the plaintiffs while living at 2421 Pillsbury Ave. Mr. Hiller further is expected to testify about the plaintiffs' requests for repairs. |

**THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MINNESOTA**

**Eboni SternJohn and Julius SternJohn vs. Robert L. Kreisler, Jr., et al.** **Court File No. 02-CV-842 (MJD/JSM)**
**SOLAR DEFENDANTS' WITNESS LIST**

| Plf. No. | Def. No. | Date Offered | Marked | Admitted | Description of Witness |
|---|---|---|---|---|---|
| | DS#8 | | | | Nancy Nelson (131 W. 26th St., Apt. #18, Minneapolis, MN 55404). Ms. Nelson is expected to testify about Mr. Kreisler's rental and application procedures and placement of tenants. |
| | DS#9 | | | | Cynthia Murphy (12378 Johnson St. NE, Blaine, MN 55433). Ms. Murphy is expected to testify about the plaintiffs' complaints while living at RiverPointe. |
| | DS#10 | | | | Jodi Carlson (7805 E. River Rd., Apt. #109, Fridley, MN 55432). Ms. Carlson is expected to testify about the plaintiffs' apartment application and rental at RiverPointe. |
| | DS#11 | | | | Errelle Yarennzellez (2421 Pillsbury Ave., #105, Minneapolis, MN 55404). Mr. Yarennzellez was a minority tenant at 2421 Pillsbury Ave., and is expected to testify that he has had no problem with any housing issues at that location. |
| | DS#12 | | | | Theresa Collins (2421 Pillsbury Ave., #201, Minneapolis, MN 55404). Ms. Collins was a minority tenant at 2421 Pillsbury Ave., and is expected to testify that she has had no problem with any housing issues at that location. |
| | DS#13 | | | | Kristina Bilbelry (2421 Pillsbury Ave., #208, Minneapolis, MN 55404). Ms. Bilbelry was a minority tenant at 2421 Pillsbury Ave., and is expected to testify that she has had no problem with any housing issues at that location. |
| | DS#14 | | | | Deb Nelson, Housing Inspector (300 Public Service Center, 250 S. 4th Street, Minneapolis, MN 55415). Ms. Nelson is expected to testify that Mr. Kreisler repaired the SternJohn's apartment and that the SternJohns were uncooperative in allowing access for repairs. |

The Solar Defendants reserve the right to call any witnesses identified on Plaintiff's or the Kreisler Defendants' witness lists or witnesses called to testify by Plaintiff or the Kreisler Defendants.

The Solar Defendants further reserve the right to call as an expert witness any and all potential expert witnesses identified and disclosed by Plaintiff or the Kreisler Defendants.

The Solar Defendants further reserve the right to call any additional witnesses necessary to respond to evidence introduced by Plaintiff or the Kreisler Defendants, for impeachment and/or rebuttal purposes.