THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

Eboni SternJohn and Julius SternJohn,

Plaintiffs,

vs.

Robert L. Kreisler, Jr., a/k/a Bob Peterson, a/k/a Robert Peterson, d/b/a Kreisler Real Estate Company, d/b/a Whittier Real Estate Company, d/b/a KT Properties Partnership L.P., d/b/a Whittier Community Apartments, d/b/a Bristol Apartments; Solar Partnership, a/k/a Solar Partnership L.L.P., a/k/a Solar Partnership I, L.L.P., a/k/a Solar Partnership III, L.L.P., a/k/a Solar Partnership IV., L.L.P., d/b/a Solar Corporation; and Larry Hopfenspirger, d/b/a Hopfenspirger Realty, Inc.,

Defendants.

**SOLAR DEFENDANTS' REQUESTED VOIR DIRE QUESTIONS**

Court File No: 02-CV-0842 (MJD/JSM)

Defendants Solar Partnership, Solar Corporation, and Larry Hopfenspirger (collectively referred to as "the Solar Defendants"), respectfully request the following voir dire questions be asked of the members of the panel during the selection process.

RIDER BENNETT, LLP

By s/ Patrick J. Sauter

Patrick J. Sauter (95989)
Tina Syring-Petrocchi (251628)
Attorneys for Solar Defendants
333 South Seventh Street
Suite 2000
Minneapolis, MN 55402
Telephone: (612) 340-8900
Facsimile: (612) 340-7900
pjsauter@riderlaw.com

Dated: October 12, 2004

**INTRODUCTION**

Members of the jury, I will be asking you questions that will assist counsel in selecting a fair and impartial jury panel to hear this case. Sometimes this requires us to ask some personal questions that we might not otherwise ask if we met in a social or business setting. Please do not be offended by any of these questions. Every question has a purpose, which I think will be self-evident. The intent is not to pry into your personal affairs.

1. Does any member of the panel, or his or her personal family, know the Plaintiffs, Eboni and Julius SternJohn?

2. Does any member of the panel know Plaintiffs' or Defendants' attorneys or the law firms of which they are members? If so, please elaborate.

3. Identify any educational degrees you have obtained. If you attended college or some other post-high school institution, please state the name and location of that institution and your major field of study.

4. Identify any educational degrees your spouse has obtained, as well as any other members of your immediate family

5. Has any member of the panel, or his or her personal family, ever had any legal training or other legal background including working with attorneys? If so, elaborate.

6. Describe your family situation, whether you are married or have children. If you have children what are their ages?

7. Where are you currently employed? How long? What is your relationship with your employer and supervisors?

8. Do you own or rent a home? If you rent, for how long have you rented?

9. Have you ever had a dispute with a landlord? What did the dispute involve? Please describe the situation and the resolution?

10. What do you think of resolving disputes in court?

11. Have you or a member of your family ever filed a lawsuit against anyone or has a lawsuit ever been filed against you or them? If so, elaborate. If so, what did you think of the judicial process?

12. Has any member of the panel ever been a witness in a trial? If so, elaborate.

13. Has any member of the panel previously served at any time on jury duty? What type of case? If so, state whether or not you have reached a verdict in any case and what was the outcome? State when this jury service was performed.

14. Have you, a family member or friend ever been a victim of discrimination? If so, describe the situation and its eventual resolution.

15. Have you, a family member or friend ever been falsely accused of discrimination? If so, describe the situation and its eventual resolution.

16. Do you think discrimination frequently occurs by landlords? If so, why?

17. More than one of the Defendants in this case is a corporation. Under the law, a corporation is entitled to the same fair treatment as any individual person. Does any member of the panel disagree with this principle?

18. In a trial, the Plaintiffs present their side of the story first, and then the Defendants present their evidence. At the start of the case, I will instruct you to keep an open mind and not to reach a conclusion until you have heard all of the evidence. Does any one think they will have a difficulty keeping an open mind?

19. I will instruct you on the burden of proof. Can you listen to all of the evidence and wait until the end of the case to determine if something has been proven?

20. This case involves allegations by Mr. and Mrs. SternJohn that they were discriminated against because of their race. Is there anything in your experience that might cause you to sympathize or identify with them and more harshly judge the Defendants?

21. Do you feel you have ever been discriminated against for any reason? Please describe.

22. If you are selected to sit as a juror in this case, your job will be to determine all of the pertinent facts. My job will be to instruct you in the law that you should apply to these facts. Even though you might personally disagree with the law as I give it to you, or believe the law to be something other than that with which I instruct you, do you think you would be able to follow the law as I instruct you in this case?

23. If you were a party to this lawsuit, whether as Plaintiff or as Defendant, would you be the type of person that you would want to sit as a member of the jury? Why/Why not?

24. If you were to sit as a member of this jury, would you be able to set aside any sympathy that you might otherwise have for a person who claims an injury and reach a fair, impartial and objective verdict based solely upon the evidence that you have heard during the trial?

25. It is estimated that this trial will last 5 days. Is there anything, whether it be a physical or emotional condition, family responsibilities, business commitment, or anything else, that will affect your ability to devote your full and entire concentration to this case as it is tried?

26. Any person can file a claim resulting in a lawsuit in this country against anyone else. Do you feel that simply because a claim has been made that a Plaintiff is entitled to recover a verdict or damages?

27. Is there anything about which you have not been asked that you feel will affect your ability to listen to the evidence, apply the facts to the law I will give you, and decide this case fairly and impartially?