**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

**CERTIFICATE OF SERVICE**

**EBONI STERNJOHN AND JULIUS STERNJOHN V. ROBERT L. KREISLER, JR., ET AL.**

**COURT FILE NO.: 02-842 (MJD/JSM)**

I hereby certify that on October 12, 2004, I caused the following document:

1. Solar Defendants' Exhibit List;
2. Solar Defendants' Witness List;
3. Solar Defendants' Proposed Voir Dire Questions;
4. Solar Defendants' Proposed Special Verdict Form; and
5. Solar Defendants' Proposed Jury Instructions

to be filed electronically with the Clerk of the Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

M. William O'Brien, Esq.
Miller-O'Brien
120 South Sixth Street, Suite 2400
Minneapolis, MN 55402
bobrien@miller-obrien.com

Angela Beranek Brandt
Larson • King, LLP
2800 Wells Fargo Place
30 E. Seventh Street
St. Paul, MN 55101
abrandt@larsonking.com

RIDER BENNETT, LLP

By / Patrick J. Sauter
Patrick J. Sauter (95989)
Tina Syring-Petrocchi (251628)
Attorneys for Solar Defendants
333 South Seventh Street
Suite 2000
Minneapolis, MN 55402
(612) 340-8900
Facsimile: (612) 340-7900
pjsauter@riderlaw.com

Dated: October 12, 2004