THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

Eboni SternJohn and Julius SternJohn,

Plaintiffs,

vs.

Robert L. Kreisler, Jr., a/k/a Bob Peterson, a/k/a Robert Peterson, d/b/a Kreisler Real Estate Company, d/b/a Whittier Real Estate Company, d/b/a KT Properties Partnership L.P., d/b/a Whittier Community Apartments, d/b/a Bristol Apartments; Solar Partnership, a/k/a Solar Partnership L.L.P., a/k/a Solar Partnership I, L.L.P., a/k/a Solar Partnership III, L.L.P., a/k/a Solar Partnership IV., L.L.P., d/b/a Solar Corporation; and Larry Hopfenspirger, d/b/a Hopfenspirger Realty, Inc.,

Defendants.

**SOLAR DEFENDANTS' MOTION IN LIMINE**

ORAL ARGUMENT REQUESTED
Court File No.: 02-CV-842
(MJD/JSM)

PLEASE TAKE NOTICE that Defendants Solar Corporation, Solar Partnership, and Larry Hopfenspirger ("the Solar Defendants") move the Court for an Order excluding certain evidence, testimony, and claims from trial in the above-captioned matter. Solar Defendants' Motion for an Order in Limine is based on the Federal Rules of Evidence and applicable law, the accompanying Memorandum of Law, and all files, records and proceedings hereto:

1. Excluding from evidence any testimony of any witnesses previously undisclosed in Plaintiffs' Rule 26(a) Initial Disclosures;

2. Excluding from evidence any testimony of any witnesses named and identified in the *United States v. Robert L. Kreisler, Jr., et al,* CV No. 03-3599 action;

3. Excluding from evidence any testimony and documents related to 2500 Blaisdell Avenue;

4. Restricting Plaintiffs and Plaintiffs' counsel from referring to any liability on Solar Defendants or Defendant Hopfenspirger's behalf beyond the time frame of October 15, 1998 through March 31, 1999.

**ACKNOWLEDGMENT**

The part(ies) upon whose behalf this pleading is submitted, by and through the undersigned, hereby acknowledge(s) that sanctions may be imposed for a violation of Minn. Stat. § 549.211.

RIDER BENNETT, LLP

By s/ Kathleen M. Daly

Patrick J. Sauter (95989)
Tina Syring-Petrocchi (251628)
Kathleen M. Daly (314390)
Attorneys for Defendant Solar Partnership Corporation and Related Entities and Larry Hopfenspirger
333 South Seventh Street, Suite 2000
Minneapolis, MN 55402
(612) 340-7982 / 340-8975 / 340-7908
kmdaly@riderlaw.com

October 12, 2004