THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

Eboni SternJohn and Julius SternJohn,

Plaintiffs,

vs.

Robert L. Kreisler, Jr., a/k/a Bob Peterson, a/k/a Robert Peterson, d/b/a Kreisler Real Estate Company, d/b/a Whittier Real Estate Company, d/b/a KT Properties Partnership L.P., d/b/a Whittier Community Apartments, d/b/a Bristol Apartments; Solar Partnership, a/k/a Solar Partnership L.L.P., a/k/a Solar Partnership I, L.L.P., a/k/a Solar Partnership III, L.L.P., a/k/a Solar Partnership IV., L.L.P., d/b/a Solar Corporation; and Larry Hopfenspirger, d/b/a Hopfenspirger Realty, Inc.,

Defendants.

**SOLAR DEFENDANTS' MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION IN LIMINE REGARDING THE TIME PERIOD OF ALLEGED ACTS**

Court File No.: 02-CV-842 (MJD/JSM)

## INTRODUCTION

Defendants Solar Partnership, Solar Corporation, and Larry Hopfenspirger ("Solar Defendants) move the Court for an Order limiting testimony concerning the Solar Defendants to the time period of July 15, 1998, through March 31, 1999. The Solar Defendants had no legal interest or ownership in the 2421 Pillsbury Avenue property ("Pillsbury Property") as of March 29, 1999, and any evidence regarding the Solar Defendants' alleged liability after March 29, 1999, should be excluded.

## STATEMENT OF FACTS

The Solar Defendants previously owned 2421 Pillsbury Avenue ("Pillsbury Property"), the apartment complex where Plaintiffs resided. On July 17, 1998, the Solar Defendants sold, by purchase agreement, the Pillsbury Property to Defendant Robert Kreisler. During the transition of ownership, Defendant Kreisler began managing 2421 Pillsbury

Avenue on October 15, 1998. On March 29, 1999, the Solar Defendants deeded 2421 Pillsbury Avenue to Defendant Kreisler. Consequently, the Solar Defendants had no legal interest in the Pillsbury property after March 29, 1999.

The Solar Defendants have no connection to the Blaisdell property. They have never owned, managed, or been connected to the Blaisdell property.

On or about July 10, 2000, Plaintiffs filed a compliant with the United States Department of Housing and Urban Development, alleging racial discrimination against the Solar Defendants and Defendant Kreisler. On July 11, 2000, Plaintiffs also filed a Charge of Discrimination with the Minnesota Department of Human Rights ("MDHR"), again alleging racial discrimination against the Solar Defendants and Defendant Kreisler. On July 16, 2001, the MDHR made a determination of No Probable Cause against the Solar Defendants and dismissed Plaintiffs' charge. A separate probable cause determination was made against Defendant Kreisler by the MDHR.

On or about April 22, 2002, Plaintiffs commenced a civil rights action against the Solar Defendants and Defendant Kreisler, alleging race discrimination and retaliation.

## ARGUMENT

### PLAINTIFFS SHOULD NOT BE ABLE TO PRESENT EVIDENCE REGARDING THE SOLAR DEFENDANTS ALLEGED LIABILITY AFTER MARCH 29, 1999

The majority of Plaintiffs' evidence of alleged discrimination and retaliation occurs ***after*** March 29, 1999, when the Solar Defendants no longer had any interest in the Pillsbury Property. As of March 29, 1999, the Solar Defendants had no interest in the Pillsbury Property and, therefore, cannot be liable for any alleged discriminatory acts occurring after March 29, 1999. Thus, any evidence (or argument of counsel) after March 29, 1999, concerning conduct by the Solar Defendants is irrelevant and prejudicial, and should be excluded under Federal Rules of Evidence 401 and 403.

**CONCLUSION**

For the foregoing reasons, the Solar Defendants ask this Court to exclude any evidence or argument of counsel regarding the Solar Defendants' alleged liability after March 29, 1999.

**ACKNOWLEDGMENT**

The part(ies) upon whose behalf this pleading is submitted, by and through the undersigned, hereby acknowledge(s) that sanctions may be imposed for a violation of Minn. Stat. § 549.211.

RIDER BENNETT, LLP

By s/ Kathleen M. Daly

Patrick J. Sauter (95989)
Tina Syring-Petrocchi (251628)
Kathleen M. Daly (314390)
Attorneys for Defendant Solar Partnership Corporation and Related Entities and Larry Hopfenspirger
333 South Seventh Street, Suite 2000
Minneapolis, MN 55402
(612) 340-7982 / 340-8975 / 340-7908
kmdaly@riderlaw.com

October 12, 2004