**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

**EBONI STERNJOHN AND JULIUS STERNJOHN V. ROBERT L. KREISLER, JR., ET AL.**

**COURT FILE NO.: 02-842 (MJD/JSM)**

**CERTIFICATE OF SERVICE**
**MOTION DOCUMENTS AND PROPOSED ORDER**

I hereby certify that on October 12, 2004, I caused the following documents:

1. Solar Defendants' Notice of Motion and Motions in Limine;
2. Solar Defendants' Memorandum in Support of Its Motion in Limine to Exclude Witnesses;
3. Solar Defendants' Memorandum of Law in Support of Its Motion in Limine Regarding the Time Period of Alleged Acts;
4. Solar Defendants' Memorandum of Law in Support of Its Motion in Limine Regarding the Blaisdell Building;
5. Solar Defendants' Trial Brief and Statement of The Case; and
6. Certificate Of Service.

to be filed electronically with the Clerk of the Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

**PLAINTIFF'S ATTORNEYS:**
M. William O'Brien, Esq.
Miller-O'Brien
120 South Sixth Street, Suite 2400
Minneapolis, MN 55402
bobrien@miller-obrien.com

**DEFENDANTS KREISLER, ET AL. ATTORNEYS**
Angela Beranek Brandt
Larson • King, LLP
2800 Wells Fargo Place
30 E. Seventh Street
St. Paul, MN 55101
abrandt@larsonking.com

I further certify that I caused the proposed order to be filed with the court via email to the following judge, who is hearing the motion:

Michael J. Davis
U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

RB
RIDER BENNETT

And I certify that I caused a copy of the proposed order to be emailed or mailed by first class mail, postage paid, as noted below, to the following:

**PLAINTIFF'S ATTORNEYS:**
M. William O'Brien, Esq.
Miller-O'Brien
120 South Sixth Street, Suite 2400
Minneapolis, MN 55402
bobrien@miller-obrien.com

**DEFENDANTS KREISLER, ET AL. ATTORNEYS**
Angela Beranek Brandt
Larson • King, LLP
2800 Wells Fargo Place
30 E. Seventh Street
St. Paul, MN 55101
abrandt@larsonking.com

By s/ Kathleen M. Daly
Kathleen M. Daly

Dated: October 12, 2004