**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**CERTIFICATE OF SERVICE**

**EBONI STERNJOHN AND JULIUS STERNJOHN V. ROBERT L. KREISLER, JR, ET AL.**
**COURT NO. 02-842 (MJD/JSM)**

I hereby certify that on October 12, 2004, I caused the following documents:

1. Defendant Kreisler's Statement of the Case;
2. Amended Exhibit List;
3. Witness List;
4. Defendant Kreisler's Voir Dire Questions
5. Defendant Robert Kreisler's Requested Jury Instructions;
6. Defendant Robert Kreisler's Memorandum of Law In Support of His Motions in Limine to Exclude Certain Evidence;
7. Defendant Kreisler's Motions in Limine
8. Defendant Kreisler's Notice of Motion in Limine
9. Defendants Kreisler's Special Verdict Form; and
10. Affidavit of Angela Beranek Brandt in Support of Motions in Limine to Exclude Certain Evidence.

To be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Justin Cummings, Esq.
Miller O'Brien
One Financial Plaza
120 South Sixth Street
Suite 2400
Minneapolis, MN 55402

Patrick J. Sauter, Esq.
Rider Bennett
333 South Seventh Street
Suite 2000
Minneapolis, MN 55402.

I further certify that I caused a copy of the Proposed Order to be mailed by first class mail, postage paid to the above ECF participants.

Dated: October 12, 2004

s/Angela Beranek Brandt
Angela Beranek Brandt (#293143)
Larson • King, LLP
2800 Wells Fargo Place
30 E. Seventh Street
St. Paul, MN 55101
(651) 312-6500

1106948