**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

***SternJohn v. Kreisler, et al.***
**Case No. 02-842 MJD/JSM**

I hereby certify that on October 14, 2004, I caused the following documents:

1. Plaintiffs' Memorandum of Law in Opposition to the Solar Defendants' Motion in Limine of October 12, 2004.

to be filed electronically with the Clerk of Court through ECF, and that EDF will send an e-notice of the electronic filing to the following:

| | |
|---|---|
| Patrick J. Sauter, Esq. | pjsauter@riderlaw.com |
| Tina Syring-Petrocchi | tpetrocchi@riderlaw.com |
| Kathleen M. Daly | kmdaly@riderlaw.com |
| Mark S. Solheim, Esq. | msolheim@larsonking.com |
| David M. Wilk, Esq. | dwilk@larsonking.com |
| Angela Beranek Brandt | abrandt@larsonking.com |

Dated: October 14, 2004

s/Justin D. Cummins
Justin D. Cummins
Bar Number 276248
Miller-O'Brien
One Financial Plaza
120 South Sixth Street, Suite 2400
Minneapolis, MN 55402

**ATTORNEYS FOR PLAINTIFFS**