**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

***SternJohn v. Kreisler, et al.***
**Case No. 02-842 MJD/JSM**

I hereby certify that on October 14, 2004, I caused the following documents:

1. Plaintiffs' Memorandum of Law in Opposition to Defendant Kreisler's Motion in Limine of October 12, 2004;

   Attachments:

   Wade v. South Bend Public Transportation Corp., 1989 WL 516281, *5-6 (N.D. Ind. 1989);
   Green v. Westgate Village Mobile Home Park, 2000 WL 562331, *3 (N.D. Ohio 2000);
   U.S. v. Beaudet, 2004 WL 1635853, *2 (D.Minn.2004);
   Aspen v. King World Productions Corp., 2001 WL 1403001, *3-5 (N.D.Ill.2001).

to be filed electronically with the Clerk of Court through ECF, and that EDF will send an e-notice of the electronic filing to the following:

| | |
|---|---|
| Patrick J. Sauter, Esq. | pjsauter@riderlaw.com |
| Tina Syring-Petrocchi | tpetrocchi@riderlaw.com |
| Kathleen M. Daly | kmdaly@riderlaw.com |
| Mark S. Solheim, Esq. | msolheim@larsonking.com |
| David M. Wilk, Esq. | dwilk@larsonking.com |
| Angela Beranek Brandt | abrandt@larsonking.com |

Dated: October 14, 2004

s/Justin D. Cummins
Justin D. Cummins
Bar Number 276248
Miller-O'Brien
One Financial Plaza
120 South Sixth Street, Suite 2400
Minneapolis, MN 55402

**ATTORNEYS FOR PLAINTIFFS**