# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| EBONI STERNJOHN, et al., | ) | COURT MINUTES - CIVIL |
| | ) | BEFORE: JANIE S. MAYERON |
| Plaintiffs, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No: 02-842 (MJD/JSM) |
| | ) | Date: October 14, 2004 |
| ROBERT KREISLER, JR., et al., | ) | Court Reporter: |
| | ) | Time Commenced: 2:00 p.m. |
| Defendants. | ) | Time Concluded: 6:15 p.m. |
| | ) | Time in Court: 4 Hours & 15 Minutes |

Hearing on: **Settlement**

## APPEARANCES:

Plaintiff: Justin Cummins, Esq.
Defendant: Mark Solheim, Esq., on behalf of defendant Robert L. Kreisler
Pat Sauter, Esq. on behalf of defendant Solar Partnership

## PROCEEDINGS:

☒ Partial settlement reached.

s/Katie Haagenson
Judicial Assistant