**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Eboni SternJohn and Julius SternJohn,
Plaintiffs,

Civil No. 02-842 MJD/JSM

v.

Robert L. Kreisler, Jr., a/k/a Bob Peterson, a/k/a Robert Peterson, d/b/a Kreisler Real Estate Company, d/b/a Whittier Real Estate Company, d/b/a KT Properties Partnership L.P., d/b/a Whittier Community Apartments, d/b/a Bristol Apartments; Solar Partnership, a/k/a Solar Partnership, L.L.P, a/k/a Solar Partnership I, L.L.P., a/k/a Solar Partnership III, L.L.P., a/k/a Solar Partnership IV, L.L.P., d/b/a Solar Corporation; and Larry Hopfenspirger, d/b/a Hopfenspirger, Realty, Inc.,

Defendants.

**PLAINTIFFS' MOTION IN LIMINE**

---

TO: Robert Kreisler, above-named Defendant, and his attorneys of record, Mark S. Solheim, Esq., Angela Beranek Brandt, Esq., and David M. Wilk, Esq., LARSON KING, L.L.P., 2800 Wells Fargo Place, 30 East Seventh Street, St. Paul, MN 55101.

**MOTIONS IN LIMINE TO EXCLUDE CERTAIN EVIDENCE**

Pursuant to the Federal Rules of Civil Procedure and the Federal Rules of Evidence, the file, and the proceedings herein, Plaintiffs' Eboni and Julius SternJohn move the Court for an Order as follows:

1. Evidence and argument concerning Mrs. SternJohn's and Mr. SternJohn's separate and unrelated employment grievances (Def. Kreisler No. 68 (originally No. 46));

2. Argument concerning a rent-payment issue the parties already litigated and the Court already decided;

3. Irrelevant documents and argument that will cause jury confusion, time-wasting, and unfair prejudice (Def. Kreisler Nos. 55 (originally No. 39), 64 (originally No. 149), 65-67 (not originally filed with the Court); 69 (originally No. 53), 72 (originally No. 93)); and

4. The two purported expert witnesses disclosed –for the first time – less than two weeks before trial, two lay witnesses identified – for the first time – on Defendant Kreisler's Exhibit List, and two lay witnesses who will provide cumulative testimony.

Dated: October 19, 2004

**MILLER·O'BRIEN**

M. William O'Brien, # 130229
Justin D. Cummins, # 276248
One Financial Plaza
120 South Sixth Street, Suite 2400
Minneapolis, MN 55402
612-333-5831

**ATTORNEYS FOR PLAINTIFFS**