**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

***SternJohn v. Kreisler, et al.***
**Case No. 02-842 MJD/JSM**

I hereby certify that on October 19, 2004, I caused the following documents:

1. Plaintiffs' Notice of Motion in Limine;

2. Plaintiffs' Motion in Limine;

3. Plaintiffs' Supplemented Memorandum of Law in Support of their Motion in Limine.

to be filed electronically with the Clerk of Court through ECF, and that EDF will send an e-notice of the electronic filing to the following:

| | |
|---|---|
| Mark S. Solheim, Esq. | msolheim@larsonking.com |
| David M. Wilk, Esq. | dwilk@larsonking.com |
| Angela Beranek Brandt | abrandt@larsonking.com |

Dated: October 19, 2004

s/Justin D. Cummins
Justin D. Cummins
Bar Number 276248
Miller-O'Brien
One Financial Plaza
120 South Sixth Street, Suite 2400
Minneapolis, MN 55402

**ATTORNEYS FOR PLAINTIFFS**