# UNITED STATES DISTRICT COURT

DISTRICT OF **MINNESOTA**

EBONI STERNJOHN, et al.

**AMENDED WITNESS LIST**

V.

Case Number: 02-842 MJD/JSM

ROBERT L. KREISLER, JR., et al.

| PRESIDING JUDGE | PLAINTIFFS' ATTORNEYS | DEFENDANTS' ATTORNEYS |
|---|---|---|
| The Honorable Michael J. Davis | M. William O'Brien/Justin D. Cummins | Alfred H. Edwall, Jr. (Defendant Kreisler); Patrick J. Sauter/Sridevi S. Anwar (Hopfenspirger Defendants) |
| TRIAL DATE(S) October 1, 2003 – December 31, 2003 | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | ☐ | ☐ | Mark Andeka (420 Ford Road, #236, St. Louis Park, MN 55426) will testify about Defendant Kreisler's misrepresentations of the availability of housing and the treatment of blacks. |
| | | | ☐ | ☐ | Stephanie Ball (3524 Park Avenue, Minneapolis, MN 55407) will testify about Defendant Kreisler's racially discriminatory and retaliatory rental practices concerning, in particular, evictions and misrepresentations of the availability of housing. |
| | | | ☐ | ☐ | Anthony Bittings (2124 Garfield Avenue, Minneapolis, MN 55405) will testify about Defendant Kreisler's rental policies and practices. |
| | | | ☐ | ☐ | Jodi Carlson (7805 East River Road, Apt. 109, Fridley, MN 55432) will testify about River Pointe's rental policies and practices as they relate to Eboni and Julius SternJohn. |
| | | | ☐ | ☐ | David Castledine (190 East 5th Street, #700, St. Paul, MN 55101) will testify about the MDHR's investigation into Eboni and Julius SternJohn's agency charges against Defendants. |
| | | | ☐ | ☐ | Beth Clark (120 South 6th Street, #2400, Minneapolis, MN 55402) will testify about data chain of custody and tenant data and analysis. |
| | | | ☐ | ☐ | Antoinette Connelly (5540 East River Road, #341, Fridley, MN 55432) will testify about Defendant Kreisler's misrepresentations of the availability of housing. |
| | | | ☐ | ☐ | Tojbana Dore (1308 Powderhorn Terrace, B1, Minneapolis, MN 55407) will testify about the housing practices of Defendants and the denial of housing opportunities to blacks. |
| | | | ☐ | ☐ | Clark Erickson (Resource Center, 6701 Penn Avenue South, Richfield, MN 55423) will testify about the treatment of blacks and Defendants' housing practices and policies of Defendants. |



SCANNED
OCT 21 2004
U.S. DISTRICT COURT MPLS

**WITNESS LIST – CONTINUATION**

| STERNJOHN, et al. vs. KREISLER, et al. | | | | | CASE NO. 02-842 MJD/JSM |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
| | | | ☐ | ☐ | Andy Evuleocha (8229 Halifax Court, Brooklyn Park, MN 55433) will testify about Defendant Kreisler's misrepresentations of the availability of housing and the treatment of blacks. |
| | | | ☐ | ☐ | Mildred Freeman (2223 12th Avenue South, Minneapolis, MN 55404) will testify about Defendant Kreisler's racially discriminatory housing policies and practices. |
| | | | ☐ | ☐ | Elizabeth Helmes (1916 Mahtomedi Avenue, Mahtomedi, MN 55115) will testify about Defendant Kreisler's housing policies and practices as well as the denial of housing opportunities to blacks. |
| | | | ☐ | ☐ | LaVern Hiller (2421 Pillsbury Avenue, Minneapolis, MN 55404) will testify about the rental policies and practices of Defendants. |
| | | | ☐ | ☐ | Carolyn Holford (9220 Foxline Drive, Corcoran, MN 55340) will testify about the emotional distress sustained by the SternJohns. |
| | | | ☐ | ☐ | Larry Hopfenspirger (6131 France Avenue South, Edina, MN 55410) will testify about Defendants' rental policies and practices. |
| | | | ☐ | ☐ | Gayla Jones (Gayla Jones, 250 South Fourth Street, #300, Minneapolis, MN) will testify about the housing practices of Defendants and the treatment of Eboni and Julius SternJohn. |
| | | | ☐ | ☐ | Amadi Karekezi (261 Yosemite Circle, #8, Golden Valley, MN 55422) will testify about Defendants' rental practices. |
| | | | ☐ | ☐ | Jean-Pierre Karekezi (92 Grand Drive, Taneytown, MD 21787) will testify about Defendants' rental practices. |
| | | | ☐ | ☐ | Robert Kreisler (121 West Elmwood Place West, Minneapolis, MN 55419) will testify about the rental policies and practices of Defendants. |
| | | | ☐ | ☐ | Allen Lindskoog (144 West 10th Street, #8, New York, NY 10014) will testify about Defendant Kreisler's anti-black housing policy and his accompanying rental practices. |
| | | | ☐ | ☐ | Irene Mbiti (6110 Portland Avenue, Minneapolis, MN 55417) will testify about Defendants' maintenance of discriminatory terms and conditions of tenancy based on race. |
| | | | ☐ | ☐ | Josephine Mbiti (6110 Portland Avenue South, Minneapolis, MN 55417) will testify about Defendants' maintenance of discriminatory terms and conditions of tenancy based on race. |
| | | | ☐ | ☐ | Michael McGuire (8400 Normandale Lake Boulevard, #250, Minneapolis, MN 55437) will testify about Defendant Kreisler's anti-black housing policy and his accompanying rental practices. |
| | | | ☐ | ☐ | Ralph Michalsky (4311 Knox Avenue North, Minneapolis, MN 55412) will testify about Defendant Kreisler's housing practices. |
| | | | ☐ | ☐ | Cynthia Murphy (7855 East River Road, Fridley, MN 55432) will testify about River Pointe's rental policies and practices as they relate to Eboni and Julius SternJohn. |

**WITNESS LIST – CONTINUATION**

| STERNJOHN, et al. vs. KREISLER, et al. | | | | | CASE NO. 02-842 MJD/JSM |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
| | | | ☐ | ☐ | Nancy Nelson (2500 Blaisdell Avenue, #500, Minneapolis, MN 55404) will testify about the rental policies and practices of Defendants. |
| | | | ☐ | ☐ | Chubi Obilor (11927 Kentucky Avenue, Champlin, MN 55316) will testify about Defendants' racially discriminatory and retaliatory housing practices. |
| | | | ☐ | ☐ | Pauline Obilor (11927 Kentucky Avenue, Champlin, MN 55316) will testify about Defendants' racially discriminatory and retaliatory housing practices. |
| | | | ☐ | ☐ | Dawn Olmstead (3585 Owasso St. St. Paul, MN 55126) will testify about Defendant Kreisler' racially discriminatory rental practices. |
| | | | ☐ | ☐ | Jaime Pedraza (920 Second Avenue South, #1300, Minneapolis, MN 55402) will testify about the HUD's investigation into Eboni and Julius SternJohn's agency charges against Defendants. |
| | | | ☐ | ☐ | David Pietrzak (2727 East 26th Street, Minneapolis, MN 55406) will testify about the nature of Defendants' tenants and the policies and practices regarding, in particular, maintenance and redecorating. |
| | | | ☐ | ☐ | Penny Ream (121 Elmwood Place West, Minneapolis, MN 55419) will testify about the rental policies and practices of Defendants regarding rent payment/collection and the tenant liaison. |
| | | | ☐ | ☐ | Robert Rothstein (Allina Medical Clinic, 8675 Valley Creek Road Woodbury, MN 55125) will testify about the emotional distress sustained by the SternJohns. |
| | | | ☐ | ☐ | Krista Schindler (3900 27th Avenue South, Minneapolis, MN 55406) will testify about Defendant Kreisler's housing practices. |
| | | | ☐ | ☐ | Lorelie Smith (1807 2nd Avenue South, Minneapolis, MN 55403) will testify about the terms and conditions of tenancy through Defendants. |
| | | | ☐ | ☐ | Ibrahim Sow (2300 Bryant Avenue, Minneapolis, MN 55405) will testify about the housing practices of Defendants and the denial of housing opportunities to blacks. |
| | | | ☐ | ☐ | Melissa Stenberg (4329 Humboldt Avenue, Minneapolis, MN 55412) will testify about Defendant Kreisler's treatment of blacks. |
| | | | ☐ | ☐ | Eboni SternJohn (240 92nd Avenue N.E., Blaine, MN 55434) will testify about Defendants' racially discriminatory and retaliatory practices and the damages she has suffered because of them. |
| | | | ☐ | ☐ | Julius SternJohn (240 92nd Avenue N.E., Blaine, MN 55434) will testify about Defendants' racially discriminatory and retaliatory practices and the damages he has suffered because of them. |

**WITNESS LIST – CONTINUATION**

| STERNJOHN, et al. vs. KREISLER, et al. | | | | | CASE NO. 02-842 MJD/JSM |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
| | | | ☐ | ☐ | Shawn Swinson-Stafford (190 East 5th Street, #700, St. Paul, MN 55101) will testify about the MDHR charges against Defendants. |
| | | | ☐ | ☐ | Clarence Wright (506 Humboldt Avenue South, Minneapolis, MN 55405) will testify about Defendant Kreisler's racially discriminatory housing policies and practices |

* Note that Plaintiffs expressly reserve the right to call any witness identified by a Defendant and to call any foundation and rebuttal witness.

Dated: October 11, 2004

**MILLER·O'BRIEN**

M. William O'Brien, # 130229
Justin D. Cummins, # 276248
One Financial Plaza
120 South Sixth Street, Suite 2400
Minneapolis, MN 55402
612-333-5831

**ATTORNEYS FOR PLAINTIFFS**