**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Eboni SternJohn and Julius SternJohn,
Plaintiffs,

Civil No. 02-842 MJD/JSM

v.

Robert L. Kreisler, Jr., a/k/a Bob Peterson, a/k/a Robert Peterson, d/b/a Kreisler Real Estate Company, d/b/a Whittier Real Estate Company, d/b/a KT Properties Partnership L.P., d/b/a Whittier Community Apartments, d/b/a Bristol Apartments; Solar Partnership, a/k/a Solar Partnership, L.L.P, a/k/a Solar Partnership I, L.L.P., a/k/a Solar Partnership III, L.L.P., a/k/a Solar Partnership IV, L.L.P., d/b/a Solar Corporation; and Larry Hopfenspirger, d/b/a Hopfenspirger, Realty, Inc.,

Defendants.

**PLAINTIFFS' NOTICE OF MOTION IN LIMINE**

---

TO: TO: Robert Kreisler, above-named Defendant, and his attorneys of record, Mark S. Solheim, Esq., Angela Beranek Brandt, Esq., and David M. Wilk, Esq., LARSON KING, L.L.P., 2800 Wells Fargo Place, 30 East Seventh Street, St. Paul, MN 55101.

**PLEASE TAKE NOTICE** that on the 25th day of October, 2004, at 9:00 a.m. Plaintiffs' Eboni and Julius SternJohn will move the Court to exclude certain evidence. This motion will be heard before the Honorable Michael J. Davis, in Room 14E of the U.S. Courthouse, 300 South Fourth Street, in the City of Minneapolis, Minnesota.

Dated: October 19, 2004

**MILLER·O'BRIEN**

M. William O'Brien, # 130229
Justin D. Cummins, # 276248
One Financial Plaza
120 South Sixth Street, Suite 2400
Minneapolis, MN 55402
612-333-5831

**ATTORNEYS FOR PLAINTIFFS**