**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Eboni SternJohn and Julius SternJohn,

Plaintiffs,

vs.

**ORDER**
Civil File No. 01-656(MJD/JSM)

Robert L. Kreisler, Jr., a/k/a Bob Peterson, a/k/a Robert Peterson, d/b/a Kreisler Real Estate Company, d/b/a Whittier Real Estate Company, d/b/a KT Properties Partnership L.P., d/b/a Whittier Community Apartments, d/b/a Bristol Apartments; Solar Partnership, a/k/a Solar Partnership, L.L.P., a/k/a Solar Partnership I, L.L.P., a/k/a Solar Partnership III, L.L.P., a/k/a Solar Partnership IV, L.L.P., d/b/a Solar Corporation; and Larry Hopfenspirger, d/b/a Hopfenspirger Realty, Inc.,

Defendants.

---

M. William O'Brien, Miller O'Brien LLP, counsel for Plaintiffs.

Angela Beranek Brandt, Mark S. Solheim, and David M. Wilk, Larson King, LLP, counsel for Kreisler Defendants.

Patrick J. Sauter and Tina Syring-Petrocchi, Rider Bennett LLP, counsel for Solar Defendants.

---

BECAUSE OF THE COURT'S CRIMINAL TRIAL SCHEDULE
AND THE MANDATORY SPEEDY TRIAL ON THOSE
CRIMINAL TRIALS, THE COURT HAS SCHEDULED
A CRIMINAL TRIAL TO BEGIN ON MONDAY, NOVEMBER 1, 2004.
THIS CIVIL CASE WILL BE TRIED IN THE TIME OUTLINED BELOW.
THERE WILL BE NO EXCEPTIONS TO THIS ORDER.

Jury selection will being at 10:00 on Monday, October 25, 2004. This process will take most of the morning. Opening arguments will begin after lunch at 1:00. Witnesses will also being on Monday. Below is the schedule for the week.

Tuesday – 9:00 to 12:30 and 1:30 to 5:00

Wednesday – 9:00 to 12:30 and 1:30 to 5:00

Thursday – 9:00 to 12:30 and 1:30 to 5:00

Friday – 9:00 – closing arguments

The total hours allowed in Court equal 27 hours. That number divided by 2 is 13.5 hours for each party total for their case. Included in these hours are you openings, direct and cross examinations of witnesses and 1 hour for closings.

There will be no exceptions to these hours. Please plan accordingly.

Dated: October 22, 2004

s/ Michael J. Davis
Judge Michael J. Davis
United States District Court