UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Eboni SternJohn and Julius SternJohn,

Plaintiffs,

vs.

**ORDER**
Civil File No. 02-842 (MJD/JSM)

Robert L. Kreisler, Jr., a/k/a Bob Peterson, a/k/a Robert Peterson, d/b/a Kreisler Real Estate Company, d/b/a Whittier Real Estate Company, d/b/a KT Properties Partnership L.P., d/b/a Whittier Community Apartments, d/b/a Bristol Apartments; Solar Partnership, a/k/a Solar Partnership, L.L.P., a/k/a Solar Partnership I, L.L.P., a/k/a Solar Partnership III, L.L.P., a/k/a Solar Partnership IV, L.L.P., d/b/a Solar Corporation; and Larry Hopfenspirger, d/b/a Hopfenspirger Realty, Inc.,

Defendants.

---

M. William O'Brien, Miller O'Brien LLP, counsel for Plaintiffs.

Angela Beranek Brandt, Mark S. Solheim, and David M. Wilk, Larson King, LLP, counsel for Kreisler Defendants.

Patrick J. Sauter and Tina Syring-Petrocchi, Rider Bennett LLP, counsel for Solar Defendants.

---

This matter is before the Court upon the various motions in limine filed by the parties.

**IT IS HEREBY ORDERED** that:

1. Defendant Kreisler's motion to exclude witnesses Stephanie Ball, Beth Clark, Antoinette Connelly, Tojbana Dore, Jean-Pierre Karekezi, Mildred Freeman, Elizabeth Helms, Carolyn Holford, Ralph Michalsky, Ibrahim Sow, Shawn Swinson-Stafford, Amadi Karekezi, Clarence Wright, Dawn Olmstead, and Krista Schindler is **DENIED**.
2. Defendant Kreisler's motion to exclude witness Robert Rothstein is **DENIED AS MOOT**.
3. Defendant Kreisler's motion to exclude evidence concerning any agency investigation into this matter [Docket No. 61] is **DENIED**.
4. Plaintiffs' motion to exclude previously undisclosed documents [Docket No. 65] is **DENIED AS MOOT**.
5. Plaintiffs' motion to exclude Defendant Kreisler's expert witness is **DENIED AS MOOT**.
6. Plaintiffs' motion to preclude the deposition of Asa Voak is **GRANTED**.

Dated: October 22, 2004

s/ Michael J. Davis
Judge Michael J. Davis
United States District Court