6/04
**MINUTES OF PROCEEDINGS:**
MOTIONS

Court Reporter: Lori Simpson

# UNITED STATES DISTRICT COURT, DISTRICT OF MINNESOTA

Hon. Michael J. Davis, U.S. District Court Judge, Presiding

File No. **CIV** 02-842 (MJD/JSM)

Eboni SternJohn, et al.,

Plaintiff(s),

William O'Brien

Plaintiff(s) Counsel

vs.

Robert Kreisler,

Defendant(s).

Angela Brandt and Mark Solheim

Defendant(s) Counsel

Status conference – two motions In Limine were argued [docket # 62 and docket # 142]. Housekeeping issues were discussed and decided.

A settlement has been reached. Paperwork from the parties are to follow.

Dated: October 22, 2004

s/Debbie Halfman
Deputy Clerk Debbie Halfman