UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

EBONI STERNJOHN, et al., CIVIL NO. 02-842 (MJD/JSM)

Plaintiffs,

v. ORDER

ROBERT L. KREISLER, et al.,

Defendants.

On October 29, 2004, this Court ordered the parties to send to the undersigned a proposed Consent Decree by November 19, 2004, reflecting the settlement reached by the parties on October 22, 2004. The Court further directed the parties to confer regarding the contents of a proposed Consent Decree, and that if they could not agree on the language of the Consent Decree, that each party forward to the Court their respective proposed Consent Decree by November 19, 2004. Based on correspondence received from the attorneys for the parties, it appears that no meet and confer occurred, nor did defendants' counsel forward to plaintiffs' counsel any comments to plaintiffs' proposed Consent Decree (sent to defendants' counsel on November 5, 2004) until November 19, 2004. Thus, plaintiffs' counsel had no opportunity to review, much less discuss, defendants' proposed changes to plaintiffs' proposed Consent Decree.

The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED:

1. On or before December 3, 2004, counsel for the parties shall meet and confer regarding defendants' proposed changes sent to plaintiffs' counsel on November 19, 2004,

to plaintiffs' proposed Consent Decree.

2. On or before December 7, 2004, the parties shall file with the Court the jointly agreed upon proposed Consent Decree. If the parties do not agree on a proposed Consent Decree, plaintiffs shall file their proposed Consent Decree with the Court, and defendants shall file with the Court a red-lined version of plaintiffs' proposed Consent Decree, indicating the modifications defendants seek to make to plaintiffs' proposed Consent Decree (i.e., the language defendants seek to delete and the language defendants seek to add). The joint proposed Consent Decree, or individually-filed proposed Consent Decree, shall be filed with the Court electronically and a hard copy shall be delivered to the undersigned.

Dated: November 23, 2004

*s/ Janie S. Mayeron*
JANIE S. MAYERON
United States Magistrate Judge