THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

Eboni SternJohn and Julius SternJohn,

Plaintiffs,

vs.

Robert L. Kreisler, Jr., a/k/a Bob Peterson, a/k/a Robert Peterson, d/b/a Kreisler Real Estate Company, d/b/a Whittier Real Estate Company, d/b/a KT Properties Partnership L.P., d/b/a Whittier Community Apartments, d/b/a Bristol Apartments; Solar Partnership, a/k/a Solar Partnership L.L.P., a/k/a Solar Partnership I, L.L.P., a/k/a Solar Partnership III, L.L.P., a/k/a Solar Partnership IV., L.L.P., d/b/a Solar Corporation; and Larry Hopfenspirger, d/b/a Hopfenspirger Realty, Inc.,

Defendants.

**STIPULATION FOR DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFFS AND THE SOLAR DEFENDANTS**

Court File No: 02-CV-0842 (MJD/JSM)

Plaintiffs Eboni SternJohn and Julius SternJohn (collectively referred to as “Plaintiffs”) and Defendants Solar Partnership a/k/a Solar Partnership L.L.P., a/k/a Solar Partnership I, L.L.P., a/k/a Solar Partnership III, L.L.P., a/k/a Solar Partnership IV, L.L.P., d/b/a Solar Corporation, and Larry Hopfenspirger, d/b/a Hopfenspirger Realty, Inc. (collectively referred to as “the Solar Defendants”), hereby stipulate and agree that all claims and causes of action between them in the above-referenced matter shall be dismissed with prejudice, with Plaintiffs and the Solar Defendants to bear its own attorney fees and costs.

MILLER – O'BRIEN

By s/ Justin D. Cummins

Justin D. Cummins
276248
M. William O'Brien
130229
Attorneys for Plaintiffs Eboni SternJohn and Julius SternJohn
One Financial Plaza
120 South Sixth Street, Suite 2400
Minneapolis, MN 55402
612-333-5831
jcummins@miller-obrien.com

Dated: November 18, 2004

RIDER BENNETT, LLP

By s/ Tina Syring-Petrocchi

Tina Syring Petrocchi
251628
Patrick J. Sauter
95989
Attorneys for Solar Defendants
333 South Seventh Street
Suite 2000
Minneapolis, MN 55402
(612) 340-8900
Facsimile: (612) 340-7900
tpetrocchi@riderlaw.com

Dated: November 19, 2004