**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA**

Eboni SternJohn and Julius SternJohn,

Plaintiff(s)

**CERTIFICATE OF SERVICE**

v.

Case No. 02-CV-0842
(MJD/JSM)

Robert L. Kreisler, Jr., a/k/a Bob Peterson, a/k/a Robert Peterson, d/b/a Kreisler Real Estate Company, d/b/a Whittier Real Estate Company, d/b/a KT Properties Partnership L.P., d/b/a Whittier Community Apartments, d/b/a Bristol Apartments; Solar Partnership, a/k/a Solar Partnership L.L.P., a/k/a Solar Partnership I, L.L.P., a/k/a Solar Partnership III, L.L.P., a/k/a Solar Partnership IV., L.L.P., d/b/a Solar Corporation; and Larry Hopfenspirger, d/b/a Hopfenspirger Realty, Inc.,

Defendant(s)

I hereby certify that on November 29, 2004, I caused the following documents:

Stipulation of Dismissal and Proposed Order

to be filed electronically with the Clerk of the Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

| | |
|---|---|
| Patrick John Sauter | pjsauter@riderlaw.com |
| Tina Syring-Petrocchi | tpetrocchi@riderlaw.com |
| Kathleen M. Daly | kmdaly@riderlaw.com |
| Angela Beranek Brandt | abrandt@larsonking.com |
| Brandan D. Cummins | bcummins@miller-obrien.com |
| Justin D. Cummins | jcummins@miller-obrien.com |
| Maurice W. O'Brien | bobrien@miller-o'brien.com |
| Mark A. Solheim | msolheim@larsonking.com |
| David M. Wilk | dwilk@larsonking.com |

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

None

RB
RIDER BENNETT

I further certify that I caused the proposed order to be filed with the court via email to the following judge, who is hearing the motion:

Judge Michael J. Davis
davis_chambers@mnd.uscourts.gov

and I certify that I caused a copy of the proposed order to be emailed or mailed by first class mail, postage paid, as noted below, to the following:

| | |
|---|---|
| Angela Beranek Brandt | abrandt@larsonking.com |
| Brandan D. Cummins | bcummins@miller-obrien.com |
| Justin D. Cummins | jcummins@miller-obrien.com |
| Maurice W. O'Brien | bobrien@miller-o'brien.com |
| Mark A. Solheim | msolheim@larsonking.com |
| David M. Wilk | dwilk@larsonking.com |

By s/ Tina Syring-Petrocchi________________
Tina Syring-Petrocchi

Dated: November 29, 2004