THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

---

Eboni SternJohn and Julius SternJohn,

Plaintiffs,

vs.

Robert L. Kreisler, Jr., a/k/a Bob Peterson, a/k/a Robert Peterson, d/b/a Kreisler Real Estate Company, d/b/a Whittier Real Estate Company, d/b/a KT Properties Partnership L.P., d/b/a Whittier Community Apartments, d/b/a Bristol Apartments; Solar Partnership, a/k/a Solar Partnership L.L.P., a/k/a Solar Partnership I, L.L.P., a/k/a Solar Partnership III, L.L.P., a/k/a Solar Partnership IV., L.L.P., d/b/a Solar Corporation; and Larry Hopfenspirger, d/b/a Hopfenspirger Realty, Inc.,

Defendants.

**ORDER OF DISMISSAL**

Court File No: 02-CV-0842 (MJD/JSM)

---

Based upon the foregoing Stipulation for Dismissal with Prejudice Between Plaintiffs and the Solar Defendants, IT IS HEREBY ORDERED that this action shall be and hereby is DISMISSED WITH PREJUDICE in its entirety as to all claims and causes of action asserted herein by Plaintiffs against the Solar Defendants, without costs and disbursements to any party. The Clerk of this Court is hereby directed to enter forthwith judgment accordingly.

Dated: December 7, 2004

BY THE COURT:

s/ Michael J. Davis
Judge Michael J. Davis
U.S. District Judge, District of Minnesota