# UNITED STATES DISTRICT COURT
## District of Minnesota

Eboni SternJohn and Julius SternJohn,

V.

Robert L. Kreisler, Jr. a/k/a Bob Peterson, a/k/a Robert Peterson, d/b/a Kreisler Real Estate Company, d/b/a Whittier Real Estate Company, d/b/a KT Properties Community Apartments, d/b/a Whittier Community Apartments, d/b/a Bristol Apartments; Solar Partnership, a/k/a Solar Partnership L.L.P., a/k/a Solar Partnership I, L.L.P., a/k/a Solar Partnership III, L.L.P., a/k/a Solar Partnership IV., L.L.P., d/b/a Solar Corporation; and Larry Hopfenspirger, d/b/a Hopfenspirger Reality, Inc.,

## JUDGMENT IN A CIVIL CASE

Case Number: 02-842 MJD/JSM

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
this action shall be and hereby is DISMISSED WITH PREJUDICE in its entirety as to all claims and causes of action asserted herein by Plaintiffs against the Solar Defendants, without costs and disbursements to any party.

December 10, 2004
Date

RICHARD D. SLETTEN, CLERK

s/Rena L. Riemer
(By) Rena Lexvold Riemer, Deputy Clerk