# UNITED STATES DISTRICT COURT
## District of Minnesota

Eboni SternJohn and Julius SternJohn,

V.

Robert L. Kreisler, Jr., a/k/a Bob Peterson, a/k/a Robert Peterson, d/b/a Kreisler Real Estate Company, d/b/a Whittier Real Estate Company, d/b/a KT Properties Partnership L.P., d/b/a Whittier Community Apartments, d/b/a Bristol Apartments,

## JUDGMENT IN A CIVIL CASE

Case Number: 02-842 MJD/JSM

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
Judgment is entered against Defendants in the amount of $1,050,000.00. Said judgment shall be fully satisfied if Plaintiffs' receive payment of $525,000.00 by the close of business on December 31, 2004. All parties and their respective representatives, assigns, agents, insurers, predecessors, and successors individually and collectively have knowingly and willingly agreed mutually to the terms of the Consent Decree after consulting with counsel.

Judgment is entered pursuant to approval of the Consent Decree by Judge Michael J. Davis and Magistrate Judge Janie S. Mayeron.

December 16, 2004
Date

RICHARD D. SLETTEN, CLERK

s/Rena L. Riemer
(By) Rena Lexvold Riemer, Deputy Clerk