UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Eboni SternJohn and Julius SternJohn,

Plaintiffs,

v.

Robert L. Kreisler, Jr., a/k/a Bob Peterson, a/k/a Robert Peterson, d/b/a Kreisler Real Estate Company, d/b/a Whittier Real Estate Company, d/b/a KT Properties Partnership L.P., d/b/a Whittier Community Apartments, d/b/a Bristol Apartments; Solar Partnership, a/k/a Solar Partnership, L.L.P., a/k/a Solar Partnership I, L.L.P., a/k/a Solar Partnership III, L.L.P., a/k/a Solar Partnership IV, L.L.P., d/b/a Solar Corporation; and Larry Hopfenspirger, d/b/a Hopfenspirger Realty, Inc.,

Defendants.

Civil No. 02-842 (MJD/JSM)

**SATISFACTION OF JUDGMENT**

---

**SATISFACTION OF JUDGMENT**

I, Justin D. Cummins, Esq., the undersigned attorney for Plaintiffs Eboni and Julius SternJohn, hereby certify that the confession of judgment in this matter, which was approved by this Court on October 22, 2004 and entered pursuant to a Consent Decree on December 8, 2004, in favor of Plaintiffs and against Defendants Robert L. Kreisler, Jr., a/k/a Bob Peterson, a/k/a Robert Peterson, d/b/a Kreisler Real Estate Company, d/b/a Whittier Real Estate Company, d/b/a KT Properties Partnership L.P., d/b/a Whittier Community Apartments, d/b/a Bristol Apartments, is **fully satisfied** with respect to the obligations set forth in paragraph XVIII of the Consent Decree, and the Court

Administrator shall record same. The other obligations set forth in the Consent Decree shall remain in force pursuant to the terms and conditions of the Consent Decree.

Justin D. Cummins, Esq.

Subscribed and sworn to before me
This 11th day of January, 2005.

Rachel Lynn Keyes
Notary Public

RACHEL LYNN KEYES
NOTARY PUBLIC - MINNESOTA
My Commission Expires 1-31-2005

lk#1114878v.1