UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Eboni SternJohn and Julius SternJohn,

Plaintiffs,

v.

Robert L. Kreisler, Jr., a/k/a Bob Peterson, a/k/a Robert Peterson, d/b/a Kreisler Real Estate Company, d/b/a Whittier Real Estate Company, d/b/a KT Properties Partnership L.P., d/b/a Whittier Community Apartments, d/b/a Bristol Apartments; Solar Partnership, a/k/a Solar Partnership, L.L.P., a/k/a Solar Partnership I, L.L.P., a/k/a Solar Partnership III, L.L.P., a/k/a Solar Partnership IV, L.L.P., d/b/a Solar Corporation; and Larry Hopfenspirger, d/b/a Hopfenspirger Realty, Inc.,

Defendants.

Civil No. 02-842 (MJD/JSM)

**SATISFACTION OF JUDGMENT**

**SATISFACTION OF JUDGMENT**

I, Justin D. Cummins, Esq., the undersigned attorney for Plaintiffs Eboni and Julius SternJohn, hereby certify that the confession of judgment in this matter, which was approved by this Court on October 22, 2004 and entered pursuant to a Consent Decree on December 8, 2004, in favor of Plaintiffs and against Defendants Robert L. Kreisler, Jr., a/k/a Bob Peterson, a/k/a Robert Peterson, d/b/a Kreisler Real Estate Company, d/b/a Whittier Real Estate Company, d/b/a KT Properties Partnership L.P., d/b/a Whittier Community Apartments, d/b/a Bristol Apartments, is **fully satisfied** with respect to the obligations set forth in paragraph XVIII of the Consent Decree, and the Court

SCANNED
JAN 1 2 2005
U.S. DISTRICT COURT MPLS

Administrator shall record same. The other obligations set forth in the Consent Decree shall remain in force pursuant to the terms and conditions of the Consent Decree.

Justin D. Cummins, Esq.

Subscribed and sworn to before me
This 11th day of January, 2005.

Rachel Lynn Keyes
Notary Public

RACHEL LYNN KEYES
NOTARY PUBLIC - MINNESOTA
My Commission Expires 1-31-2005

lk#1114878v.1

·MILLER·O'BRIEN·
A Professional Limited Liability Partnership
ATTORNEYS
One Financial Plaza
120 South Sixth Street, Suite 2400
Minneapolis, MN 55402-1809
(612) 333-5831

FAX (612) 342-2613
E-mail: miller-obrien@miller-obrien.com
Web Address: www.miller-obrien.com

Brendan D. Cummins
Justin D. Cummins
Kelly A. Jeanetta
Richard A. Miller
M. William O'Brien

Robert J. Alfton
of Counsel

Samual I. Sigal
1905-1995

PARALEGAL:
Beth M. Clark

RECEIVED
05 JAN 11 PM 2:17
CLERK, U.S. DIST. COURT
MINNEAPOLIS, MN

January 11, 2005

Clerk of Court
U.S. District Court
District of Minnesota
U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Re: <u>SternJohn v. Kreisler, et al.</u>
Court File No.: 02-CV-842 MJD/JSM
Our File No.: 51-4714-001

Dear Sir/Madam:

Enclosed for filing is the original Satisfaction of Judgment in connection with the above-referenced matter. A copy of the judgment was electronically filed with the Court on January 11, 2005.

If you have any questions or comments, please do not hesitate to contact this office.

Sincerely,

MILLER·O'BRIEN

Justin D. Cummins

JDC/rlk
Enclosure

cc: Angela Beranek Brandt, Esq. (w/encl.)
Paul Kieffer, Esq. (w/encl.)
Eboni and Julius SternJohn (w/encl.)