**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Eboni SternJohn and Julius SternJohn,

Plaintiffs,

v.

Robert L. Kreisler, Jr., a/k/a Bob Peterson, a/k/a Robert Peterson, d/b/a Kreisler Real Estate Company, d/b/a Whittier Real Estate Company, d/b/a KT Properties Partnership L.P., d/b/a Whittier Community Apartments, d/b/a Bristol Apartments,

Defendants.

Civil No. 02-842 MJD/JSM

**ORDER REGARDING FAIR HOUSING AND DIVERSITY TRAINING**

---

Pursuant to Section VI of the Consent Decree in the above-captioned matter, the parties have agreed to the fair housing and diversity training program that was designed by the National Fair Housing Alliance (NFHA) and submitted to the Court for approval.

Based on all the files, records, and proceedings herein, **THE COURT HEREBY ORDERS**:

That Defendant Robert Kreisler, each of his employees, and each of his agents shall participate in the fair housing and diversity training in the manner required by Section VI of the Consent Decree.

**BY THE COURT**:

Dated: March 7, 2005

s/ Michael J. Davis
Michael J. Davis
United States District Court Judge