**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Eboni SternJohn and Julius SternJohn, Civil No. 02-842 MJD/JSM

Plaintiffs,

v.

**ORDER**

Robert L. Kreisler, Jr., a/k/a Bob Peterson, a/k/a Robert Peterson, d/b/a Kreisler Real Estate Company, d/b/a Whittier Real Estate Company, d/b/a KT Properties Partnership L.P., d/b/a Whittier Community Apartments, d/b/a Bristol Apartments,; Solar Partnership, a/k/a Solar Partnership, L.L.P, a/k/a Solar Partnership I, L.L.P., a/k/a Solar Partnership III, L.L.P., a/k/a Solar Partnership IV, L.L.P., d/b/a Solar Corporation; and Larry Hopfenspirger, d/b/a Hopfenspirger, Realty, Inc.,

Defendants.

---

In light of the settlement agreement reached between Eboni and Julius SternJohn and Larry Hopfenspirger and the above-captioned Solar entities before the confession of judgment entered by Robert Kreisler on October 22, 2004, judgment in this case was improperly recorded against Mr. Hopfenspirger and the Solar entities.

Based on all the files, records, and proceedings herein, **THE COURT HEREBY ORDERS**:

That the judgment recorded against Solar Partnership, a/k/a Solar Partnership, L.L.P, a/k/a Solar Partnership I, L.L.P., a/k/a Solar Partnership III, L.L.P., a/k/a Solar Partnership IV, L.L.P.,

d/b/a Solar Corporation as well as against Larry Hopfenspirger, d/b/a Hopfenspirger, Realty, Inc. be rescinded and that all records be revised accordingly.

**BY THE COURT**:

Dated: March 15, 2005

s/ Michael J. Davis
Michael J. Davis
United States District Court Judge