THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

Eboni SternJohn and Julius SternJohn,

Plaintiffs,

vs.

Robert L. Kreisler, Jr., a/k/a Bob Peterson, a/k/a Robert Peterson, d/b/a Kreisler Real Estate Company, d/b/a Whittier Real Estate Company, d/b/a KT Properties Partnership L.P., d/b/a Whittier Community Apartments, d/b/a Bristol Apartments; Solar Partnership, a/k/a Solar Partnership L.L.P., a/k/a Solar Partnership I, L.L.P., a/k/a Solar Partnership III, L.L.P., a/k/a Solar Partnership IV., L.L.P., d/b/a Solar Corporation; and Larry Hopfenspirger, d/b/a Hopfenspirger Realty, Inc.,

Defendants.

**SATISFACTION OF JUDGMENT**

Court File No: 02-CV-0842 (MJD/JSM)

A confession of judgment entered by Robert L. Kreisler, Jr., a/k/a Bob Peterson, a/k/a Robert Peterson, d/b/a Kreisler Real Estate Company, d/b/a Whittier Real Estate Company, d/b/a KT Properties Partnership, L.P., d/b/a Whittier Community Apartments, d/b/a Bristol Apartments (hereinafter "Kreisler") on October 22, 2004, was not intended to include the Solar Defendants, i.e., Solar Partnership, a/k/a Solar Partnership, L.L.P., a/k/a Solar Partnership I, L.L.P., a/k/a Solar Partnership III, L.L.P., a/k/a Solar Partnership IV, L.L.P., d/b/a Solar Corporation; and Larry Hopfenspirger, d/b/a Hopfenspirger Realty, Inc. It is hereby acknowledged that the judgment, if any, against the Solar Defendants, is satisfied in full and you are hereby authorized to satisfy and discharge said judgment of record against the Solar

Defendants, listed above. The judgment rendered against Kreisler is not affected or satisfied by this document.

MILLER – O'BRIEN

By s/ Justin D. Cummins
Justin D. Cummins (#276248)
M. William O'Brien (#130229)
Attorneys for Plaintiffs Eboni SternJohn
and Julius SternJohn
One Financial Plaza
120 South Sixth Street, Suite 2400
Minneapolis, MN 55402
Telephone: (612)333-5831
jcummins@miller-obrien.com

Dated: April 20, 2005.

Subscribed and sworn to before me
this 20th day of April, 2005.

/s Jodi L. Kvern
Notary Public