**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# CERTIFICATE OF SERVICE

**EBONI STERNJOHN AND JULIUS STERNJOHN V. ROBERT L. KREISLER, JR., ET AL.**

**COURT FILE NO.: 02-842 (MJD/JSM)**

I hereby certify that on April 21, 2005, I caused the following document:

**Satisfaction of Judgment**

to be filed electronically with the Clerk of the Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

| | |
|---|---|
| Patrick John Sauter | pjsauter@riderlaw.com |
| Tina Syring-Petrocchi | tpetrocchi@riderlaw.com |
| Kathleen M. Daly | kmdaly@riderlaw.com |
| Angela Beranek Brandt | abrandt@larsonking.com |
| Brandan D. Cummins | bcummins@miller-obrien.com |
| Justin D. Cummins | jcummins@miller-obrien.com |
| Maurice W. O'Brien | bobrien@miller-o'brien.com |
| Mark A. Solheim | msolheim@larsonking.com |
| David M. Wilk | dwilk@larsonking.com |

RIDER BENNETT, LLP

By s/ Patrick J. Sauter

Patrick J. Sauter (95989)
Tina Syring-Petrocchi (251628)
Attorneys for Solar Defendants
33 South Sixth Street
Suite 4900
Minneapolis, MN 55402
(612) 340-8900
Facsimile: (612) 340-7900
pjsauter@riderlaw.com

Dated: April 21, 2005.

RB
RIDER BENNETT