**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Eboni SternJohn and Julius SternJohn,

Plaintiffs,

v.

Robert L. Kreisler, Jr., a/k/a Bob Peterson, a/k/a Robert Peterson, d/b/a Kreisler Real Estate Company, d/b/a Whittier Real Estate Company, d/b/a KT Properties Partnership L.P., d/b/a Whittier Community Apartments, d/b/a Bristol Apartments; Solar Partnership, a/k/a Solar Partnership, L.L.P, a/k/a Solar Partnership I, L.L.P., a/k/a Solar Partnership III, L.L.P., a/k/a Solar Partnership IV, L.L.P., d/b/a Solar Corporation; and Larry Hopfenspirger, d/b/a Hopfenspirger, Realty, Inc.,

Defendants.

Civil No. 02-842 MJD/JSM

**PLAINTIFFS' MOTION FOR RELIEF FROM CONTEMPT OF THE GOVERNING CONSENT DECREE**

In accordance with Part XIII of the Consent Decree, entered in the above-captioned matter on December 10, 2004, Plaintiffs Eboni and Julius SternJohn bring an action for Contempt against Defendant Robert Kreisler. Per the Court's direction at the preliminary hearing on February 8, 2006, the parties are submitting memoranda supporting their respective positions on February 15, 2006. By filing this Contempt action, the SternJohns seek the following relief from the Court:

(1) Pursuant to Part XII of the Consent Decree, reimbursing the costs incurred by the SternJohns and the monitoring agency designated by the Court to enforce the Decree requirements regarding fair housing training and testing;

(2) Pursuant to Part XII of the Consent Decree, finding that Defendant has violated Part II of the Decree in connection with the conveyance of subject properties, imposing liquidated damages for each violation of Part II found, confirming that the Consent Decree will continue to apply to all properties initially identified in it, and reimbursing the costs incurred by the SternJohns to enforce Part II;

(3) Pursuant to the mutual agreement of the parties during the preliminary hearing on February 8, 2006, extending the life of the Consent Decree in full for an additional year.

Dated: February 15, 2006

**MILLER·O'BRIEN, P.L.L.P.**

s/ Justin D. Cummins
M. William O'Brien, # 130229
Justin D. Cummins, # 276248
One Financial Plaza
120 South Sixth Street, Suite 2400
Minneapolis, MN 55402
612-333-5831

**ATTORNEYS FOR PLAINTIFFS**