## Cat Cloud

**From:** Cat Cloud

**Sent:** Wednesday, May 18, 2005 12:58 PM

**To:** 'Lynette Schmitz'

**Subject:** NFHA Fair Housing Training

Dear Lynette. Thank you for the update. We are still working on the terms of the contract. I will contact you once that is resolved so we can make arrangements for the fair housing training some time this summer.

Yours sincerely,
Cathy Cloud

-----Original Message-----
**From:** Lynette Schmitz [mailto:lynette@marathonmanagement.com]
**Sent:** Tuesday, May 17, 2005 12:46 PM
**To:** Virginia Bisanz; Vadim Mazo; tom Schultz; Todd Schachtman; Thomas Pickar; Sherry; Ron Smith; Robert Lalone; Rita Anderson; Phil Richards; nicky Pickar; Nick Stevens; Mike Weiland; Mike Dorn; Lynette Schmitz; Lois Velasco; Larry Swaab; Karen - CLM; John Stevens; Joe Bisanz; Joanie Miller; Gregg Stevens; Donna Henschend; Danny Zouber; Dalia Fulton; Christina Linquist; Cathy Skor; Cat Cloud; Carrie Stoffel; Blaine Anderson; Bill Wicka
**Subject:** Change of email address for L. Schmitz

Dear Valued Customer,

Our office has changed e-mail service. I can now be reached at lynette@marathonmanagement.com. Thank you for changing your records to reflect the above.

Kindest personal regards,

Lynette Schimtz

## Cat Cloud

---

**From:** Cat Cloud

**Sent:** Wednesday, July 27, 2005 3:39 PM

**To:** 'Laitinen, Steve'

**Subject:** signed contract

Hi Steve. I'm just following up to find out the status of the contract. We have not yet received a fully executed copy. I'm hesitant to begin work without it.

Hope you are having a good summer.

Cat

Cathy Cloud
Vice President
National Fair Housing Alliance
(202) 898-1661
catcloud@nationalfairhousing.org

**Cat Cloud**

---

**From:** Lynette Schmitz [lynette@marathonmanagement.com]
**Sent:** Tuesday, August 16, 2005 4:01 PM
**To:** Cat Cloud
**Subject:** Re: training dates

Cathy - Hi and thanks. Robert Kreisler has not responded. I will ask again.

Thanks for your patience.

Lynette Schmitz
Marathon Management, Inc.

> ----- Original Message -----
> **From:** Cat Cloud
> **To:** lynette@marathonmanagement.com
> **Sent:** Tuesday, August 16, 2005 9:05 AM
> **Subject:** training dates
>
> Hi Lynette. Just following up on my message to see if the October dates will work. I had originally offered October 12 or 13 but can only do October 12 now. Will that work on your end?
> Cat
>
> Cathy Cloud
> Vice President
> National Fair Housing Alliance
> (202) 898-1661
> catcloud@nationalfairhousing.org

## Cat Cloud

**From:** Cat Cloud

**Sent:** Monday, August 22, 2005 2:37 PM

**To:** 'Laitinen, Steve'

**Cc:** 'jcummins@miller-obrien.com'

**Subject:** contract

Hi Steve. I still have not received the signed contract and cannot begin the compliance work in the Kreisler matter. If it's just a question of the contract having gone missing, we can execute a new copy. But if there's a problem with the contract itself, we need to work that out. As you know, we are already far behind on the consent decree. Please let me know how you want to proceed.

Thanks.

Cat

Cathy Cloud
Vice President
National Fair Housing Alliance
(202) 898-1661
catcloud@nationalfairhousing.org