EXHIBIT 3

**Cat Cloud**

**From:** Lynette Schmitz [lynette@marathonmanagement.com]
**Sent:** Friday, August 26, 2005 10:11 AM
**To:** Cat Cloud
**Subject:** Re: training dates no longer good

Cathy,

In confidence, I will tell you that Mr. Kreisler has not paid our management fee, as required, and we are at a pause in our business relationship with him. So, I'm sorry, I can't answer for him. I'll let you know of any new developements.

His compliance attorney is Stephen Laitinen at Larson-King, if that helps.

Lynette Schmitz
----- Original Message -----
From: "Cat Cloud" <CatCloud@nationalfairhousing.org>
To: <Lynette@marathonmanagement.com>
Sent: Thursday, August 25, 2005 4:56 PM
Subject: training dates no longer good

> Hi Lynette. I learned recently that Mr. Kreisler had never signed the
> contract for monitoring the consent decree and suspect that may be why you
> haven't been able to get back to me about the training dates.
>
> It's too late now for the October dates I gave you -- I have had to
> book
> something else. We will have to wait and see what happens with the
> contract and then start from scratch.
>
> Cathy Cloud
>