**Cat Cloud**

**From:** Lynette Schmitz [lynette@marathonmanagement.com]
**Sent:** Friday, September 09, 2005 5:00 PM
**To:** Cat Cloud
**Subject:** Re: training dates no longer good

Hi Cat,

We are ready and available, at your convenience, to schedule training for Robert Kreisler, Penny Ream, their employees and our Marathon employees at Whittier Community Apartments.

Robert's attorney, Stephen Laitinen of Larson and King tells me this is to be in December(?). Let me know.

Mr. Kreisler had not made his payments to us for June and July. We were and are the management company, however, it became necessary that our company attorneys had to be involved to receive payments. All's well at this time.

We look forward to hearing from you.

Kindest Personal Regards,
Lynette Schmitz
Marathon Management, Inc.

----- Original Message -----
From: "Cat Cloud" <CatCloud@nationalfairhousing.org>
To: "Lynette Schmitz" <lynette@marathonmanagement.com>
Sent: Wednesday, September 07, 2005 11:56 AM
Subject: RE: training dates no longer good

Dear Lynette:

I have been reflecting on your email and realize I don't quite realize what you mean when you say there has been a "pause" in your business relationship with Mr. Kresiler? Does that mean that for some period of time Marathon Management has not been managing the Kreisler properties? If so, could you clarify when this situation began and if you know who is managing the properties or what the current arrangements are? I respect your request for confidentiality, but is there some reason that this information needs to be kept private?

I don't want to put you in an awkward situation -- just want to make sure I am doing all the right things.

Thanks.

Cat

-----Original Message-----
From: Lynette Schmitz [mailto:lynette@marathonmanagement.com]
Sent: Friday, August 26, 2005 10:11 AM
To: Cat Cloud
Subject: Re: training dates no longer good

Cathy,

In confidence, I will tell you that Mr. Kreisler has not paid our management fee, as required, and we are at a pause in our business relationship with him. So, I'm sorry, I can't answer for him. I'll let you know of any new developements.

His compliance attorney is Stephen Laitinen at Larson-King, if that helps.

Lynette Schmitz

----- Original Message -----
From: "Cat Cloud" <CatCloud@nationalfairhousing.org>
To: <Lynette@marathonmanagement.com>
Sent: Thursday, August 25, 2005 4:56 PM
Subject: training dates no longer good

> Hi Lynette. I learned recently that Mr. Kreisler had never signed the
>
> contract for monitoring the consent decree and suspect that may be why
you
> haven't been able to get back to me about the training dates.
>
> It's too late now for the October dates I gave you -- I have had to
book
> something else. We will have to wait and see what happens with the
> contract and then start from scratch.
>
> Cathy Cloud
>