5

## Cat Cloud

**From:** Lynette Schmitz [lynette@marathonmanagement.com]
**Sent:** Wednesday, November 23, 2005 10:01 AM
**To:** Cat Cloud
**Subject:** Re: One more thing for the training

Cathy,

Hi.

Marathon Management and Robert Kreisler mutually terminated its relationship, effective October 7th.

Please contact Angela Brandt and Steve Laitinen at 651-312-6517 for Mr. Kreislers' training.

Call me with questions.

Lynette Schmitz
Marathon Management

----- Original Message -----
**From:** Cat Cloud
**To:** Lynette Schmitz
**Sent:** Wednesday, November 23, 2005 8:53 AM
**Subject:** One more thing for the training

If there is any way to have internet access, that would be good as well. Thanks.

Cathy Cloud
Vice President
National Fair Housing Alliance
(202) 898-1661
catcloud@nationalfairhousing.org