EXHIBIT 6

National Fair Housing Alliance
Kreisler Consulting 7072
For the Twelve Months Ending September 30, 2005

| | YTD Month End September | Total FY 2005 Budget | YTD Budget | Variance |
|---|---|---|---|---|
| **REVENUE:** | | | | |
| **EXPENSES:** | | | | |
| Salaries | $1,420 | $0 | $0 | ($1,420) |
| Consultants | 2,400 | 0 | 0 | (2,400) |
| Telephone - Long Distance | 2 | 0 | 0 | (2) |
| Photocopies | 5 | 0 | 0 | (5) |
| Deliveries & Messengers | 41 | 0 | 0 | (41) |
| Telephone-Conference Calls | 116 | 0 | 0 | (116) |
| Employee Benefits | 338 | 0 | 0 | (338) |
| Overhead | 376 | 0 | 0 | (376) |
| G & A | 433 | 0 | 0 | (433) |
| **TOTAL EXPENSES** | **5,131** | **0** | **0** | **(5,131)** |
| **EXCESS OR (DEFICIENCY)** | **(5,131)** | **0** | **0** | **5,131** |

FY05 $5,131
FY06 thru 12/31 + 1,659
6,790
- Project Hours (3.5) - 302
6,488

National Fair Housing Alliance
Kreisler Consulting
For the Three Months Ending December 31, 2005

| | YTD Month End December | Total FY 2006 Budget | YTD Budget | Variance |
|---|---|---|---|---|
| **REVENUE:** | | | | |
| **EXPENSES:** | | | | |
| Salaries | $986 | $0 | $0 | ($986) |
| Staff Travel | 673 | 0 | 0 | (673) |
| **TOTAL EXPENSES** | **1,659** | **0** | **0** | **(1,659)** |
| **EXCESS OR (DEFICIENCY)** | **(1,659)** | **0** | **0** | **1,659** |