EXHIBIT 7

NFHA
National Fair Housing Alliance

1212 New York Avenue, NW, Suite 525, Washington, DC 20005 • (202) 898-1661 • Fax: (202) 371-9744 • www.nationalfairhousing.org

March 23, 2005

Mr. Stephen P. Laitinen
Mr. Mark Solheim
Ms. Angela Brandt
Larson King, LLP
2800 Wells Fargo Place
30 East Seventh Street
Saint Paul, MN 55101

Dear Mr. Laitinen, Mr. Solheim, and Ms. Brandt:

I received this week the 1st Quarter Compliance Report in the case of SternJohn v. Kreisler, et al. Before I review these documents, we need to enter into a contract for the provision of services by the National Fair Housing Alliance (NFHA) in this matter. From my review of the documents and discussions with plaintiffs' counsel, Justin Cummins, I believe that NFHA will be responsible for several activities which I have outlined below with the cost of each activity. Please note that NFHA's consulting rate is ordinarily $400 per hour. We have reduced this rate in expectation that the compliance activities will become routine over the five year period and that full compliance will be forthcoming without undue burden on our part. Should we find that compliance with all components of the consent decree is not fully and consistently achieved, we reserve the right to charge our full consulting rate.

Although this contract is entered into under circumstances that will not seem ideal from the perspective of your client, please note that NFHA has consulting contracts with many institutions that represent the housing, mortgage lending, and homeowners insurance industries. I expect that we will be able to work together in a cordial and constructive manner to achieve the objectives of the consent decree. We view this as a consulting, rather than as an enforcement, activity. However, we take the components of the consent decree very seriously and need to take concrete steps to ensure full compliance.

The monitoring activities appear to be as follows:

1. Monitor posting of the consent decree and anti-discrimination policy. We will conduct random monitoring of all six properties four times per year.

   6 properties monitored 4x per year @ $200 each: $ 4,800

2. Provide fair housing and diversity training one time per year and for new employees:

   1 training session per year for 5 years @ $1500 each: $7,500
   Travel expenses for training @ $1000 each: $5,000
   (Only actual expenses to be reimbursed)
   Additional training provided as necessary

3. Review of marketing and advertising each quarter for five years. We expect to review copies of all ads as well as a detailed list of when the ads ran in each publication and any known demographic information about the publication's readers/subscribers.

   4 reviews per year for 5 years @ $100: $2,000

4. Review of records and other compliance reports on a quarterly basis for a period of five years. We expect a report detailing information about applicants, indicating the outcome of the application and reasons for denial. This report should indicate the property, date of availability and size of available units (number of bedrooms), date of application, outcome of application, date action was taken on application, race or national origin of the applicant(s), number of persons in the applicant's household, move-in date, last name of applicant(s), and reason for denial. We expect a report detailing information about requests for repairs. This report should indicate the last name of person requesting repairs, unit number, race or national origin of resident requesting repairs, nature of repairs requested, date the request was made, date the request was filled, reason for denial if request was denied, and other information deemed appropriate by the management company. We expect to see copies of new leases and any attachments. We may also periodically contact residents.

   4 reviews per year for 5 years @ $500 each: $10,000

5. Testing: we will conduct 8 paired tests each year for a period of 5 years.

   40 tests @ $1,200 each: $48,000

6. Meetings: we will meet with you and the management company on an annual basis to discuss our findings and any recommendations for improved compliance measures. These will coincide with travel for fair housing training, so there is no additional travel expense.

   5 meetings @ $500 each: $2,500

7. Reporting: we will provide a compliance review report to you and plaintiffs' counsel as well as other parties as appropriate, which may include the plaintiffs and the court.

   20 reports @ $200 each: $4,000

Since the consent decree became effective in early December, 2004, I hope you will agree that we use December 1, 2004 as the start date for compliance purposes. Therefore, quarterly reports would be due within fifteen days after the last days of February, May, August, and November. We would provide our monitoring reports by the fifteenth day of April, July, October, and January. We will obviously adjust those dates for the first reporting period.

When we execute our consulting agreement, we should make it retroactive to an appropriate date. In order to minimize expenses, we expect to subcontract some of the activities in this contract to a local fair housing organization. This will include monitoring of the placement of the consent decree and non-discrimination policy as well as the testing. NFHA will provide testing and tester training to the local organization, conduct the analysis of the tests, supervise the testing process, and provide reports on the test results. We will provide the testing forms and manuals to the local agency.

I was contacted by Lynette Schmitz of Marathon Management. We have agreed to hold the first fair housing and diversity training session on April 27, 2005.

I assume you would prefer to draft the consulting agreement; however, we will be happy to do so if necessary.

I look forward to working with you on the implementation of this consent order.

Yours sincerely,

Cathy Cloud

Cathy Cloud
Vice President

cc: Justin Cummins