# AFFIDAVIT OF JUSTIN D. CUMMINS

STATE OF MINNESOTA )
) SS.
COUNTY OF HENNEPIN )

JUSTIN D. CUMMINS, being first duly sworn on oath, states as follows:

1. I am an attorney of record representing Plaintiffs Eboni and Julius SternJohn with respect to enforcement of the Consent Decree entered pursuant to judgment against Robert Kreisler in their case, SternJohn v. Kreisler, Civ. No.: 02-842 (MJD/JSM). I make this affidavit based on personal knowledge.

2. I spent a total of 33.8 hours on enforcing the governing Consent Decree at a billing rate of $240.00 per hour. My hourly rate is well within the parameters of attorneys with my experience in this geographic and practice area. I have represented plaintiffs in discrimination cases for nearly a decade. I also continue to teach anti-discrimination law at the University of Minnesota Law School, at William Mitchell College of Law, and at various CLEs. I have published multiple articles on the subject in national law journals, and I serve on the National Employment Lawyers Association's Eighth Circuit Board as well as the Governing Council of the Minnesota State Bar Association's Labor & Employment Section. In 2004, Minnesota Lawyer identified me as one of Minnesota's top 15 attorneys.

3. During the preliminary hearing (on February 8, 2006) concerning the SternJohns' Contempt action, the parties agreed that the Consent Decree should be extended in

all respects for an additional year. Further, the parties agreed that the initial and first annual fair housing training as well as one fair housing test at each subject property will be conducted before the end of 2006.

4. On or about January 17, 2005, counsel for Penny Ream contacted me about the Consent Decree's application to Ms. Ream. During that conversation, Ms. Ream's counsel, Marshall Tanick, indicated that Ms. Ream continued to work with Mr. Kreisler with respect to the apartment buildings covered by the Consent Decree following their divorce. At that time, I asked for a copy of the divorce decree and related documentation that allegedly supported Mr. Kreisler's position that he had to transfer properties covered by the Consent Decree to Ms. Ream.

5. Attached is a true and correct copy of the following:

| | |
|---|---|
| Exh. 1: | correspondence from the SternJohns' counsel, dated November 23, 2005; |
| Exh. 2: | correspondence to the SternJohns' counsel, dated November 28, 2005; |
| Exh. 3: | correspondence from the SternJohns' counsel, dated November 29, 2005; |
| Exh. 4: | correspondence from the SternJohns' counsel, dated December 19, 2005; |
| Exh. 5: | correspondence to the SternJohns' counsel, dated December 5, 2005; |
| Exh. 6: | correspondence from the SternJohns' counsel, dated December 5, 2005; |
| Exh. 7: | correspondence from the SternJohns' counsel, dated December 8, 2005; |
| Exh. 8: | correspondence from the SternJohns' counsel, dated December 13, 2005; |
| Exh. 9: | correspondence to the SternJohns' counsel, dated December 7, 2005; |
| Exh. 10: | United States' Notice of Deposition and Subpoena and accompanying cover letter served on Penny Ream in U.S. v. Kreisler, Civ. No.: 03-599 (MJD/JJG) as well as the corresponding Affidavit of Service; |

Exh. 11: Findings of Fact, Conclusions of Law, Order for Judgment, Judgment and Decree entered in In Re the Marriage of Penny Sue Ream and Robert Lee Kresler, Jr., Civ. No.: 293235 (Aug. 18, 2004);

Exh. 12: Quit Claim Deeds, dated October 6, 2005, produced by Mr. Kreisler concerning the properties he conveyed to Ms. Ream;

Exh. 13: Fourth Amended Pretrial Scheduling Order, dated August 19, 2005, issued in U.S. v. Kreisler, Civ. No.: 03-599 (MJD/JJG);

Exh. 14: itemization of costs incurred by the SternJohns to enforce fair housing training and testing provisions of the Consent Decree;

Exh. 15: correspondence to the SternJohns' counsel, dated January 30, 2006; and

Exh. 16: itemization of costs incurred by the SternJohns to enforce Part II of the Consent Decree.

6. The above is true and correct to the best of my knowledge.

FURTHER AFFIANT SAYETH NAUGHT.

Justin D. Cummins

Subscribed and sworn to before me this 14th day of February, 2006.

NOTARY PUBLIC

RACHEL LYNN JUREK
Notary Public-Minnesota
My Commission Expires Jan 31, 2010