LARSON • KING, LLP

**STEPHEN P. LAITINEN**
Direct Dial: 651-312-6517
E-mail: slaitinen@larsonking.com
Website: www.larsonking.com

November 28, 2005

**VIA FAX AND U.S. MAIL**
Justin D. Cummins, Esq.
**MILLER O'BRIEN, PLLP**
One Financial Plaza
120 South Sixth Street, Suite 2400
Minneapolis, MN 55420

Re: **SternJohn v. Kreisler, et al.**
Our File No. 1-274-0001

2

Dear Justin:

We have reviewed your November 23, 2005 letter. I apologize for the delay in getting back to you, due to the Thanksgiving holiday. We understand that Mr. Kreisler has had an interim manager, Mr. Steve Nelson, in place to manage the properties since Marathon Management and Mr. Kreisler mutually decided to part ways. We understand that Mr. Nelson will be managing the properties until December 2, 2005. We also understand that Mr. Kreisler is in the process of selecting a property manager to take over management of the properties after December 2, 2005. When the new property manager is selected, which we are informed will be yet this week, we shall inform NFHA and you of same.

Your accusation that Mr. Kreisler is engaged in a pattern of conduct contrary to the terms of the Consent Decree is misplaced. To the best of our knowledge, Mr. Kreisler has had no involvement whatsoever in the management of the properties as outlined in the Consent Decree. Mr. Kreisler has complied with each NFHA quarterly reporting requirement, to date. In April 2005, HUD conducted comprehensive training on fair housing with Marathon Management's employees. The additional Kreisler employee training has been delayed for administrative reasons relating to the negotiation with NFHA regarding the terms of the Consulting Agreement, and coordinating the busy schedules of the parties to that Agreement. We have advised NFHA that we would like the previously scheduled December 7 training to proceed as planned, with Mr. Kreisler's new management company. NFHA has proposed a revised reporting, training and testing schedule, which we have approved.

In short, we believe that Mr. Kreisler has fully complied with all of the material

RECEIVED
NOV 29 2005

terms of the Consent Decree. Moreover, there is no provision in the Consent Decree that requires Mr. Kreisler to provide you with weekly or monthly updates. We understand that you have significant financial motive to find fault with Mr. Kreisler regarding his efforts to comply with the Consent Decree. However, in the future, we ask that you refrain from making unfounded allegations.

If you have any questions, please do not hesitate to contact me.

Regards,

**LARSON • KING, LLP**

Stephen P. Laitinen

SPL:las
cc: Angela Brandt, Esq.
Robert Kreisler, Jr.
lk#1152925v.1