MILLER·O'BRIEN
A Professional Limited Liability Partnership
ATTORNEYS
One Financial Plaza
120 South Sixth Street, Suite 2400
Minneapolis, MN 55402-1809
(612) 333-5831

FAX (612) 342-2613
E-mail: miller-obrien@miller-obrien.com
Web Address: www.miller-obrien.com

Brendan D. Cummins
Justin D. Cummins
Kelly A. Jeanetta
Richard A. Miller
Margaret Luger-Nikolai
M. William O'Brien

Robert J. Alfton
of Counsel

Samual I. Sigal
1905-1995

November 29, 2005

**VIA FACSIMILE AND U.S. MAIL**

Mr. Stephen P. Laitinen, Esq.
LARSON KING, L.L.P.
2800 Wells Fargo Place
30 East Seventh Street
St. Paul, MN 55101

Re: SternJohn v. Kreisler, et al.
Court File No.: 02-842 MJD/JSM
Our File No.: 51-4714-01

Dear Steve:

I have received your letter, dated November 28, 2005. Please immediately forward the fully executed contract between Robert Kreisler and Steve Nelson to me. Pursuant to Part V of the Consent Decree, we also request verification that Mr. Nelson is not related to Mr. Kreisler.

As your letter acknowledges, Mr. Kreisler and his staff still have not undergone training by NFHA, in violation of Part VI of the Consent Decree. You blame this on "administrative reasons." Even if there were legitimate administrative issues – as opposed to Mr. Kreisler's recalcitrance – it is difficult to fathom how they would cause a delay of nearly one year. In any event, I note that Mr. Kreisler has avoided paying substantial sums required under the Consent Decree because of these very same "administrative reasons."

If we do not receive the agreement, verification, and scheduling confirmation for the initial training (which should have occurred nearly one year ago) and the first annual training (which should have been scheduled to occur soon), we will seek relief from the Court.

Sincerely,

MILLER·O'BRIEN

Justin D. Cummins

cc: Ms. Cathy Cloud, NFHA

3