LARSON • KING, LLP

STEPHEN P. LAITINEN
Direct Dial: 651-312-6517
E-mail: slaitinen@larsonking.com
Website: www.larsonking.com

December 5, 2005

**VIA FAX AND U.S. MAIL**
Justin D. Cummins, Esq.
**MILLER O'BRIEN, PLLP**
One Financial Plaza
120 South Sixth Street, Suite 2400
Minneapolis, MN 55420

**Re:** **SternJohn v. Kreisler, et al.**
Our File No. 1-352-0002

Dear Justin:

Mr. Kreisler's new independent management company for his properties is Capital D, LLC. Mr. Emmanuel Durson and Mr. Derrick Dyka are the principals of Capital D, LLC. Neither Mr. Durson nor Mr. Dyka are related to Mr. Kreisler. The written management contract is being finalized between the parties, and we will forward a copy of that contract when it is fully executed.

We are also informed that pursuant to the settlement of the divorce decree between Penny Ream and Robert Kreisler, Penny Ream is taking ownership of three properties – 2124 Garfield Avenue, 424 West 24th Street, and 123-131 West 26th Street, all in Minneapolis, Minnesota. We are informed that the applicable banking and lending institutions are in the process of transferring the mortgages for these three properties to Ms. Ream.

Capital D, LLC will manage the three properties that Mr. Kreisler will continue to own, namely 2421 Pillsbury Avenue, 2500 Blaisdell Avenue, and 2530 Blaisdell Avenue, all in Minneapolis, Minnesota.

Mr. Kreisler's employees and Capital D, LLC will make themselves available for NFHA training on December 7, 2005. As of yet, NFHA has not responded to our request to conduct the fair housing and diversity training of Mr. Kreisler's employees on that date. If the December 7th training does not occur, we will arrange for that employee training with NFHA as soon as is practicable.

Please call if you have any questions.

EXHIBIT 5

RECEIVED
DEC 0 4 200[illegible]
MILLER-O'BRIEN

Regards,

**LARSON • KING, LLP**

Stephen P. Laitinen

SPL:las

cc: Cat Cloud, NFHA
Angela Brandt, Esq.
Robert L. Kreisler, Jr.

lk#1151358v.1