MILLER·O'BRIEN
A Professional Limited Liability Partnership
ATTORNEYS
One Financial Plaza
120 South Sixth Street, Suite 2400
Minneapolis, MN 55402-1809
(612) 333-5831

FAX (612) 342-2613
E-mail: miller-obrien@miller-obrien.com
Web Address: www.miller-obrien.com

Brendan D. Cummins
Justin D. Cummins
Kelly A. Jeanetta
Richard A. Miller
Margaret Luger-Nikolai
M. William O'Brien

Robert J. Alfton
of Counsel

Samual I. Sigal
1905-1995

December 5, 2005

**VIA FACSIMILE AND U.S. MAIL**

Mr. Stephen P. Laitinen, Esq.
LARSON KING, L.L.P.
2800 Wells Fargo Place
30 East Seventh Street
St. Paul, MN 55101

Re: SternJohn v. Kreisler, et al.
Court File No.: 02-842 MJD/JSM
Our File No.: 51-4714-01

Dear Steve:

Thank you for committing to send me the management agreement between Robert Kreisler and Capital D, LLC as soon as it is executed. Please confirm that no one affiliated with Capital D, LLC is related to your client, Mr. Kreisler.

Your letter today states that Mr. Kreisler has unilaterally narrowed the scope of the Consent Decree because he intends to transfer several apartment buildings to his wife, Penny Ream, in connection with their divorce decree. Notwithstanding my many requests, I still have not received a copy of the alleged divorce decree. Mr. Kreisler also has not produced the documents to which your letter refers and that purportedly show the mortgages for 2124 Garfield Avenue, 424 West 24th Street, and 123-131 West 26th Street have been transferred to Ms. Ream.

Before we will consider whether to agree to narrow the Consent Decree, we must see true and correct copies of the aforementioned documents. The timing of Mr. Kreisler's divorce with Ms. Ream is curious. Even after the divorce, Ms. Ream continued to work with Mr. Kreisler concerning the properties subject to the Consent Decree. Ms. Ream evidently also has continued to spend considerable time at the domicile that was their home before the divorce and where Mr. Kreisler allegedly lives by himself now, 121 Elmwood Place. Indeed, the Department of Justice was directed to serve its deposition subpoena on Ms. Ream at 121 Elmwood Place.

If Mr. Kreisler will not provide these materials, we will have no choice but to take action pursuant to the Consent Decree. If you would like to discuss any of the above further, please do not hesitate to call me. Thank you for your prompt attention to these matters.

6

Sincerely,

MILLER·O'BRIEN

Justin D. Cummins

cc: Ms. Cathy Cloud, NFHA