MILLER O'BRIEN
A Professional Limited Liability Partnership
ATTORNEYS
One Financial Plaza
120 South Sixth Street, Suite 2400
Minneapolis, MN 55402-1809
(612) 333-5831

FAX (612) 342-2613
E-mail: miller-obrien@miller-obrien.com
Web Address: www.miller-obrien.com

Brendan D. Cummins
Justin D. Cummins
Kelly A. Jeanetta
Richard A. Miller
Margaret Luger-Nikolai
M. William O'Brien

Robert J. Alfton
of Counsel

Samual I. Sigal
1905-1995

December 8, 2005

**VIA FACSIMILE AND U.S. MAIL**

Mr. Stephen P. Laitinen, Esq.
LARSON KING, L.L.P.
2800 Wells Fargo Place
30 East Seventh Street
St. Paul, MN 55101

Re: SternJohn v. Kreisler, et al.
Court File No.: 02-842 MJD/JSM
Our File No.: 51-4714-01

Dear Steve:

Per your December 7, 2005 letter, please promptly send me a copy of the Court Order that allegedly provides the legal basis for conveying to Robert Kreisler's former wife, Penny Ream, apartment buildings currently governed by the Consent Decree. Please also specify the precise part(s) of the Order requiring Mr. Kreisler to transfer all ownership interests in those properties.

Given Mr. Kreisler's assertion that he is conveying several apartment buildings and, further, that those properties are no longer subject to the Consent Decree, it is puzzling that Mr. Kreisler would also assert that he has not unilaterally narrowed the scope of the Decree.

As set forth in prior correspondence, Mr. Kreisler has failed to advise us of material developments regarding his apartment buildings, in violation of the Consent Decree. See, e.g., Consent Decree, Part IX. We also still do not know when Mr. Kreisler actually severed his relationship with Marathon Management and when he retained and/or severed the replacement management company or companies. At your first chance, please furnish authentic documentary evidence of said data and the fact that no one affiliated with any the replacement companies is related to Mr. Kreisler. Thank you for your timely attention to these matters.

Sincerely,

MILLER O'BRIEN

Justin D. Cummins

cc: Ms. Cathy Cloud, NFHA