MILLER·O'BRIEN
A Professional Limited Liability Partnership
ATTORNEYS
One Financial Plaza
120 South Sixth Street, Suite 2400
Minneapolis, MN 55402-1809
(612) 333-5831

FAX (612) 342-2613
E-mail: miller-obrien@miller-obrien.com
Web Address: www.miller-obrien.com

Brendan D. Cummins
Justin D. Cummins
Kelly A. Jeanetta
Richard A. Miller
Margaret Luger-Nikolai
M. William O'Brien

Robert J. Alfton
of Counsel

Samual I. Sigal
1905-1995

December 13, 2005

**VIA FACSIMILE AND U.S. MAIL**

Mr. Stephen P. Laitinen, Esq.
LARSON KING, L.L.P.
2800 Wells Fargo Place
30 East Seventh Street
St. Paul, MN 55101

Re: SternJohn v. Kreisler, et al.
Court File No.: 02-842 MJD/JSM
Our File No.: 51-4714-01

Dear Steve:

I have received your December 12, 2005 letter. Given that your firm has represented Robert Kreisler before, during, and after execution of the Consent Decree, I again respectfully request that you identify the legal basis for Mr. Kreisler's assertion that he must transfer several of his apartment buildings beyond the scope of the Consent Decree. In addition, please forward the identity and contact information of Penny Ream's counsel concerning the conveyance of Mr. Kreisler's apartment buildings to Ms. Ream.

Our records show that Mr. Kreisler has produced only one quarterly report to our office in the last year. Please provide authentic documentary evidence to support the assertion in your letter that Mr. Kreisler has produced additional quarterly reports to us.

As with prior communications, your December 12 letter adopts an unprofessional tone. This is neither appropriate nor effective. We are simply seeking full compliance with the Consent Decree, which Mr. Kreisler executed with the benefit of your counsel one year ago. Accordingly, your full cooperation going forward is very much be appreciated.

Sincerely,

MILLER·O'BRIEN

Justin D. Cummins

cc: Ms. Cathy Cloud, NFHA

EXHIBIT
8