U.S. Department of Justice
Civil Rights Division
Housing and Civil Enforcement Section

SHR:TJM:RO:MS:ES
DJ# 175-39-90

U.S. Mail: 950 Pennsylvania Ave, N. W.
Northwestern Bldg., 7th Floor
Washington, DC 20530
Overnight: 1800 G Street, N. W., Suite 7002
Washington, DC 20006
Telephone: (202) 514-4713
Facsimile: (202) 514-1116

BY HAND DELIVERY

March 10, 2005

Penny Ream
121 Elmwood Place West
Minneapolis, MN 55419

Re: United States v. Robert L. Kreisler, Jr., et al. (Civil Case No. 03-3599)

Dear Ms. Ream:

Enclosed please find a subpoena for your deposition testimony in the case of United States v. Robert L. Kreisler, Jr., et al., along with a Notice of Deposition. We are also serving you with a subpoena duces tecum for documents. You should bring the documents responsive to the subpoena duces tecum to the deposition.

We understand that you are not currently represented by counsel in this matter. In the event that you do retain counsel in this matter, we ask that you provide your counsel with a copy of these subpoenas as soon as possible. If your attorney would like to discuss this matter with us, please have her/him contact Elise Shore at 202-514-4701 or Michalyn Steele at 202-353-9331.

Sincerely,

Steven H. Rosenbaum
Chief

By: [signature]

Rigel Oliveri
Elise S. Shore
Michalyn Steele

Trial Attorneys
Housing and Civil Enforcement Section

EXHIBIT 10

Enclosures

cc: Steve Laitinen, Esq.
Angela Beranek Brandt, Esq.
Larson King, LLP
2800 Wells Fargo Pl.
30 E. Seventh St.
St. Paul, MN 55101

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) CIVIL CASE No. 03-3599 |
| | ) |
| Plaintiff, | ) Judge Michael J. Davis |
| | ) Magistrate Judge Janie S. Mayeron |
| v. | ) |
| | ) |
| ROBERT L. KREISLER, JR., a/k/a BOB PETERSON, KREISLER REAL ESTATE COMPANY, WHITTIER REAL ESTATE COMPANY, and WHITTIER COMMUNITY APARTMENTS, | ) **PLAINTIFF'S NOTICE OF TAKING DEPOSITION** |
| Defendants. | ) |

**TO: DEFENDANTS ROBERT L. KREISLER, JR., a/k/a BOB PETERSON, KREISLER REAL ESTATE COMPANY, WHITTIER REAL ESTATE COMPANY, and WHITTIER COMMUNITY APARTMENTS, THROUGH THEIR ATTORNEYS MARK SOLHEIM, STEPHEN LAITENEN, AND ANGELA BERANEK BRANDT, LARSON, KING, LLP, 2800 WELLS FARGO PLACE, 30 EAST SEVENTH STREET, ST. PAUL MINNESOTA 55101**

Please take notice that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, Plaintiff will depose the Ms. Penny Ream on **Friday, March 25, 2005, at 9:30 A.M.** at the United States Attorney's Office, located at the U.S. Courthouse, 300 South Fourth Street, Suite 600, Minneapolis, Minnesota.

Dated: 8/10/05

Timothy J. Moran
Rigel C. Oliveri
Elise S. Shore
Michalyn Steele
U.S. Department of Justice
950 Pennsylvania Ave., NW
Civil Rights Division
Housing & Civil Enforcement Section
Northwestern Building, Room 7002
Washington, D.C. 20530
(202) 305-3109

Issued by the
# UNITED STATES DISTRICT COURT

DISTRICT OF Minnesota
'G IN THE DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA
V.

Robert L. Kreisler, Jr., a/k/a Bob Peterson, et. al.

## SUBPOENA IN A CIVIL CASE

CIVIL NUMBER: 03-3599 (MJD/JSM)
(District of Minnesota)

Penny Ream
121 Elmwood Place West
Minneapolis, MN 55419

YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to ...ify in the above case.

| ...ACE OF TESTIMONY | COURTROOM |
|---|---|
| | DATE AND TIME |

YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition ...he above case.

| ...OF DEPOSITION: | U.S. Courthouse<br>300 South 4th Street, Suite 600<br>Minneapolis, MN 55415 | DATE AND TIME<br>Friday, March 25, 2005<br>9:30 AM |
|---|---|---|

YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the ...ce, date, and time specified below (list documents or objects):

| ...E | DATE AND TIME |
|---|---|

YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| ...ISES | DATE AND TIME |
|---|---|

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more ...ers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person ...nated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ...G OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| [signature] (Attorney for Plaintiff U.S.) | 3/10/05 |

...G OFFICER'S NAME, ADDRESS AND PHONE NUMBER
...hore, Trial Attorney, Department of Justice, Housing and Civil Enforcement Section
... Street NW, 7th Floor, Washington, DC 20006

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)

**STATE OF MINNESOTA**

**COUNTY OF HENNEPIN**

**AFFIDAVIT OF SERVICE**

Andrew Leone, being duly sworn, on oath says: that on the 12th day of March, 2005, at 10:31a.m. (s)he served the attached Subpoena, Notice of Taking Deposition, and Attachment upon Penny Ream therein named, personally at 121 Elmwood Place West, Minneapolis, County of Hennepin, State of Minnesota, by handing to and leaving with Penny Ream, a true and correct copy thereof.

Penny Ream is a white female, approximately 50 years old, 130 #, 5'5" with black hair.

Subscribed and sworn to before me,
March 14, 2005.

Notary Public

RICHARD P. SINNER
NOTARY PUBLIC-MINNESOTA
My Commission Expires Jan. 31, 2010

Re.