**QUIT CLAIM DEED**
Individual to Individual

STATE DEED TAX DUE HEREON: $Exempt pursuant to Statute 287.22n Date: 10/6, 2005

FOR VALUABLE CONSIDERATION, Robert Lee Kreisler, Jr., a single person, Grantor, hereby conveys and quitclaims to Penny Ream, Grantee, real property in Hennepin County, Minnesota, described as follows:

Lot 7, Block 5, Badger and Penney's Addition to Minneapolis

together with all hereditaments and appurtenances belonging thereto.

Check box if applicable:
[X] The Seller certifies that the seller does not know of any wells on the described real property.
[ ] A well disclosure certificate accompanies this document.
[ ] I am familiar with the property described in this instrument and I certify that the status and number of wells on the described real property have not changed since the last previously filed well disclosure certificate.

Robert Lee Kreisler, Jr.

STATE OF MINNESOTA)
)SS
COUNTY OF HENNEPIN )

The foregoing instrument was acknowledged before me this 6th day of Oct, 2005 by Robert Lee Kreisler, Jr., a single person, Grantor.

RONALD D. OUSKY
NOTARY PUBLIC - MINNESOTA
My Commission Expires Jan. 31, 2010

Notary Public

THIS INSTRUMENT WAS DRAFTED BY:

Ronald D. Ousky (#144289X)
3300 Edinborough Way, Suite 400
Edina, MN 55435
(952) 806-9787

Tax Statements for the real property described in this instrument should be sent to (include name and address of Grantee):
Penny Ream
7600 Bristol Village Drive
Suite 201
Bloomington MN 55438

EXHIBIT
12

**QUIT CLAIM DEED**
Individual to Individual

STATE DEED TAX DUE HEREON: $Exempt pursuant to Statute 287.22n

Date: 10 / 6, 2005

FOR VALUABLE CONSIDERATION, Robert Lee Kreisler, Jr., a single person, Grantor, hereby conveys and quitclaims to Penny Ream, Grantee, real property in Hennepin County, Minnesota, described as follows:

Lot 7, Block 5, Badger and Penney's Addition to Minneapolis

together with all hereditaments and appurtenances belonging thereto.

Check box if applicable:
[X] The Seller certifies that the seller does not know of any wells on the described real property.
[ ] A well disclosure certificate accompanies this document.
[ ] I am familiar with the property described in this instrument and I certify that the status and number of wells on the described real property have not changed since the last previously filed well disclosure certificate.

Robert Lee Kreisler, Jr.

STATE OF MINNESOTA )
)SS
COUNTY OF HENNEPIN )

The foregoing instrument was acknowledged before me this 6th day of 06 May, 2005 by Robert Lee Kreisler, Jr., a single person, Grantor.

RONALD D. OUSKY
NOTARY PUBLIC - MINNESOTA
My Commission Expires Jan. 31, 2010

Notary Public

THIS INSTRUMENT WAS DRAFTED BY:

Ronald D. Ousky (#144289X)
3300 Edinborough Way, Suite 400
Edina, MN 55435
(952) 806-9787

Tax Statements for the real property described in this instrument should be sent to (include name and address of Grantee):

Penny Ream
7600 Bristol Village Drive
Suite 201
Bloomington MN 55438

## QUIT CLAIM DEED

Individual to Individual

STATE DEED TAX DUE HEREON: $Exempt pursuant to Statute 287.22n

Date: 10/6, 2005

FOR VALUABLE CONSIDERATION, Robert Lee Kreisler, Jr., a single person, Grantor, hereby conveys and quitclaims to Penny Ream, Grantee, real property in Hennepin County, Minnesota, described as follows:

Lot 7, Block 5, Badger and Penney's Addition to Minneapolis

together with all hereditaments and appurtenances belonging thereto.

Check box if applicable:

[X] The Seller certifies that the seller does not know of any wells on the described real property.

[ ] A well disclosure certificate accompanies this document.

[ ] I am familiar with the property described in this instrument and I certify that the status and number of wells on the described real property have not changed since the last previously filed well disclosure certificate.

Robert Lee Kreisler, Jr.

STATE OF MINNESOTA)
)SS
COUNTY OF HENNEPIN )

The foregoing instrument was acknowledged before me this 6th day of October, 2005 by Robert Lee Kreisler, Jr., a single person, Grantor.

RONALD D. OUSKY
NOTARY PUBLIC - MINNESOTA
My Commission Expires Jan. 31, 2010

Notary Public

THIS INSTRUMENT WAS DRAFTED BY:

Ronald D. Ousky (#144289X)
3300 Edinborough Way, Suite 400
Edina, MN 55435
(952) 806-9787

Tax Statements for the real property described in this instrument should be sent to (include name and address of Grantee):

Penny Ream
7600 Bristol Village Drive
Suite 201
Bloomington MN 55438