UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

Plaintiff,

v.

ROBERT L. KREISLER, JR., et al.,

Defendants.

CIVIL NO. 03-3599 (MJD/JSM)

**FOURTH AMENDED** PRETRIAL
SCHEDULING ORDER

**Pursuant to the parties' August 15, 2005 Stipulation to Extend Discovery Deadline to Complete Limited Discovery by September 30, 2005 [Docket No. 109]** and Rule 16 of the Federal Rules of Civil Procedure and the Local Rules of this Court, and in order to secure the just, speedy and inexpensive determination of this action, the following schedule shall govern these proceedings. The schedule may be modified only upon formal motion and a showing of good cause as required by Local Rule 16.3.

Pleadings and Disclosures

October 24, 2003 - All pre-discovery disclosures required by Rule 26(a)(1), including production of documents, shall be completed on or before this date.

December 6, 2004 - All motions which seek to amend the pleadings or add parties must be served and filed on or before this date. This deadline does not apply to motions which seek to amend the complaint to add a claim for punitive damages. Such motions must be brought on or before the non-dispositive motion deadline.

Discovery and Nondispositive Motions

Disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) and the full disclosures required by Rule 26(a)(2)(B), accompanied by the written report prepared and signed by the expert witness, shall be made as follows:

June 30, 2005 - By plaintiff and defendants
August 1, 2005 - Rebuttal by plaintiff and defendants

EXHIBIT
13

June 1, 2005 - All fact discovery shall be commenced in time to be completed by this date, **except that Part II of the deposition of Robert Kreisler shall be taken at a mutually convenient time as arranged by the parties, but no later than September 30, 2005; and that plaintiff's response/objections to defendants' Third Request for Production of Documents Re: Experts, which was served on August 4, 2005 and the deposition upon written questions of aggrieved person Abdisalan Nur under Rule 31 shall be completed no later than September 30, 2005..**

June 6, 2005 - All non-dispositive motions and supporting documents which relate to fact discovery and any request for extension of this Scheduling Order, shall be served and filed by this date. Prior to scheduling any non-dispositive motion, the parties are encouraged to consider whether the motion, including motions relating to discovery and scheduling, can be informally resolved through a telephone conference with the Magistrate Judge. To the extent that formal discovery motions will be filed, nondispositive motions may be scheduled for hearing by calling Katherine Haagenson, Calendar Clerk to Magistrate Judge Janie S. Mayeron, (651) 848-1190. A Reply Memorandum not exceeding five pages may be delivered to opposing counsel and the chambers of this Court no later than 9:00 a.m. on the business day preceding the hearing. All nondispositive motions shall be scheduled, filed and served in compliance with the Electronic Case Filing Procedures for the District of Minnesota and in compliance with Local Rules 7.1, 37.1 and 37.2. When a motion, response or reply brief is filed on ECF, one paper courtesy copy of the pleading and all supporting documents shall be mailed or delivered to the undersigned in an envelope addressed to Katherine Haagenson, Calendar Clerk, contemporaneously with the documents being posted on ECF.

August 15, 2005 - Expert depositions shall be completed during the time frame of July 15-August 15, 2005, unless otherwise agreed to by the parties. However, all expert discovery, including expert depositions, shall be completed by August 15, 2005, **except that the deposition of plaintiff's rebuttal expert Sanford Weisberg, Ph.D. shall be completed on September 29, 2005 and the deposition of William Skally, accountant for the Kreisler defendants, shall be completed at a mutually convenient time as arranged by the parties, but no later than September 30, 2005.**

August 20, 2005 - All non-dispositive discovery-related motions involving experts shall be served and filed by this date. This does not include motions in limine to exclude or strike experts, or motions to exclude portions of expert testimony and/or opinions, which will be served, filed and heard pursuant to the Court's trial order.

Dispositive Motions and Trial

September 1, 2005 - All dispositive motions shall be served, filed and HEARD by this date. Counsel for the moving party shall call Calendar Clerk Debra Halfman, 612-664-5073 to schedule the hearing. All dispositive motions shall be scheduled, filed and served in compliance with the Electronic Case Filing Procedures for the District of Minnesota and in compliance with Local Rule 7.1. When a motion, response or reply brief is filed on ECF, one paper courtesy copy of the pleading and all supporting documents shall be mailed or delivered to Calendar Clerk Debra Halfman, 612-664-5073 contemporaneously with the documents being posted on ECF.

This case shall be ready for trial as of November 1, 2005. The parties estimate that trial of this Jury matter will take 10 days.

General

No more than 25 Interrogatories (including all subparts) shall be served per side.

The Court will not establish the number of written or other discovery devices (e.g., depositions) which may be employed by the parties not covered in this Order. The attention of the parties is called to the provisions of Rule 26(g)(2). If necessary, the Court will rule on objections to specific discovery. See also Rule 26(g)(3) and Rule 37(a)(4).

Each party may depose all disclosed experts.

Each party may call all disclosed experts at trial.

Dated: August 19, 2005

s/ Janie S. Mayeron
JANIE S. MAYERON
United States Magistrate Judge