MILLER·O'BRIEN
A Professional Limited Liability Partnership

One Financial Plaza
120 South Sixth Street, Suite 2400
Minneapolis, MN 55402
(612) 333-5831
FAX (612) 342-2613

FEDERAL IDENTIFICATION NUMBER 41-1534973

INVOICE
FOR PROFESSIONAL SERVICES

Page: 1
02/13/2006

EBONI & JOHN STERNJOHN
240 92ND AVENUE NE
BLAINE MN 55434

**Client No.:** 514714C

**Please Return This Page With Your Remittance -- Thank You.**

| Previous Balance | Fees | Expenses | Advances | Payments | Balance |
|---|---|---|---|---|---|
| 514714-030 Fair Housing Training and Testing | | | | | |
| 0.00 | 576.00 | 0.00 | 0.00 | 0.00 | $576.00 |

EXHIBIT
14

WE APPRECIATE PROMPT PAYMENT.
*Statements unpaid at 60 days will be subject to a 3% finance charge.*

PAYMENT DUE UPON RECEIPT

Disbursements and services which have not been processed will appear on a later invoice.

MILLER·O'BRIEN
A Professional Limited Liability Partnership

One Financial Plaza
120 South Sixth Street, Suite 2400
Minneapolis, MN 55402
(612) 333-5831
FAX (612) 342-2613

FEDERAL IDENTIFICATION NUMBER 41-1534973

# INVOICE
# FOR PROFESSIONAL SERVICES

Page: 1
02/13/2006
**Client No.:** 514714-030C
**Invoice No.:** 4490

EBONI & JOHN STERNJOHN
240 92nd AVENUE NE
BLAINE MN 55434

Fair Housing Training and Testing

## Fees

| | | | Hours | |
|---|---|---|---|---|
| 11/23/2005 | JDC | Telephone conference with NFHA re: Kreisler non-compliance w/Decree; Review of compliane materials; Office conference(s) with attorney B. O'Brien re: legal strategy; Preparation of letter to opposing counsel re: non-compliance. | 1.60 | 384.00 |
| 11/28/2005 | JDC | Review correspondence from attorney S. Laitnen re: consent decree compliance; Preparation of response. | 0.80 | 192.00 |
| | | For Current Services Rendered | 2.40 | 576.00 |

Fee Summary

| Timekeeper | Hours | Total |
|---|---|---|
| Justin D Cummins | 2.40 | $576.00 |

Total Current Work 576.00

Balance Due This Mattter $576.00

WE APPRECIATE PROMPT PAYMENT.
*Statements unpaid at 60 days will be subject to a 3% finance charge.*

PAYMENT DUE UPON RECEIPT

Disbursements and services which have not been processed will appear on a later invoice.