LARSON • KING, LLP

STEPHEN P. LAITINEN
Direct Dial: 651-312-6517
E-mail: slaitinen@larsonking.com
Website: www.larsonking.com

January 30, 2006

Cathy Cloud
Vice President
National Fair Housing Alliance
1212 New York Ave, Suite 525
Washington, D.C. 20005

**Re:** **SternJohn v. Kreisler, et al.**
Our File No. 1-352-0002

Dear Ms. Cloud:

I enclose for your review the Stipulated Order to Amend Findings of Fact, Conclusions of Law, Order for Judgment, Judgment and Decree in Re the Marriage of: Penny Sue Ream and Robert Lee Kreisler, Jr., along with the January 5, 2006 letter from Ms. Ream's counsel with the Quit Claim Deeds to the three properties conveyed to Ms. Ream pursuant to the divorce settlement.

Please call if you have any questions.

Regards,

**LARSON • KING, LLP**

Stephen P. Laitinen

SPL:las
Enclosure
cc: Justin Cummins, Esq. (w/enc.)
Robert Kreisler (w/o enc.)
Angela Brandt, Esq. (w/o enc.)

EXHIBIT 15

RECEIVED
JAN 31 2006
MILLER-O'BRIEN