MILLER·O'BRIEN
A Professional Limited Liability Partnership

One Financial Plaza
120 South Sixth Street, Suite 2400
Minneapolis, MN 55402
(612) 333-5831
FAX (612) 342-2613

FEDERAL IDENTIFICATION NUMBER 41-1534973

INVOICE
FOR PROFESSIONAL SERVICES

Page: 1
02/13/2006

EBONI & JOHN STERNJOHN
240 92ND AVENUE NE
BLAINE MN 55434

Client No.: 514714C

**Please Return This Page With Your Remittance -- Thank You.**

| Previous Balance | Fees | Expenses | Advances | Payments | Balance |
|---|---|---|---|---|---|
| 514714-020 Scope of Consent Decree | | | | | |
| 0.00 | 7,536.00 | 280.32 | 0.00 | 0.00 | $7,816.32 |

EXHIBIT
16

WE APPRECIATE PROMPT PAYMENT.
*Statements unpaid at 60 days will be subject to a 3% finance charge.*

PAYMENT DUE UPON RECEIPT

Disbursements and services which have not been processed will appear on a later invoice.

MILLER·O'BRIEN
A Professional Limited Liability Partnership

One Financial Plaza
120 South Sixth Street, Suite 2400
Minneapolis, MN 55402
(612) 333-5831
FAX (612) 342-2613

FEDERAL IDENTIFICATION NUMBER 41-1534973

INVOICE
FOR PROFESSIONAL SERVICES

Page: 1
02/13/2006
**Client No.:** 514714-020C
**Invoice No.:** 4490

EBONI & JOHN STERNJOHN
240 92nd AVENUE NE
BLAINE MN 55434

Scope of Consent Decree

Fees

| | | | Hours | |
|---|---|---|---|---|
| 12/05/2005 | JDC | Review correspondence from opposing counsel re: narrowing of consent decree; Preparation of response. | 0.60 | 144.00 |
| 12/08/2005 | JDC | Review of Consent Decree compliance issues; Telephone conference with NFHA re: same; Preparation of letter to opposing counsel re: same; Review of divorce decree; | 2.60 | 624.00 |
| 12/13/2005 | JDC | Telephone call to attorney M. Tanick re: conveyance of property. | 0.30 | 72.00 |
| 12/15/2005 | JDC | Office conference(s) with attorney B. O'Brien re: legal strategy; Preparation for call to attorney S. Laitenen & preparation of confirmation letter; Telephone call to attorney M. Tanick re: conveyance of property. | 2.30 | 552.00 |
| 12/16/2005 | JDC | Telephone conference to opposing counsel re: compliance issues; Review correspondence from opposing counsel to court re: same; Telephone conference to NFHA re: same; Preparation of response; Review of quarterly reports. | 2.80 | 672.00 |
| 12/19/2005 | JDC | Preparation of and file enforcement action papers and related exhibits. | 3.60 | 864.00 |
| 12/21/2005 | JDC | Telephone conference with opposing counsel re: compliance issues; Review correspondence from opposing counsel re: same; Preparation of response. | 0.50 | 120.00 |
| 02/03/2006 | JDC | Preparation for and attend hearing on enforcement action; Review of court submissions; Office conference(s) with attorney B. O'Brien re: legal strategy; Telephone call to NFHA re: affidavit & | | |

EBONI & JOHN STERNJOHN

02/13/2006

**Client No.:** 514714-020C

**Invoice No.:** 4490

Scope of Consent Decree

| | | Hours | |
|---|---|---|---|
| | attachments; Status report to client. | 2.30 | 552.00 |
| 02/06/2006 JDC | Review of file to prepare court submissions; Telephone call to NFHA re: affidavit; Telephone call to opposing counsel re: contempt action procedures & submissions. | 0.70 | 168.00 |
| 02/07/2006 JDC | Preparation of affidavits and exhibits in support of contempt action; Telephone call to NFHA re: same. | 3.10 | 744.00 |
| 02/08/2006 JDC | Conduct settlement negotiations w/opposing counsel; Office conference(s) with attorney B. Cummins re: legal stragegy; conference call w/Court re: contempt action; Telephone call to NFHA re: affidavit; Preparation of affidavits & exhibits; Preparation of letter to counsel for P. Ream re: contempt action. | 5.40 | 1,296.00 |
| 02/09/2006 JDC | Preparation of motion for contempt, supporting memorandum & related affidavit exhibits; Telephone calls to NFHA re: affidavit & exhibits. | 7.20 | 1,728.00 |
| | For Current Services Rendered | 31.40 | 7,536.00 |

Fee Summary

| Timekeeper | Hours | Total |
|---|---|---|
| Justin D Cummins | 31.40 | $7,536.00 |

Expenses

| | |
|---|---|
| Postage | $ 9.82 |
| Fax | $ 13.00 |
| Miscellaneous: | |
| Metro Legal Services: Document retrieval service | $ 95.50 |
| Metro Legal Services: Process Service | $162.00 |
| Total Expenses | $280.32 |
| Total Current Work | $7,816.32 |
| Balance Due This Matter | $7,816.32 |

WE APPRECIATE PROMPT PAYMENT.

*Statements unpaid at 60 days will be subject to a 3% finance charge.*