**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**CERTIFICATE OF SERVICE**

**EBONI STERNJOHN AND JULIUS STERNJOHN V. ROBERT L. KREISLER, JR, ET AL.**

**COURT NO. 02-842 (MJD/JSM)**

I hereby certify that on February 15, 2006, I caused the following documents:

1. Plaintiff's Memorandum in Support of Their Motion For Relief from Contempt of the Governing Consent Decree;

2. Plaintiff's Motion For Relief from Contempt of the Governing Consent Decree;

3. Affidavit of Justin D. Cummins; and

4. Affidavit of Cathy Cloud.

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Stephen P. Laitinen, Esquire
Larson King, LLP
2800 Wells Fargo Place
30 East Seventh Street
St. Paul, MN 55101

I further certify that I caused the Proposed Order to be filed with the court via e-mail to the following judge who is hearing the motion:

Janie S. Mayeron-United States District Court
mayeron_chambers@mnd.uscourts.gov

Dated: February 15, 2006.

**s/ Justin D. Cummins**
Justin D. Cummins
Attorney I.D. # 276248
MILLER-O'BRIEN
120 South Sixth Street, Suite 2400
Minneapolis, MN 55402
(612) 333-5831

Attorneys for Plaintiffs