UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Eboni SternJohn and Julius SternJohn,

Plaintiffs,

vs.

Robert L. Kreisler, Jr., a/k/a Bob Peterson a/k/a/ Robert Peterson, d/b/a Kreisler Real Estate Company, d/b/a Whittier Real Estate Company, d/b/a KT Properties Partnership L.P., d/b/a Whittier Community Apartments, d/b/a Bristol Apartments; Solar Partnership, a/k/a Solar Partnership, L.L.P., a/k/a Solar Partnership I, L.L.P., a/k/a Solar Partnership III, L.L.P., a/k/a Solar Partnership IV, L.L.P., d/b/a Solar Corporation; and Larry Hopenfspirger, d/b/a Hopfenspirger Realty, Inc.,

Defendants.

Civil No. 02-842 (MJD/JSM)

**LR 7.1(c) WORD COUNT COMPLIANCE CERTIFICATE REGARDING DEFENDANTS' MEMORANDUM IN OPPOSITION TO PLAINTIFF'S CONTEMPT MOTION**

I, Stephen P. Laitinen, certify that Defendants' Memorandum In Opposition To Plaintiff's Contempt Motion complies with Local Rule 7.1(c).

I further certify that, in preparation of this memorandum, I used Microsoft Word XP, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

I further certify that the above-referenced Memorandum contains 2397 words.

Respectfully submitted,

Dated: February 15, 2006

**LARSON • KING, LLP**

By *s/Stephen P. Laitinen*

Stephen P. Laitinen (#239446)
Jennifer G. Daugherty (#0338552)
2800 Wells Fargo Place
30 E. Seventh Street
St. Paul, MN 55101
Telephone: (651) 312-6500
Facsimile: (651) 312-6618

Attorneys for Defendants
Robert L. Kreisler, Jr.,
Kreisler Real Estate Company,
Whittier Real Estate Company, and
Whittier Community Apartments

1157354