UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Eboni SternJohn and Julius SternJohn,

Plaintiffs,

vs.

Robert L. Kreisler, Jr., a/k/a Bob Peterson a/k/a/ Robert Peterson, d/b/a Kreisler Real Estate Company, d/b/a Whittier Real Estate Company, d/b/a KT Properties Partnership L.P., d/b/a Whittier Community Apartments, d/b/a Bristol Apartments; Solar Partnership, a/k/a Solar Partnership, L.L.P., a/k/a Solar Partnership I, L.L.P., a/k/a Solar Partnership III, L.L.P., a/k/a Solar Partnership IV, L.L.P., d/b/a Solar Corporation; and Larry Hopenfspirger, d/b/a Hopfenspirger Realty, Inc.,

Defendants.

Civil No. 02-842 (MJD/JSM)

**AFFIDAVIT OF STEPHEN P. LAITINEN**

---

STATE OF MINNESOTA )
) ss.
COUNTY OF RAMSEY )

Stephen P. Laitinen, having been first duly sworn upon oath, deposes and states as follows:

1. That I am one of the attorneys retained to represent and defend Defendants Robert L. Kreisler, Jr., Kreisler Real Estate Company, Whittier Real Estate Company, and Whittier Community Apartments ("Kreisler Defendants") in the above-captioned litigation.

2. That attached hereto are true and correct copies of the following documents:

Exhibit 1: Consent Decree;

Exhibit 2: Attorney Laitinen's December 16, 2005 letter to Magistrate Mayeron;

Exhibit 3: Attorney Laitinen's December 21, 2005 letter to Magistrate Mayeron;

Exhibit 4: E-mail dated May 31, 2005 from Cat Cloud to Attorney Laitinen;

Exhibit 5: E-mail dated September 6, 2005 from Cat Cloud to Attorney Laitinen;

Exhibit 6: E-mail dated November 23, 2005 from Cat Cloud to Attorney Laitinen;

Exhibit 7: E-mail dated November 28, 2005 from Attorney Laitinen to Cat Cloud along with Cat Cloud's December 6, 2005 response;

Exhibit 8: E-mail dated December 6, 2005 from Cat Cloud to Attorney Laitinen along with Attorney Laitinen's December 7, 2005 response;

Exhibit 9: E-mail dated December 8, 2005 from Cat Cloud to Attorney Laitinen along with Attorney Latinen's December 8, 2005 response;

Exhibit 10: Stipulated Order to Amend Findings of Fact, Conclusions of Law, Order for Judgment, Judgment and Decree, *In Re the Marriage of Penny Sue Ream and Robert Lee Kreisler, Jr.*;

Exhibit 11: Findings of Fact, Conclusions of Law, Order for Judgment, Judgment and Decree, *In Re the Marriage of Penny Sue Ream and Robert Lee Kreisler, Jr.*;

Exhibit 12: Correspondence with attached Quit Claim Deeds; and

Exhibit 13: Affidavit of Robert Kreisler dated December 13, 2005.

Exhibit 14: E-mail dated February 15, 2006 from Cat Cloud to Attorney Laitinen re: confirmed training date for Kreisler employees and Capital D, LLC.

Further your affiant sayeth not except that this Affidavit is made in opposition to Plaintiffs' Motion for Contempt.

*s/Stephen P. Laitinen*
Stephen P. Laitinen, #239446

Subscribed and sworn to before me
this 15th day of February, 2006.

*s/Carolee M. Swanson*
Notary Public

1157348