# EXHIBIT 4

**Laitinen, Steve**

---

**From:** Cat Cloud [CatCloud@nationalfairhousing.org]

**Sent:** Tuesday, May 31, 2005 10:52 AM

**To:** Laitinen, Steve

**Subject:** Kreisler Contract

Hi Steve. Hope you had a good holiday weekend. I am just following up with you about the contract. I realized this morning that my calendar is full through August and that I should schedule the training session soon to make sure it can occur on a timely basis. Please let me know what outstanding issues we need to resolve.

Thanks.
Cat

Cathy Cloud
Vice President
National Fair Housing Alliance
(202) 898-1661
catcloud@nationalfairhousing.org

# EXHIBIT 5

**Laitinen, Steve**

---

**From:** Laitinen, Steve

**Sent:** Wednesday, September 07, 2005 8:27 AM

**To:** Cat Cloud

**Subject:** RE: Executed Agreement - SternJohn v. Kreisler

Sounds good. Thanks. Steve

-----Original Message-----
From: Cat Cloud [mailto:CatCloud@nationalfairhousing.org]
Sent: Tuesday, September 06, 2005 8:43 PM
To: Laitinen, Steve
Subject: RE: Executed Agreement - SternJohn v. Kreisler

Thanks, Steve. I'll set up the training as soon as possible but probably not until early December -- my calendar is packed. I'll let you know what we work out and try to set up a time to meet you as well while I am in Minn/St. Paul.

Cat

-----Original Message-----
From: Laitinen, Steve [mailto:slaitinen@larsonking.com]
Sent: Tue 9/6/2005 6:44 PM
To: Cat Cloud
Cc:
Subject: Executed Agreement - SternJohn v. Kreisler

Cat, we obtained the signature of our client on the agreement. I will send that to you tomorrow. Thanks for your patience. Best Regards, Steve

# EXHIBIT 6

product. Receipt by anyone other than the intended recipient is not intended to and does not constitute a loss of the confidential or privileged nature of the communications. Any review or distribution by others is strictly prohibited. If you are not the intended recipient you must not read, use, copy, retransmit or disseminate this communication and you are directed to immediately notify the sender by return electronic mail and delete all copies of this communication. To reply to our email directly, send an email to: slaitinen@larsonking.com

-----Original Message-----
**From:** Cat Cloud [mailto:CatCloud@nationalfairhousing.org]
**Sent:** Wednesday, November 23, 2005 10:42 AM
**To:** Laitinen, Steve
**Subject:** Kreisler consulting

I have canceled all plans for testing and training for December. NFHA and its local subcontractor cannot incur any additional expense until we have a fully enforceable contract.

Cathy Cloud
Vice President
National Fair Housing Alliance
(202) 898-1661
catcloud@nationalfairhousing.org

# EXHIBIT 7

## Laitinen, Steve

**From:** Cat Cloud [CatCloud@nationalfairhousing.org]
**Sent:** Tuesday, December 06, 2005 7:57 AM
**To:** Laitinen, Steve
**Cc:** Brandt, Angela
**Subject:** RE: Kreisler consulting

I have been on vacation so was unable to respond to this message until today. This training will have to be re-scheduled for next year. Please let me know the information about the new management company -- the arrangements with Kreisler, contact information, etc. Cat

---

**From:** Laitinen, Steve [mailto:slaitinen@larsonking.com]
**Sent:** Monday, November 28, 2005 1:30 PM
**To:** Cat Cloud
**Cc:** Brandt, Angela
**Subject:** RE: Kreisler consulting

Cat, I apologize for the delay in responding back to you, due to the Thanksgiving holiday. Although I appreciate your concerns on costs and expenses, which are certainly valid, we would like the NFHA training and testing to proceed in December as scheduled. I believe December 7 was the original target date, and we would like to hold onto that date if we can. I have also reviewed your letter of November 3, and your proposed revised schedule is also acceptable. We understand that Mr. Kreisler has had an interim manager, Steve Nelson, on the properties since the termination of Marathon Management. We also understand that the interim manager will be managing the properties until December 2nd, and that Mr. Kreisler is in the process of transferring those duties to a new property manager this week, so the transition is smooth. Mr. Kreisler has assured me that the NFHA December training with his new management company can go forward in December as previously agreed.

I hope this clarifies our current situation. Please feel free to call me to discuss further, as needed. I will certainly provide you with the name and contact number of the new property manager when that is finalized, from what I understand, yet this week.

Regards, Steve

LARSON • KING, LLP
Stephen P. Laitinen
2800 Wells Fargo Place
30 East Seventh Street
St. Paul, MN 55101
651-312-6517 phone
651-312-6618 fax
www.larsonking.com

CONFIDENTIALITY NOTICE:
This communication constitutes an electronic communication within the meaning of the Electronic Communications Privacy Act, 18 USC 2510, and its disclosure is strictly limited to the recipient intended by the sender of this message. This communication and any files transmitted with it may contain confidential and privileged material for the sole use of the intended recipient, including confidential attorney client communications and/or attorney work