# EXHIBIT 8

**Laitinen, Steve**

---

**From:** Laitinen, Steve
**Sent:** Wednesday, December 07, 2005 5:30 PM
**To:** Cat Cloud
**Cc:** Brandt, Angela
**Subject:** RE: Kreisler consulting

Dear Cat: I'm attaching two letters that you should be receiving via U.S. Mail on the Kreisler matter. If you can provide me with available dates in January and February 2006 that work for you, I can run those dates by our client. It also makes sense to have Capital D, LLC present for that training as well. I will send you the contact info for Capital D, LLC after the management contract is finalized. We hope to have the contract fully executed by both parties here shortly. Please call with any questions. Regards, Steve

LARSON • KING, LLP
Stephen P. Laitinen
2800 Wells Fargo Place
30 East Seventh Street
St. Paul, MN 55101
651-312-6517 phone
651-312-6618 fax
www.larsonking.com

CONFIDENTIALITY NOTICE:
This communication constitutes an electronic communication within the meaning of the Electronic Communications Privacy Act, 18 USC 2510, and its disclosure is strictly limited to the recipient intended by the sender of this message. This communication and any files transmitted with it may contain confidential and privileged material for the sole use of the intended recipient, including confidential attorney client communications and/or attorney work product. Receipt by anyone other than the intended recipient is not intended to and does not constitute a loss of the confidential or privileged nature of the communications. Any review or distribution by others is strictly prohibited. If you are not the intended recipient you must not read, use, copy, retransmit or disseminate this communication and you are directed to immediately notify the sender by return electronic mail and delete all copies of this communication. To reply to our email directly, send an email to: slaitinen@larsonking.com

-----Original Message-----
**From:** Cat Cloud [mailto:CatCloud@nationalfairhousing.org]
**Sent:** Tuesday, December 06, 2005 7:57 AM
**To:** Laitinen, Steve
**Cc:** Brandt, Angela
**Subject:** RE: Kreisler consulting

I have been on vacation so was unable to respond to this message until today. This training will have to be re-scheduled for next year. Please let me know the information about the new management company -- the arrangements with Kreisler, contact information, etc. Cat

---

**From:** Laitinen, Steve [mailto:slaitinen@larsonking.com]
**Sent:** Monday, November 28, 2005 1:30 PM
**To:** Cat Cloud
**Cc:** Brandt, Angela

# EXHIBIT 9

**Laitinen, Steve**

---

**From:** Laitinen, Steve
**Sent:** Thursday, December 08, 2005 5:30 PM
**To:** Cat Cloud
**Cc:** Brandt, Angela
**Subject:** RE: Kreisler consulting

Cat: please fax your referenced letter to me tomorrow (Friday). My fax number is 651-312-6618. Because you have not specifically identified your concerns in your e-mail, we are not in a position to respond at this time. We will do so accordingly directly to the Magistrate, and copy you with same. As always, feel free to give me a call directly to discuss. Regards, Steve

LARSON • KING, LLP
Stephen P. Laitinen
2800 Wells Fargo Place
30 East Seventh Street
St. Paul, MN 55101
651-312-6517 phone
651-312-6618 fax
www.larsonking.com

CONFIDENTIALITY NOTICE:
This communication constitutes an electronic communication within the meaning of the Electronic Communications Privacy Act, 18 USC 2510, and its disclosure is strictly limited to the recipient intended by the sender of this message. This communication and any files transmitted with it may contain confidential and privileged material for the sole use of the intended recipient, including confidential attorney client communications and/or attorney work product. Receipt by anyone other than the intended recipient is not intended to and does not constitute a loss of the confidential or privileged nature of the communications. Any review or distribution by others is strictly prohibited. If you are not the intended recipient you must not read, use, copy, retransmit or disseminate this communication and you are directed to immediately notify the sender by return electronic mail and delete all copies of this communication. To reply to our email directly, send an email to: slaitinen@larsonking.com

-----Original Message-----
**From:** Cat Cloud [mailto:CatCloud@nationalfairhousing.org]
**Sent:** Thursday, December 08, 2005 4:38 PM
**To:** Laitinen, Steve
**Subject:** RE: Kreisler consulting

Dear Steve. I am notifying you as a courtesy that I do not believe that Mr. Kreisler has complied in several material respects with the Consent Decree entered by the court last December. I sent to the court yesterday a letter which outlined my concerns about Mr. Kreisler's failures in this regard and requested that the court enforce the Consent Decree. Until I hear from the court and until I have proof that a management company under contract is in place and prepared to be trained, I will not be scheduling the training session. I mailed you a copy of the letter to the court.

I am sure that we will be in contact in order to resolve this matter, but I prefer to wait until I receive some direction from the Magistrate. In the meantime, I wish you the best for the holidays.

Cat

# EXHIBIT 10

STATE OF MINNESOTA

COUNTY OF HENNEPIN

FILED
2006 JAN 20 AM 10:56
COURT ADMINISTRATOR

DISTRICT COURT

FOURTH JUDICIAL DISTRICT

FAMILY COURT DIVISION

---

In Re the Marriage of:

PENNY SUE REAM

Petitioner,

and

ROBERT LEE KREISLER, JR.

Co-Petitioner.

Court File No. 293235

STIPULATED ORDER TO AMEND FINDINGS OF FACT, CONCLUSIONS OF LAW, ORDER FOR JUDGMENT, JUDGMENT AND DECREE

WHEREAS, the marriage of the parties was dissolved by Judgment and Decree entered on August 30, 2004; and

WHEREAS, pursuant to Paragraph 8 of the Conclusions of Law Co-Petitioner, Robert Kreisler (hereinafter "Husband"), was granted certain properties subject to Petitioner, Penny Ream's (hereinafter "Wife") marital lien on said properties; and

WHEREAS, pursuant to said paragraph Wife was guaranteed certain minimum payments with respect to the satisfaction of said marital liens; and

WHEREAS, Husband currently does not have the resources available to satisfy the minimum cash payments of the agreement; and

mail
Pet Atty
Kirp

WHEREAS, both parties have agreed to amend the Decree to allow the Husband to transfer title to certain properties in satisfaction of the marital liens and satisfaction of the minimal payments required by said Decree;

NOW THEREFORE IT IS HEREBY STIPULATED AND AGREED:

1. Co-Petitioner, Robert Kreisler (hereinafter "Husband"), shall transfer to Petitioner, Penny Ream (hereinafter "Wife"), by quit claim deed, the following properties within ten (10) days after signing of this Stipulation to Amend Judgment and Decree:

A. A 16-unit apartment building located at 2124 Garfield Avenue, Minneapolis, MN, 55405, legally described as follows:

Lot 7, Block 5, Badger and Penney's Addition to Minneapolis

B. A 17-unit apartment building located at 424 West 24th Street, Minneapolis, MN, 55405, legally described as follows:

Lots 8 and 9, Block 11, Badger and Penney's Addition to Minneapolis

C, An 18-unit apartment building located at 123-127-131 West 26th Street, Minneapolis, MN, 55404, legally described as follows:

Lots 25 and 26, Block 14, J.T. Blaisdell Revised Addition to Minneapolis

2. Both parties shall cooperate in securing continued financing of said properties so that Wife will assume the full encumbrances currently due and owing with respect to all three properties.

3. Transfer of said properties above, shall be deemed to have satisfied Wife's entire marital lien with respect to all properties as set forth in Paragraph 8c, 8d and 8e of the Conclusions of Law entered on August 30, 2004. In addition, the transfer of the three properties

shall be considered equivalent to the $500,000 minimum amount of cash due to Wife on or before December 31, 2005.

4. Husband shall continue to hold Wife harmless and indemnify Wife from any liabilities in relation to the ownership of said property, up to the time of transfer of these assets, including but not limited to, any provisions set forth in the Consent Decree of the United States District Court for the District of Minnesota.

5. That transfer shall be considered to a transfer of property incident to the dissolution and shall not be reconsidered by Wife or Husband to be a taxable event. Wife shall assume full responsibility for the capital gains ~~upon the~~ subsequent sale of each of the properties.

| | |
|---|---|
| Penny Sue Ream, Petitioner | Robert Lee Kreisler Jr., CoPetitioner |
| Dated: 10-6-2005 | Dated: 10/6/5 |
| SUBSCRIBED AND SWORN TO | SUBSCRIBED AND SWORN TO |
| BEFORE ME THIS 6th DAY OF | BEFORE ME THIS 6th DAY OF |
| October, 2005 | October, 2005 |
| Notary Public | Notary Public |
| RONALD D. OUSKY<br>NOTARY PUBLIC - MINNESOTA<br>My Commission Expires Jan. 31, 2010 | RONALD D. OUSKY<br>NOTARY PUBLIC - MINNESOTA<br>My Commission Expires Jan. 31, 2010 |

The foregoing Stipulation is hereby incorporated as the Order of the Court:

Date: ____________________

____________________
Judge of District Court.