# EXHIBIT 12

LARSON • KING, LLP

STEPHEN P. LAITINEN
Direct Dial: 651-312-6517
E-mail: slaitinen@larsonking.com
Website: www.larsonking.com

January 30, 2006

Cathy Cloud
Vice President
National Fair Housing Alliance
1212 New York Ave, Suite 525
Washington, D.C. 20005

**Re:** **SternJohn v. Kreisler, et al.**
Our File No. 1-352-0002

Dear Ms. Cloud:

I enclose for your review the Stipulated Order to Amend Findings of Fact, Conclusions of Law, Order for Judgment, Judgment and Decree in Re the Marriage of: Penny Sue Ream and Robert Lee Kreisler, Jr., along with the January 5, 2006 letter from Ms. Ream's counsel with the Quit Claim Deeds to the three properties conveyed to Ms. Ream pursuant to the divorce settlement.

Please call if you have any questions.

Regards,

**LARSON • KING, LLP**

Stephen P. Laitinen

SPL:las
Enclosure
cc: Justin Cummins, Esq. (w/enc.)
Robert Kreisler (w/o enc.)
Angela Brandt, Esq. (w/o enc.)

RONALD D. OUSKY P.A.
COLLABORATIVE ATTORNEY & MEDIATOR

PROVIDING BETTER CHOICES THROUGH COLLABORATIVE LAW, MEDIATION, AND OTHER CREATIVE ALTERNATIV

January 5, 2006

Hennepin County Recorder
Hennepin County Government Center
300 South Sixth Street
Minneapolis, MN 55487

Dear County Recorder:

Enclosed herewith for recording please find the following Quit Claim Deeds to properties legally described as:

1. Lot 7, Block 5, Badger and Penney's Addition to Minneapolis (2124 Garfield Avenue, Minneapolis, MN 55404, ID #34-029-24-22-0052).
2. Lots 8 and 9, Block 11, Badger and Penney's Addition to Minneapolis (424 West 24th Street, Minneapolis, MN 55405, ID #34-029-24-22-0124).
3. Lots 25 and 26, Block 14, J.T. Blaisdell's Revised Addition to Minneapolis ((123-127-131) 117 - 26th Street West, Minneapolis, MN 55404, ID #34-029-24-31-0026).

Also enclosed is our check in the amount of $140.00 as and for the cost to record the Deeds.

Thank you.

Sincerely,

Ronald D. Ousky

RDO:ln
Enclosures
cc: Penny Ream

COLLABORATIVE
PRACTICE
Resolving Disputes Respectfully.

QUIT CLAIM DEED
Individual to Individual

STATE DEED TAX DUE HEREON: $Exempt pursuant to Statute 287.22n

Date: 10/6, 2005

FOR VALUABLE CONSIDERATION, Robert Lee Kreisler, Jr., a single person, Grantor, hereby conveys and quitclaims to Penny Ream, Grantee, real property in Hennepin County, Minnesota, described as follows:

Lot 7, Block 5, Badger and Penney's Addition to Minneapolis

together with all hereditaments and appurtenances belonging thereto.

Check box if applicable:
[X] The Seller certifies that the seller does not know of any wells on the described real property.
[ ] A well disclosure certificate accompanies this document.
[ ] I am familiar with the property described in this instrument and I certify that the status and number of wells on the described real property have not changed since the last previously filed well disclosure certificate.

Robert Lee Kreisler, Jr.

STATE OF MINNESOTA)
)SS
COUNTY OF HENNEPIN )

The foregoing instrument was acknowledged before me this 6th day of October, 2005 by Robert Lee Kreisler, Jr., a single person, Grantor.

RONALD D. OUSKY
NOTARY PUBLIC - MINNESOTA
My Commission Expires Jan. 31, 2010

Notary Public

THIS INSTRUMENT WAS DRAFTED BY:

Ronald D. Ousky (#144289X)
3300 Edinborough Way, Suite 400
Edina, MN 55435
(952) 806-9787

Tax Statements for the real property described in this instrument should be sent to (include name and address of Grantee):

Penny Ream
7600 Bristol Village Drive
Suite 201
Bloomington MN 55438

QUIT CLAIM DEED
Individual to Individual

STATE DEED TAX DUE HEREON: $Exempt pursuant to Statute 287.22n Date: 10/6, 2005

FOR VALUABLE CONSIDERATION, Robert Lee Kreisler, Jr., a single person, Grantor, hereby conveys and quitclaims to Penny Ream, Grantee, real property in Hennepin County, Minnesota, described as follows:

Lot 7, Block 5, Badger and Penney's Addition to Minneapolis

together with all hereditaments and appurtenances belonging thereto.

Check box if applicable:
[X] The Seller certifies that the seller does not know of any wells on the described real property.
[ ] A well disclosure certificate accompanies this document.
[ ] I am familiar with the property described in this instrument and I certify that the status and number of wells on the described real property have not changed since the last previously filed well disclosure certificate.

Robert Lee Kreisler, Jr.

STATE OF MINNESOTA)
)SS
COUNTY OF HENNEPIN )

The foregoing instrument was acknowledged before me this 6th day of October, 2005 by Robert Lee Kreisler, Jr., a single person, Grantor.

RONALD D. OUSKY
NOTARY PUBLIC - MINNESOTA
My Commission Expires Jan. 31, 2010

Notary Public

THIS INSTRUMENT WAS DRAFTED BY:

Ronald D. Ousky (#144289X)
3300 Edinborough Way, Suite 400
Edina, MN 55435
(952) 806-9787

Tax Statements for the real property described in this instrument should be sent to (include name and address of Grantee):

Penny Ream
7600 Bristol Village Drive
Suite 201
Bloomington MN 55438

QUIT CLAIM DEED
Individual to Individual

STATE DEED TAX DUE HEREON: $Exempt pursuant to Statute 287.22n Date: 10/6, 2005

FOR VALUABLE CONSIDERATION, Robert Lee Kreisler, Jr., a single person, Grantor, hereby conveys and quitclaims to Penny Ream, Grantee, real property in Hennepin County, Minnesota, described as follows:

Lot 7, Block 5, Badger and Penney's Addition to Minneapolis

together with all hereditaments and appurtenances belonging thereto.

Check box if applicable:
[X] The Seller certifies that the seller does not know of any wells on the described real property.
[ ] A well disclosure certificate accompanies this document.
[ ] I am familiar with the property described in this instrument and I certify that the status and number of wells on the described real property have not changed since the last previously filed well disclosure certificate.

Robert Lee Kreisler, Jr.

STATE OF MINNESOTA)
)SS
COUNTY OF HENNEPIN )

The foregoing instrument was acknowledged before me this 6th day of 06 Mar, 2005 by Robert Lee Kreisler, Jr., a single person, Grantor.

RONALD D. OUSKY
NOTARY PUBLIC - MINNESOTA
My Commission Expires Jan. 31, 2010

Notary Public

THIS INSTRUMENT WAS DRAFTED BY:

Ronald D. Ousky (#144289X)
3300 Edinborough Way, Suite 400
Edina, MN 55435
(952) 806-9787

Tax Statements for the real property described in this instrument should be sent to (include name and address of Grantee):
Penny Ream
7600 Bristol Village Drive
Suite 201
Bloomington MN 55438