# EXHIBIT 13

# AFFIDAVIT

STATE OF MINNESOTA )
) ss.
COUNTY OF RAMSEY )

Robert L. Kreisler, Jr., having been sworn upon oath, deposes and states as follows:

1. That I am the owner of three rental properties in South Minneapolis: 2421 Pillsbury Avenue, 2500 Blaisdell Avenue, and 2530 Blaisdell Avenue.

2. That in December 2004, a Consent Decree was entered in the Eboni and Julius SternJohn case. I was a defendant in that lawsuit, and I agreed to the terms and conditions in that Consent Decree.

3. In January 2005, I hired Marathon Management Company to act as an independent property manager for my properties that were a part of the SternJohn Consent Decree. Marathon Management does not have any familial relationship to me.

4. Marathon Management and I mutually terminated our relationship in October, 2005, for business reasons.

5. After the termination of my relationship with Marathon Management, I hired Mr. Steve Nelson, to act as an interim independent property manager for my properties. Mr. Nelson does not

have any familial relationship to me. Mr. Nelson worked in this capacity until I found a permanent independent manager, explained below.

6. During the late summer and fall of 2005, I was also involved in the negotiations with the lawyer for my ex-wife, Penny Ream, regarding the property and asset settlement for our divorce, which was finalized in August 2004. The divorce decree granted to Ms. Ream lien interests equal to half of the equity in each of the six rental properties. In order to partially satisfy those liens, I ultimately agreed to transfer my property ownership interests in three properties, 2124 Garfield Avenue, 424 West 24th Street, and 123-131 West 26th Street, to my ex-wife.

7. In late November 2005, I hired Capital D, LLC to act as the independent property manager for my three remaining properties, 2421 Pillsbury Avenue, 2500 Blaisdell Avenue, and 2530 Blaisdell Avenue. The two partners in Capital D, LLC are Mr. Emmanuel Duerson and Mr. Derrick Dyka. Neither Mr. Duerson nor Mr. Dyka, or anyone with Capital D, LLC has any familial relationship to me.

8. Since December 2004, I have not made any tenancy-related decisions concerning any of the six properties listed in the Consent Decree. Since that time, I have not made any decisions regarding the approval or rejection of any tenant applications, or

decisions involving the negotiation or termination of any tenant leases for any of the six properties listed in the Consent Decree.

9. As part of the ongoing process of the Consent Decree, I was informed that the National Fair Housing Alliance had made arrangements to train my employees on December 7, 2005. I instructed my employees to make themselves available for that training. I learned on December 6, 2005 that the National Fair Housing Alliance cancelled that employee training. I since have learned that the National Fair Housing Alliance would like to conduct employee training in either January or February 2006. I have instructed my employees to make themselves available for training at that time.

Further your affiant sayth not.

Robert L. Kreisler, Jr.

Subscribed and sworn to before me
this 13th day of December, 2005.

Notary Public

LAURIE A. SCHARDIN
Notary Public
Minnesota
My Commission Expires January 31, 2010

# EXHIBIT 14

**Laitinen, Steve**

**From:** Cat Cloud [CatCloud@nationalfairhousing.org]
**Sent:** Wednesday, February 15, 2006 8:44 AM
**To:** Laitinen, Steve
**Subject:** FW: confirmation of training date

fyi

Cathy Cloud
Vice President
National Fair Housing Alliance
1212 New York Avenue, NW, Ste. 525
Washington, DC 20005
(202) 898-1661
(202) 371-9744 (fax)
catcloud@nationalfairhousing.org

---

**From:** Duerson, Emmanuel [mailto:EDuerson@CBBURNET.COM]
**Sent:** Tuesday, February 14, 2006 4:22 PM
**To:** Cat Cloud
**Subject:** RE: confirmation of training date

Hi Cat, Yes we are confirmed for the 28th. I have all the items you requested. We will meet at one of two locations, at 2500 Blaisdell Ave so, or at my office 3033 Excelsior Blvd. I will confirm which location, later this week. Both locations are office settings, with a conference room. We will have between 4-6 people attending. See you in two weeks.

**Emmanuel"Manny"Duerson**
**REALTOR**
**www.homesbymanny.com**
**612.915.2580 off**
**612.290.4663 cell**

---

**From:** Cat Cloud [mailto:CatCloud@nationalfairhousing.org]
**Sent:** Wed 2/8/2006 2:04 PM
**To:** Duerson, Emmanuel
**Cc:** Laitinen, Steve
**Subject:** confirmation of training date

Dear Mr. Duerson. I have not heard back from you since my message of January 25, so I want to make sure we are confirmed for fair housing and diversity training on February 28.

I will bring with me an LCD projector and computer, but I will need the following: a cart or table to put the projector and computer on, a power strip, a screen, and a DVD player with TV or screen. I'm assuming we will have a fairly small crowd, but if we are in a big space with lots of people, we would also need a cordless lavaliere microphone. If we could have internet access as well, that would be a plus (but not a necessity). I will bring training materials for the participants.

We are supposed to provide 6 hours of training, so I suggest we meet from 9-4 with an hour break for lunch. We will arrive by 8:15 or so to set up all the audio-visual equipment and make the final preparations.

Please let me know how many people will be in attendance, where the training session will be held, and a little about the facilities we will be in. Let me know if you have any questions.

Page 2 of 2

Sincerely,
Cat Cloud

Cathy Cloud
Vice President
National Fair Housing Alliance
(202) 898-1661
catcloud@nationalfairhousing.org