UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Eboni SternJohn and Julius SternJohn,

Civil No. 02-842 (MJD/JSM)

Plaintiffs,

vs.

Robert L. Kreisler, Jr., a/k/a Bob Peterson a/k/a/ Robert Peterson, d/b/a Kreisler Real Estate Company, d/b/a Whittier Real Estate Company, d/b/a KT Properties Partnership L.P., d/b/a Whittier Community Apartments, d/b/a Bristol Apartments; Solar Partnership, a/k/a Solar Partnership, L.L.P., a/k/a Solar Partnership I, L.L.P., a/k/a Solar Partnership III, L.L.P., a/k/a Solar Partnership IV, L.L.P., d/b/a Solar Corporation; and Larry Hopenfspirger, d/b/a Hopfenspirger Realty, Inc.,

Defendants.

**CERTIFICATE OF SERVICE**

---

I hereby certify that on February 15, 2006, I caused the following documents:

1. Defendants' Memorandum in Opposition to Plaintiff's Contempt Motion;

2. LR 7.1(c) Word Count Certificate;

3. Affidavit of Robert Kreisler; and

4. Affidavit of Stephen P. Laitinen

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Justin D. Cummins (jcummins@miller-obrien.com)
Brendan D. Cummins (bcummins@miller-obrien.com; jkvern@miller-obrien.com)

I further certify that I caused the proposed order to be filed with the court via e-mail to the following judge who is hearing the motion:

Magistrate Judge Janie S. Mayeron (mayeron_chambers@mnd.uscourts.gov)

and I certify that I caused a copy of the proposed order to be e-mailed, as noted below, to the following:

Justin D. Cummins (jcummins@miller-obrien.com)
Brendan D. Cummins (bcummins@miller-obrien.com; jkvern@miller-obrien.com)

Dated: February 15, 2006

**LARSON • KING, LLP**

By *s/Stephen P. Laitinen*

Stephen P. Laitinen (#239446)
2800 Wells Fargo Place
30 E. Seventh Street
St. Paul, MN 55101
Telephone: (651) 312-6500
Facsimile: (651) 312-6618

Attorneys for Defendants
Robert L. Kreisler, Jr.,
Kreisler Real Estate Company,
Whittier Real Estate Company, and
Whittier Community Apartments

1157369