UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Eboni SternJohn and Julius SternJohn,

Plaintiffs,

vs.

Robert L. Kreisler, Jr., a/k/a Bob Peterson a/k/a/ Robert Peterson, d/b/a Kreisler Real Estate Company, d/b/a Whittier Real Estate Company, d/b/a KT Properties Partnership L.L.P., d/b/a Whittier Community Apartments, d/b/a Bristol Apartments; Solar Partnership, a/k/a Solar Partnership, L.L.P., a/k/a Solar Partnership I, L.L.P., a/k/a Solar Partnership III, L.L.P., a/k/a Solar Partnership IV, L.L.P., d/b/a Solar Corporation; and Larry Hopenfspirger, d/b/a Hopfenspirger Realty, Inc.,

Defendants.

Civil No. 02-842 (MJD/JSM)

**MOTION FOR ALTERATION OR AMENDMENT, OR, ALTERNATIVELY, FOR CLARIFICATION OF THE COURT'S JULY 7, 2006 ORDER**

---

TO: Plaintiffs and their attorney, Justin D. Cummins, Esq., **MILLER O'BRIEN, PLLP,**One Financial Plaza, 120 South Sixth Street, Suite 2400, Minneapolis, MN 55420

## <u>MOTION</u>

Counsel for Defendants respectfully moves this Court for an order granting their motion for alteration or amendment, or, alternatively, for clarification of the Court's July 7, 2006 order. This motion will be based upon all the files, affidavits, and memoranda of counsel. Oral argument is requested, and has been scheduled with the Court.

Respectfully submitted,

Dated: July 17, 2006

**LARSON • KING, LLP**

By s/Stephen P. Laitinen
Stephen P. Laitinen (#239446)
Angela Beranek Brandt (#293143)
2800 Wells Fargo Place
30 E. Seventh Street
St. Paul, MN 55101
Telephone: (651) 312-6500
Facsimile: (651) 312-6618

*Attorneys for Defendants*
*Robert L. Kreisler, Jr.,*
*Kreisler Real Estate Company,*
*Whittier Real Estate Company, and*
*Whittier Community Apartments*

1170736