UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Eboni SternJohn and Julius SternJohn,

Plaintiffs,

vs.

Robert L. Kreisler, Jr., a/k/a Bob Peterson a/k/a/ Robert Peterson, d/b/a Kreisler Real Estate Company, d/b/a Whittier Real Estate Company, d/b/a KT Properties Partnership L.L.P., d/b/a Whittier Community Apartments, d/b/a Bristol Apartments; Solar Partnership, a/k/a Solar Partnership, L.L.P., a/k/a Solar Partnership I, L.L.P., a/k/a Solar Partnership III, L.L.P., a/k/a Solar Partnership IV, L.L.P., d/b/a Solar Corporation; and Larry Hopenfspirger, d/b/a Hopfenspirger Realty, Inc.,

Defendants.

Civil No. 02-842 (MJD/JSM)

**NOTICE OF HEARING**

---

TO: Plaintiffs and their attorney, Justin D. Cummins, Esq., **MILLER O'BRIEN, PLLP,**One Financial Plaza, 120 South Sixth Street, Suite 2400, Minneapolis, MN 55420

**NOTICE OF HEARING**

**PLEASE TAKE NOTICE** that on Tuesday, August 15, 2006, at 9:30 a.m. Defendants' Motion for Alteration or Amendment, or, Alternatively, for Clarification, will be heard before the Honorable Janie S. Mayeron, in Courtroom 5 of the Federal Court Building, 180 East Fifth Street, St. Paul, MN 55101.

Defendants will move the Court for an Order to alter, amend, or clarify the Court's July 7, 2006 Order.

Respectfully submitted,

Dated: July 17, 2006

**LARSON • KING, LLP**

By s/Stephen P. Laitinen
Stephen P. Laitinen (#239446)
Angela Beranek Brandt (#293143)
2800 Wells Fargo Place
30 E. Seventh Street
St. Paul, MN 55101
Telephone: (651) 312-6500
Facsimile: (651) 312-6618

*Attorneys for Defendants*
*Robert L. Kreisler, Jr.,*
*Kreisler Real Estate Company,*
*Whittier Real Estate Company, and*
*Whittier Community Apartments*