**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

**Eboni SternJohn and Julius SternJohn v. Robert L. Kreisler, Jr., et al.**

**Court File No. 02-842 (MJD/JSM)**

**CERTIFICATE OF SERVICE**

I hereby certify that on July 17, 2006, I electronically filed:

1. Defendants' Motion For Alteration Or Amendment, Or, Alternatively, For Clarification Of The Court's July 7, 2006 Order
2. Notice of Hearing;
3. Defendants' Memorandum in Support of Motion For Alteration Or Amendment, Or, Alternatively, For Clarification Of The Court's July 7, 2006 Order; and
4. Certificate of Service

with the Clerk of Court by using the ECF which will send a notice of electronic filing to the following:

Justin D. Cummins, Esq. jcummins@miller-obrien.com
Brendan D. Cummins, Esq. bcummins@miller-obrien.com
Maurice W. O'Brien, Esq. bobrien@miller-obrien.com

I further certify that I caused the proposed Order to be filed with the court via e-mail to the following judge who is hearing the motion:

The Hon. Magistrate Judge Janie S. Mayeron

and I certify that I caused a copy of the proposed Order to be e-mailed to the following:

Justin D. Cummins, Esq. (via e-mail)
Brendan D. Cummins, Esq. bcummins@miller-obrien.com
Maurice W. O'Brien, Esq. bobrien@miller-obrien.com

Dated: July 17, 2006

**LARSON • KING, LLP**

By s/Stephen P. Laitinen

Stephen P. Laitinen (#239446)
Angela Beranek Brandt (#293143)
2800 Wells Fargo Place
30 E. Seventh Street
St. Paul, MN 55101
Telephone: (651) 312-6500
Facsimile: (651) 312-6618

*Attorneys for Defendants*
*Robert L. Kreisler, Jr.,*
*Kreisler Real Estate Company,*
*Whittier Real Estate Company, and*
*Whittier Community Apartments*

1170741