UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil Number 01-CV-842 MJD/JGL

---------------------------

Eboni SternJohn and Julius SternJohn,

Plaintiffs,

vs.

Robert L. Kreisler, Jr., a/k/a Bob Peterson, a/k/a Robert Peterson, d/b/a Kreisler Real Estate Company, d/b/a Whittier Real Estate Company, d/b/a KT Properties Partnership, L.L.P., d/b/a Whittier Community Apartments, d/b/a Bristol Apartments; Solar Partnership, a/k/a Solar Partnership, L.L.P., a/k/a Solar Partnership I, L.L.P., a/k/a Solar Partnership III, L.L.P., a/k/a Solar Partnership IV, L.L.P., d/b/a Solar Corporation; and Larry Hopfenspirger, d/b/a Hopfenspirger Reality, Inc.,

Defendants.

---------------------------

DEPOSITION OF

ROBERT KREISLER

VOLUME II

AUGUST 20, 2002

9:08 A.M.

COPY

Reported by:

BARBARA J. CAREY, RPR



EXHIBIT A

A My wife's a very, very wealthy person.

Q You testified that a lot of the properties that you take over are distressed prior to you taking them over.

Is there any particular reason why you take over these properties rather than properties that aren't distressed?

A Define take over, please.

Q When I say "take over," I mean become an owner of the property.

A I am not attempting to help you, only clarify. Are we talking about 2421, 2500, those also?

Q Sure. We can focus on that, if you'd like.

A No, I don't care what one we focus on, but when we talk about ownership and why we do what we do, as I've said, I've been involved with managing a property, most recently, prior to purchasing the property. So I'm not sure where we're going to go with this, so I'm looking for as much help as I can, please.

Q Right. What I'm interested in is your testimony about being involved with distressed properties. You talked about how --

A Distressed means, please?

Q I'm using your word.