**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

Eboni SternJohn and Julius SternJohn,

Plaintiffs,

vs.

Robert L. Kreisler, Jr., a/k/a Bob Peterson, a/k/a Robert Peterson, d/b/a Kreisler Real Estate Company, d/b/a Whittier Real Estate Company, d/b/a KT Properties Partnership L.P., d/b/a Whittier Community Apartments, d/b/a Bristol Apartments; Solar Partnership, a/k/a Solar Partnership, L.L.P, a/k/a Solar Partnership I, L.L.P., a/k/a Solar Partnership III, L.L.P., a/k/a Solar Partnership IV, L.L.P., d/b/a Solar Corporation; and Larry Hopfenspirger, d/b/a Hopfenspirger, Realty, Inc.,

Defendants.

Court File No. 02-cv842 (MJD/JSM)

**CERTIFICATION OF BRIEF LENGTH**

I hereby certify that this brief conforms to the requirements of LR 7.1(c), for a brief produced with a proportional font. The length of this brief is 1,154words. This brief was prepared using MS Word.

Dated: July 24, 2006.

**MILLER-O'BRIEN**

s/ Justin D. Cummins
Justin D. Cummins (276248)
One Financial Plaza
120 South Sixth Street, Suite 2400
Minneapolis, MN 55402
(612) 333-5831

**ATTORNEYS FOR PLAINTIFF**