**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**CERTIFICATE OF SERVICE**

**EBONI STERNJOHN AND JULIUS STERNJOHN V. ROBERT L. KREISLER, JR, ET AL.**

**COURT NO. 02-842 (MJD/JSM)**

I hereby certify that on July 24, 2006, I caused the following documents:

1. Plaintiffs' Memorandum in Opposition to Defendants' Motion For Alteration or Amendment of the Court's July 7, 2006 Order; and

2. Certification of Brief Length.

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Stephen P. Laitinen, Esquire
Larson King, LLP
2800 Wells Fargo Place
30 East Seventh Street
St. Paul, MN 55101

Dated: July 24, 2006.

s/ Justin D. Cummins
Justin D. Cummins (#276248)
MILLER-O'BRIEN
120 South Sixth Street, Suite 2400
Minneapolis, MN 55402
(612) 333-5831

**Attorneys for Plaintiffs**