UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Civil No. 02-842 MJD/JSM

Eboni SternJohn et al.,

Plaintiffs,

v.

NOTICE OF HEARING

Robert L. Kreisler, Jr. et al.,

Defendants.

The civil motions in the above case scheduled to be heard on August 15, 2006 at 9:30 a.m. before the undersigned Magistrate Judge will be held in **Courtroom 8E**, 300 South Fourth Street, Minneapolis, Minnesota.

Dated: July 24, 2006

*s/ Janie S. Mayeron*
JANIE S. MAYERON
United States Magistrate Judge