UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Eboni SternJohn and Julius SternJohn,

Plaintiffs,

vs.

Robert L. Kreisler, Jr., a/k/a Bob Peterson a/k/a/ Robert Peterson, d/b/a Kreisler Real Estate Company, d/b/a Whittier Real Estate Company, d/b/a KT Properties Partnership L.L.P., d/b/a Whittier Community Apartments, d/b/a Bristol Apartments; Solar Partnership, a/k/a Solar Partnership, L.L.P., a/k/a Solar Partnership I, L.L.P., a/k/a Solar Partnership III, L.L.P., a/k/a Solar Partnership IV, L.L.P., d/b/a Solar Corporation; and Larry Hopenfspirger, d/b/a Hopfenspirger Realty, Inc.,

Defendants.

Civil No. 02-842 (MJD/JSM)

**MOTION TO EXTEND TIME FOR APPEAL**

---

TO: Plaintiffs and their attorney, Justin D. Cummins, Esq., MILLER O'BRIEN, PLLP, One Financial Plaza, 120 South Sixth Street, Suite 2400, Minneapolis, MN 55420

## MOTION

Counsel for Defendants respectfully moves this Court for an order granting an extension of time to appeal from the Court's July 7, 2006 Order. This motion is brought under Rule 4(a)(5) of the Federal Rules of Appellate Procedure and is submitted to the Court on written submissions.

On July 7, 2006, Magistrate Mayeron issued an Order finding that Defendants had violated Section II of a Consent Decree [Docket 106] and ordering Defendants to pay

certain attorney fees and liquidated damages. The Order also stated that Defendants "remain obligated to insure that Penny Ream is not involved in tenant-related decisions" with respect to certain properties, potentially imposing future obligations on Defendants. The Order did not direct entry of judgment and, to date, no judgment has been entered in connection with the Order.

Defendants have moved to alter, amend, and/or clarify the Order under Rules 52(b), 59(e), and 60(b)(6) of the Federal Rules of Civil Procedure. Defendants believe that these pending motions toll the time for appeal under Rule 4(a)(4) of the Federal Rules of Appellate Procedure. Robert Kreisler believes that this motion is the type of tolling motion that would toll the time for appeal under Federal Rule of Civil Appellate Procedure 4. However, because of the unusual nature of this Order and the fact that it relates to enforcement of the Consent Decree, therefore, Defendants respectfully move for an Order extending the time for appeal for 30 additional days, which would bring the time for appeal to September 6, 2006.

Respectfully submitted,

Dated: July 26, 2006

**LARSON • KING, LLP**

By s/Stephen P. Laitinen
Stephen P. Laitinen (#239446)
Angela Beranek Brandt (#293143)
2800 Wells Fargo Place
30 E. Seventh Street
St. Paul, MN 55101
Telephone: (651) 312-6500
Facsimile: (651) 312-6618

*Attorneys for Defendants*
*Robert L. Kreisler, Jr.,*
*Kreisler Real Estate Company,*
*Whittier Real Estate Company, and*
*Whittier Community Apartments*

1171077