UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Eboni SternJohn and Julius SternJohn,

Plaintiffs,

vs.

Robert L. Kreisler, Jr., a/k/a Bob Peterson a/k/a/ Robert Peterson, d/b/a Kreisler Real Estate Company, d/b/a Whittier Real Estate Company, d/b/a KT Properties Partnership L.L.P., d/b/a Whittier Community Apartments, d/b/a Bristol Apartments; Solar Partnership, a/k/a Solar Partnership, L.L.P., a/k/a Solar Partnership I, L.L.P., a/k/a Solar Partnership III, L.L.P., a/k/a Solar Partnership IV, L.L.P., d/b/a Solar Corporation; and Larry Hopenfspirger, d/b/a Hopfenspirger Realty, Inc.,

Defendants.

Civil No. 02-842 (MJD/JSM)

**NOTICE OF MOTION**

---

TO: Plaintiffs and their attorney, Justin D. Cummins, Esq., MILLER O'BRIEN, PLLP**,** One Financial Plaza, 120 South Sixth Street, Suite 2400, Minneapolis, MN 55420

**NOTICE OF MOTION**

**PLEASE TAKE NOTICE** that Defendants bring this Motion to Extend Time for Appeal under Rule 4(a)(5) of the Federal Rules of Appellate Procedure. Such motion will be submitted to Magistrate Janie Mayeron based upon written submissions and without any oral argument.

Respectfully submitted,

Dated: July 26, 2006

**LARSON • KING, LLP**

By s/Stephen P. Laitinen

Stephen P. Laitinen (#239446)
Angela Beranek Brandt (#293143)
2800 Wells Fargo Place
30 E. Seventh Street
St. Paul, MN 55101
Telephone: (651) 312-6500
Facsimile: (651) 312-6618

*Attorneys for Defendants*
*Robert L. Kreisler, Jr.,*
*Kreisler Real Estate Company,*
*Whittier Real Estate Company, and*
*Whittier Community Apartments*