**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Eboni SternJohn, *et al*, Civil File No. 02-842 (MJD/JSM)

Plaintiff,

vs.

Robert L. Kreisler, Jr., *et al.*,

Defendants.

---

**MOTION BY PENNY REAM FOR MODIFICATION OR CLARIFICATION OF JULY 7, 2006 ORDER**

---

Penny Ream, the former spouse of Defendant Robert Kreisler, Jr., moves the Court, by the Honorable Janie S. Mayeron for modification or clarification of the Order of the Court dated July 7, 2006 with respect to the portion of the Order affecting Ms. Ream's interests, i.e., paragraph 2, which states:

> The defendants remain obligated to insure that Penny Ream is not involved in tenant-related decisions with respect to 2124 Garfield Avenue, Minneaplis; 424 West 24th Street, Minneapolis; and 123-131 West 26th Street, Minneapolis.

Specifically, Ms. Ream requests that the Order be modified as follows:

A. That Paragraph 2 be stricken and the following substituted:

> The defendants may have no involvement in tenant-related decisions with respect to 2124 Garfield Avenue, Minneapolis; 424 West 24th Street, Minneapolis; and 123-131 West 26th Street, Minneapolis.

B. That additional paragraphs 4, 5, and 6 be added as follows:

4. Whenever Penny Ream advertises for tenants in print or other media, she will run classified advertisements in community newspapers aimed at minority readers, such as the *Twin Cities Courier, The Spokesman, Asian-American Press*, and *Insight News*, on a rotating basis.

5. Ms. Ream, along with all of her current and future employees, will participate in annual anti-bias training sessions that must be conducted by an outside consultant at her expense or that of Defendant Kreisler.

6. Ms. Ream will post the Anti-Discrimination/Anti-Harassment/Anti-Retaliation Policy that is set forth in Attachment A to the SternJohn/Kreisler Consent Decree at the main public entryway to her buildings at 2124 Garfield Avenue, Minneapolis; 424 West 24th Street, Minneapolis; and 123-127-131 West 26th Street, Minneapolis.

and that

C. These provisions shall expire on January 1, 2009, unless otherwise ordered by the Court.

Ms. Ream's Motion is based upon the fact that her interest in her properties is adversely affected by the July 7th Order, and is made upon all of the files, records, and proceedings herein, including her Memorandum of Law, Affidavit of Penny Ream, Supplemental Affidavit of Penny Ream, Affidavit of Marshall H. Tanick, and Affidavit of Ronald Ousky.

**MANSFIELD, TANICK & COHEN, P.A.**

Dated: August 1, 2006

By: s/ Marshall H. Tanick

Marshall H. Tanick (108303)
Stephen H. Parsons (84219)
1700 U.S. Bank Plaza South
220 South Sixth Street
Minneapolis, MN 55402-4511
(612) 339-4295
**ATTORNEYS FOR PENNY REAM**

419981