**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Eboni SternJohn, *et al*, Civil File No. 02-842 (MJD/JSM)

Plaintiff,

vs.

Robert L. Kreisler, Jr., *et al.*,

Defendants.

---

**NOTICE OF MOTION BY PENNY REAM FOR MODIFICATION OR CLARIFICATION OF JULY 7, 2006 ORDER**

---

**TO: THE COURT AND THE PARTIES HERETO, BY THEIR RESPECTIVE ATTORNEYS:**

**PLEASE TAKE NOTICE** that at 9:30 a.m. on Tuesday, August 15, 2006 in Courtroom 8E, United States Courthouse, 300 South Fourth Street, Minneapolis, Minnesota, Penny Ream, the former spouse of Defendant Robert Kreisler, Jr., will move the Court, by the Honorable Janie S. Mayeron for modification or clarification of the Order of the Court dated July 7, 2006.

**MANSFIELD, TANICK & COHEN, P.A.**

Dated: August 1, 2006

By: s/ Marshall H. Tanick

Marshall H. Tanick (108303)
Stephen H. Parsons (84219)
1700 U.S. Bank Plaza South
220 South Sixth Street
Minneapolis, MN 55402-4511
(612) 339-4295
**ATTORNEYS FOR PENNY REAM**

420652