FAMILY LAW ATTORNEY & MEDIATOR

Restructuring Families Through [illegible]
Mediation and Other [illegible]

September 13, 2005

Robert Lee Kreisler, Jr.
121 Elmwood Place West
Minneapolis, MN 55419

Dear Mr Kreisler,

As you may recall, I represented your ex-wife, Penny Ream, in an action for the dissolution of your marriage that was ultimately entered on August 30, 2004.

The Marital Termination Agreement and the Judgment and Decree require that you pay Ms. Ream a cumulative total of $200,000 on or before the end of 2004 and that you pay a cumulative total of $500,000 by the end of this year. I understand that Ms. Ream has not received the $200,000 that was due at the end of the last year. I also understand that Ms. Ream has been negotiating with you about the possibility of receiving certain properties in satisfaction of the $500,000. I have assisted Ms. Ream by preparing a proposed Stipulation that would resolve that issue.

Despite Ms. Ream's efforts to resolve this issue by agreement, she apparently does not have the $200,000 or a signed agreement. Therefore she has asked me to issue this demand for payment and to set a deadline for resolving this issue.

Unless this issue is resolved by October 15, 2005, (either by a payment of the $200,000 or in some other suitable manner) Ms. Ream will need to pursue other options for enforcing the Judgment and Decree.

If you are being represented by an attorney in this matter, please refer this to your attorney and have your attorney contact me at your earliest convenience. If you are not represented on this matter, you may contact either Ms. Ream or myself directly with your response.

Sincerely,

Ronald D. Ousky
RDO:ln
Enclosures
cc: Penny Ream

EXHIBIT
tabbies
2

RONALD D. OUSKY - Attorney & Mediator
ron@ousky.com

LINDA NIEMEYER - Paralegal
linda@ousky.com

BARB JELLICH - Paralegal
barb@ousky.com

3300 Edinborough Way, Suite 400 · Edina, Minnesota [illegible]