**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Eboni SternJohn, *et al*,

Plaintiff,

vs.

Robert L. Kreisler, Jr., *et al*

Defendants.

Civil File No. 82-842
(MJD/JSM)

**CERTIFICATE OF SERVICE**

---

I hereby certify that on August 1, 2006, I caused the following documents:

- Notice of Motion by Penny Ream for Modification or Clarification of July 7, 2006 Order;
- Motion by Penny Ream for Modification or Clarification of July 7, 2006 Order;
- Memorandum of Penny Ream in Support of Joinder in Motion to Alter, Amend, or Clarify July 7, 2006 Order;
- Affidavit of Penny Ream;
- Supplemental Affidavit of Penny Ream (with Exhibit);
- Affidavit of Marshall H. Tanick (with Exhibits); and
- Affidavit of Ronald Ousky (with Exhibits)

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Stephen P. Laitenan: slaitenan@larsonking.com
Justin D. Cummins: jcummins@miller-obrien.com

I further certify that I caused the proposed order to be filed with the court via e-mail to the following judge who is hearing the motion:

Honorable Janie S. Mayeron: mayeron_chambers@mnd.uscourts.gov

and I certify that I caused a copy of the proposed order to be emailed as noted below to the following:

Stephen P. Laitenan: slaitenan@larsonking.com
Justin D. Cummins: jcummins@miller-obrien.com

Dated: August 1, 2006

s/Nichole L. Bowen
Nichole L. Bowen

420673