UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

EBONI STERNJOHN, et al., CIVIL NO. 02-842 (MJD/JSM)

Plaintiffs,

v. ORDER

ROBERT L. KREISLER, JR., et al.,

Defendants.

The above matter came on before the undersigned upon defendants' Motion to Extend Time for Appeal [Docket No. 183].

The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED that defendants' Motion to Extend Time for Appeal [Docket No. 183] is denied. The Court finds no good cause under Rule 4(a)(5) for extending the time for appeal.

Dated: August 2, 2006

*s/ Janie S. Mayeron*
JANIE S. MAYERON
United States Magistrate Judge