MILLER O'BRIEN
A Professional Limited Liability Partnership
ATTORNEYS
One Financial Plaza
120 South Sixth Street, Suite 2400
Minneapolis, MN 55402-1809
(612) 333-5831

FAX (612) 342-2613
E-mail: miller-obrien@miller-obrien.com
Web Address: www.miller-obrien.com

Brendan D. Cummins
Justin D. Cummins
Kelly A. Jeanetta
Richard A. Miller
Margaret Luger-Nikolai
M. William O'Brien

Robert J. Alfton
of Counsel

Samual I. Sigal
1905-1995

February 8, 2006

**VIA FACSIMILE AND U.S. MAIL**

Mr. Marshall H. Tanick, Esq.
Mansfield, Tanick & Cohen, P.A.
220 South Sixth Street, Suite 1700
Minneapolis, MN 55402

Re: SternJohn v. Kreisler, et al.
Court File No.: 02-842 MJD/JSM
Our File No.: 51-4714-01

Dear Mr. Tanick:

In connection with this afternoon's Court conference involving the SternJohns' counsel and Robert Kreisler's counsel, I am writing to advise you that the parties will file papers with respect to the SternJohns' contempt action against Mr. Kreisler in the above-referenced matter. The parties agreed today to file those papers by February 15, 2006.

I am contacting you because you previously called me on Penny Ream's behalf regarding obligations under the Consent Decree. You also defended Ms. Ream's deposition in the United States' parallel case against Mr. Kreisler. If you are not Ms. Ream's counsel with respect to Consent Decree issues, please immediately advise me who is so that I can notify them of the contempt action. In any event, please so advise Ms. Ream.

One of the contempt-action issues before Magistrate Judge Mayeron is whether Mr. Kreisler's conveyance of several apartment buildings to Ms. Ream violated the Consent Decree. If you have any questions or concerns, feel free to contact me. Thank you for your prompt attention to this matter.

MILLER·O'BRIEN

Justin D. Cummins

cc: Mr. Stephen P. Laitnen, Esq.
clients

EXHIBIT
tabbies
1