Date: 08/07/2006

# Detail Transaction File List

Miller O'Brien P.L.L.P.



| Trans Date | Tmkr | Rate | Hours to Bill | Amount | |
|---|---|---|---|---|---|
| 07/19/2006 | JDC | 240.00 | 1.30 | 312.00 | Review of Kreisler motion papers; Office conference(s) with attorney B. O'Brien re: response options; Preparation of responsive papers. |
| 07/20/2006 | JDC | 240.00 | 4.60 | 1104.00 | Revise response to Kreisler motion; Office conference(s) with attorney B. O'Brien re: legal & factual issues. |
| 07/21/2006 | JDC | 240.00 | 3.60 | 864.00 | Legal research concerning agency jurisprudence on consent decree coverage; revise memo of law opposing motion to amend Contempt Order. |
| 07/24/2006 | JDC | 240.00 | 2.40 | 576.00 | Finalize memo of law opposing motion to amend Contempt order; serve & file same. |
| 07/26/2006 | JDC | 240.00 | 0.30 | 72.00 | Review of defendant's motion to extend the deadline to appeal & related materials. |
| 07/31/2006 | JDC | 240.00 | 0.30 | 72.00 | Telephone conference with attorneys S. Laitenen & M. Tanick re: potential settlement. |
| 08/03/2006 | JDC | 240.00 | 0.80 | 192.00 | Preparation for oral argument to oppose amending protective order. |
| | | | 13.30 | 3192.00 | |
| 07/17/2006 | MWO | 0.250 | | 6.75 | Black & White Photocopies |
| 07/24/2006 | MWO | 0.250 | | 12.00 | Black & White Photocopies |
| 07/26/2006 | MWO | 0.250 | | 5.50 | Black & White Photocopies |
| | | | | 24.25 | Black & White Photocopies |
| 07/14/2006 | MWO | 0.390 | | 1.56 | Postage |
| 07/14/2006 | MWO | 0.390 | | 0.63 | Postage |
| 07/24/2006 | MWO | 0.390 | | 2.61 | Postage |
| | | | | 4.80 | Postage |
| 07/11/2006 | MWO | 1.000 | | 48.00 | Fax |
| 07/14/2006 | MWO | 1.000 | | 10.00 | Fax |
| 07/24/2006 | MWO | 1.000 | | 24.00 | Fax |
| | | | | 82.00 | Fax |
| **Total for Client ID 514714.020** | | Billable | 13.30 | 3303.05 | Sternjohn/Eboni & Julius Scope of Consent Decree - Kreisler Motion |

EXHIBIT

2