**Detail Transaction File List**
Miller O'Brien P.L.L.P.

| Trans Date | Tmkr | Rate | Hours to Bill | Amount | |
|---|---|---|---|---|---|
| 07/14/2006 | JDC | 240.00 | 1.90 | 456.00 | Review of Ream intervention papers & prepare response; Legal research re: gounds for intervention. |
| 07/31/2006 | JDC | 240.00 | 0.30 | 72.00 | Telephone conference with attorneys S. Laitenen & M. Tanick re: potential settlement. |
| 08/01/2006 | JDC | 240.00 | 0.50 | 120.00 | Office conference(s) with attorney B. Cummins re: factual issues & legal strategy; Telephone conference with client re: same and settlement issues; |
| 08/02/2006 | JDC | 240.00 | 1.10 | 264.00 | Review of P. Ream motion papers; Office conference(s) with attorney B. Cummins re: legal strategy; Revise response to Ream motion papers. |
| 08/03/2006 | JDC | 240.00 | 1.80 | 432.00 | Legal research concerning waiver & proper scope of decree; Revise memo of law opposing P. Ream motion to alter Contempt Order; Telephone call to attorney M. Tanick re: settlement. |
| 08/03/2006 | JDC | 240.00 | 3.90 | 936.00 | Revise memo of law opposing P. Ream motion; Prepare affidavit & related exhibits & proposed order |
| 08/04/2006 | JDC | 240.00 | 5.30 | 1272.00 | Telephone call to attorney M. Tanick re: settlement; revise memo of law opposing P. Ream motion & related affidavit/exhibits; Legal research concerning waiver & scope issues. |
| 08/07/2006 | JDC | 240.00 | 1.40 | 336.00 | Finalize opposition motion papers; serve & file the same. |
| | | | 16.20 | 3888.00 | |
| **Total for Client ID 514714.040** | | Billable | 16.20 | 3888.00 | Sternjohn/Eboni & Julius Scope of Consent Decree - Ream Motion |

EXHIBIT 3