**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**CERTIFICATE OF SERVICE**

**EBONI STERNJOHN AND JULIUS STERNJOHN V. ROBERT L. KREISLER, JR, ET AL.**

**COURT NO. 02-842 (MJD/JSM)**

I hereby certify that on August 7, 2006, I caused the following documents:

1. Plaintiffs' Memorandum in Opposition to Penny Ream's Motion for Modification or Clarification of the Court's July 7, 2006 Order;
2. Affidavit of Justin D. Cummins along with exhibits; and
3. Certification of Brief Length.

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Stephen P. Laitinen, Esq.
Larson King, LLP
2800 Wells Fargo Place
30 East Seventh Street
St. Paul, MN 55101

Marshall H. Tanick, Esq.
Stephen H. Parsons, Esq.
Mansfield, Tanick & Cohen, P.A.
1700 U.S. Bank Plaza South
220 South Sixth Street
Minneapolis, MN 55402

I further certify that I caused the Proposed Order to be filed with the court via e-mail to the following judge who is hearing the motion:

Magistrate Judge Mayeron
United States District Court
mayeron_chambers@mnd.uscourts.gov

and caused a copy of the foregoing Proposed Order to be mailed by first class mail, postage paid, to the following:

Stephen P. Laitinen, Esq.
Larson King, LLP
2800 Wells Fargo Place
30 East Seventh Street
St. Paul, MN 55101

Marshall H. Tanick, Esq.
Stephen H. Parsons, Esq.
Mansfield, Tanick & Cohen, P.A.
1700 U.S. Bank Plaza South

220 South Sixth Street
Minneapolis, MN 55402

Dated: August 7, 2006.

s/ Justin D. Cummins

Justin D. Cummins (#276248)
MILLER-O'BRIEN
120 South Sixth Street, Suite 2400
Minneapolis, MN 55402
(612) 333-5831

**Attorneys for Plaintiffs**