UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Eboni SternJohn and Julius SternJohn,

Plaintiffs,

vs.

Robert L. Kreisler, Jr., a/k/a Bob Peterson a/k/a/ Robert Peterson, d/b/a Kreisler Real Estate Company, d/b/a Whittier Real Estate Company, d/b/a KT Properties Partnership L.L.P., d/b/a Whittier Community Apartments, d/b/a Bristol Apartments; Solar Partnership, a/k/a Solar Partnership, L.L.P., a/k/a Solar Partnership I, L.L.P., a/k/a Solar Partnership III, L.L.P., a/k/a Solar Partnership IV, L.L.P., d/b/a Solar Corporation; and Larry Hopenfspirger,

d/b/a Hopfenspirger Realty, Inc.,

Defendants,

**COURT FILE NO. 02-CV-842 MJD/JSM**

**NOTICE OF APPEARANCE**

---

TO: CLERK OF THE DISTRICT COURT, 300 SOUTH FOURTH STREET, MINNEAPOLIS, MN 55415.

PLEASE TAKE NOTICE that Louise Dovre Bjorkman of the law firm of Larson • King LLP, 2800 Wells Fargo Place, 30 East Seventh Street, St. Paul, Minnesota 55101, hereby appears in the above-captioned action as counsel on behalf of Defendant Robert L. Kreisler, Jr., a/k/a Bob Peterson a/k/a/ Robert Peterson, d/b/a Kreisler Real Estate Company, d/b/a Whittier Real Estate Company, d/b/a KT Properties Partnership L.L.P., d/b/a Whittier Community Apartments, d/b/a Bristol Apartments. Please add Ms. Bjorkman to the electronic notice system for this case.

Date: August 7, 2006

**LARSON • KING, LLP**

By s/ Louise Dovre Bjorkman
Stephen P. Laitinen (#239446)
Angela Beranek Brandt (#293143)
Louise Dovre Bjorkman (#166947)
2800 Wells Fargo Place
30 E. Seventh Street
St. Paul, MN 55101
Telephone: (651) 312-6500
Facsimile: (651) 312-6618

*Attorneys for Defendants Robert L. Kreisler, Jr., a/k/a Bob Peterson a/k/a/ Robert Peterson, d/b/a Kreisler Real Estate Company, d/b/a Whittier Real Estate Company, d/b/a KT Properties Partnership L.L.P., d/b/a Whittier Community Apartments, d/b/a Bristol Apartments*

1172279