UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Eboni SternJohn and Julius SternJohn,

Plaintiffs,

-v-

Robert L. Kreisler, Jr., a/k/a Bob Peterson a/k/a/ Robert Peterson, d/b/a Kreisler Real Estate Company, d/b/a Whittier Real Estate Company, d/b/a KT Properties Partnership L.L.P., d/b/a Whittier Community Apartments, d/b/a Bristol Apartments; Solar Partnership, a/k/a Solar Partnership, L.L.P., a/k/a Solar Partnership I, L.L.P., a/k/a Solar Partnership III, L.L.P., a/k/a Solar Partnership IV, L.L.P., d/b/a Solar Corporation; and Larry Hopenfspirger, d/b/a Hopfenspirger Realty, Inc,

Defendants.

Civil No. 02-CV-842 (MJD/JSM)

**NOTICE OF APPEAL**

---

TO: Plaintiffs above named and their attorney, Justin D. Cummins, Esq., MILLER O'BRIEN, PLLP, One Financial Plaza, 120 South Sixth Street, Suite 2400, Minneapolis, MN 55420

Notice is hereby given that Defendants Robert L. Kreisler, Jr., a/k/a Bob Peterson a/k/a Robert Peterson, d/b/a Kreisler Real Estate Company, d/b/a Whittier Real Estate Company, d/b/a KT Properties Partnership L.L.P., d/b/a Whittier Community Apartments and d/b/a Bristol Apartments hereby appeal to the United States Court of Appeals for the Eighth Circuit from the Order of the United States District Court for the District of Minnesota entered in this action on the 7th day of July, 2006

Dated: August 7, 2006.

**LARSON • KING, LLP**

By **s/Louise Dovre Bjorkman**

Stephen P. Laitinen, #239446
Angela Beranek Brandt #293143
Louise Dovre Bjorkman #166947
2800 Wells Fargo Place
30 East Seventh Street
St. Paul, MN 55101
Telephone: (651) 312-6500
Facsimile: (6510) 312-6618

*Attorneys for Defendants Robert L. Kreisler, Jr., a/k/a Bob Peterson, a/k/a Robert Peterson, d/b/a Kreisler Real Estate Company,d/b/a Whittier Real Estate Company,d/b/a KT Properties PartnershipL.L.P., d/b/a Whittier Community Apartments and d/b/a Bristol Apartments*

*1172017*