U. S. COURT OF APPEALS –EIGHTH CIRCUIT Appeal Docket No. ____________

APPELLANT'S FORM A

Appeal Information Form

To be filed with the Notice of Appeal

**Make 3 copies of completed form**

| STYLE OF CASE | COUNSEL: NAME, ADDRESS, AND TELEPHONE NUMBER |
|---|---|
| Eboni SternJohn and Julius SternJohn<br><br>Appellees, | See Attachment A |
| vs | |
| Robert L. Kreisler, Jr., a/k/a Bob Peterson a/k/a/ Robert Peterson, d/b/a Kreisler Real Estate Company, d/b/a Whittier Real Estate Company, d/b/a KT Properties Partnership L.L.P., d/b/a Whittier Community Apartments, d/b/a Bristol Apartments,<br><br>Appellants, | COUNSEL: NAME, ADDRESS, AND TELEPHONE NUMBER<br><br>See Attachment A |
| and<br>Solar Partnership, a/k/a Solar Partnership, L.L.P., a/k/a Solar Partnership I, L.L.P., a/k/a Solar Partnership III, L.L.P., a/k/a Solar Partnership IV, L.L.P., d/b/a Solar Corporation; and Larry Hopenfspirger, d/b/a Hopfenspirger Realty, Inc,<br><br>Defendants. | See Attachment A |

LIST ISSUES ON APPEAL (For administrative purposes). You may indicate that this also serves as your statement of issues under FRAP 10(b) (3). ? Yes X No

See Attachment B

FOR LEAD COUNSEL ONLY

I X have ( have not) Discussed settlement possibilities on appeal with my client.

This appeal _________ is (**not** is not) amenable to settlement.

Submitted by:

s/Stephen P. Laitinen
Signature of Lead Counsel

INSTRUCTIONS:
Filing of appellant's Form A is required to be submitted to the Clerk of the District Court with the Notice of Appeal (8 Cir. Rule 3B).
If inadvertently omitted, appellant may file Form A directly with the Clerk of the Court of Appeals before appeal is docketed.
Forms are available at the District Court Clerk's Office and may also be obtained electronically at: www.ca8.uscourts.gov
Copy I - Send to Appellee (together with an uncompleted Form B)
Copies 2 & 3 - Send to Clerk, District Court with Notice of Appeal or Eighth Circuit (see above)
Copy 4 – Retain

1172006