# ATTACHMENT A

## Counsel for the Parties

Attorneys for Appellees Eboni SternJohn and Julius SternJohn

Justin D. Cummins
Brendan Cummins
Maurice W. O'Brien
Miller-O'Brien, P.L.L.P.
120 South Sixth Street, Suite 2400
Minneapolis, MN 55402
Telephone: (612) 333-5831

Attorneys for Appellants Robert L. Kreisler, Jr., a/k/a Bob Peterson a/k/a/ Robert Peterson, d/b/a Kreisler Real Estate Company, d/b/a Whittier Real Estate Company, d/b/a KT Properties Partnership L.L.P., d/b/a Whittier Community Apartments, d/b/a Bristol Apartments

Stephen B. Laitinen
Angela Beranek Brandt
Louise D. Bjorkman
Larson King, LLP
30 East Seventh Street, Suite 2800
St. Paul, MN 55101
Telephone: (651) 312-6500

Attorneys for Defendants Solar Partnership, a/k/a Solar Partnership, L.L.P., a/k/a Solar Partnership I, L.L.P., a/k/a Solar Partnership III, L.L.P., a/k/a Solar Partnership IV, L.L.P., d/b/a Solar Corporation; and Larry Hopenfspirger, d/b/a Hopfenspirger Realty, Inc

Patrick J. Sauter
Kathellen M. Daly
Rider Bennett, LLP
33 South Sixth Street, Suite 4900
Minneapolis, MN 55402
Telephone: (612) 340-8900

Attorneys for Penny Ream

Marshall H. Tanick
Stephen H. Parsons
Mansfield, Tanick & Cohen, P.A.
220 South Sixth Street, Suite 1700
Minneapolis, MN 55402-4511
Telephone (612) 339-4295