# Attachment B

Issues on Appeal:

1. Whether the district court erred in finding Appellants violated Section II of the Consent Decree entered on December 10, 2004.

2. Whether the district court erred in finding Appellants are obligated to insure that Penny Ream, who is not a party to this action, is not involved in tenant-related decisions with respect to three rental properties located in Minneapolis, Minnesota.

1172261