UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Eboni SternJohn and Julius SternJohn, Civil No. 02-842 (MJD/JSM)

Plaintiffs,

vs.

Robert L. Kreisler, Jr., a/k/a Bob Peterson a/k/a/ Robert Peterson, d/b/a Kreisler Real Estate Company, d/b/a Whittier Real Estate Company, d/b/a KT Properties Partnership L.L.P., d/b/a Whittier Community Apartments, d/b/a Bristol Apartments; Solar Partnership, a/k/a Solar Partnership, L.L.P., a/k/a Solar Partnership I, L.L.P., a/k/a Solar Partnership III, L.L.P., a/k/a Solar Partnership IV, L.L.P., d/b/a Solar Corporation; and Larry Hopenfspirger, d/b/a Hopfenspirger Realty, Inc.,

**CERTIFICATE OF SERVICE**

Defendants.

---

I hereby certify that on August 7, 2006, I caused the following documents:

1. Notice of Appeal; and

2. Appellant’s Form A.

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Justin D. Cummins, Esq. jcummins@miller-obrien.com
Brendan D. Cummins, Esq. bcummins@miller-obrien.com
Maurice W. O'Brien, Esq. bobrien@miller-obrien.com
Kathleen M. Daly, Esq. kdaly@riderlaw.com
Patrick J.Sauter, Esq. psauter@riderlaw.com
Stephen H. Parsons, Esq. sparsons@mansfieldtanick.com

Marshall H. Tanick, Esq. mtanick@mansfieldtanick.com

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

None

Dated: August 7, 2006

**LARSON • KING, LLP**

By s/ Louise Dovre Bjorkman
Stephen P. Laitinen (#239446)
Angela Beranek Brandt (#293143)
Louise Dovre Bjorkman (#166947)
2800 Wells Fargo Place
30 E. Seventh Street
St. Paul, MN 55101
Telephone: (651) 312-6500
Facsimile: (651) 312-6618

*Attorneys for Defendants Robert L. Kreisler, Jr., a/k/a Bob Peterson a/k/a/ Robert Peterson, d/b/a Kreisler Real Estate Company, d/b/a Whittier Real Estate Company, d/b/a KT Properties Partnership L.L.P., d/b/a Whittier Community Apartments, d/b/a Bristol Apartments*