CV. 02-842 MJD/JSM

Court Name: US District Court Minnesota
Division: 0

Receipt Number: 34641001130
Cashier ID: mcnutich
Transaction Date: 08/07/2006
Payer Name: LARSON KING

---

NOTICE OF APPEAL/DOCKETING FEE
For: LARSON KING
Case/Party: D-MNX-0-02-CV-000842-001
Amount: $455.00

---

CHECK
Check/Money Order Num: 51791
Amt Tendered: $455.00

---

Total Due: $455.00
Total Tendered: $455.00
Change Amt: $0.00

SCANNED
AUG 07 2006
M. C
U.S. DISTRICT COURT ST. PAUL