# UNITED STATES DISTRICT COURT
## District of Minnesota

Richard D. Sletten, Clerk
Wendy S. Osterberg, Chief Deputy Clerk

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 Federal Building
515 West First Street
Duluth, MN 55802
(218) 529-3500

212 U.S. Courthouse
118 South Mill Street
Fergus Falls, MN 56537
(218) 739-5758

## TRANSMITTAL OF APPEAL

**Date:** August 8, 2006
**To:** U.S. COURT OF APPEALS, 8TH CIRCUIT
**From:** Rena L. Riemer, Deputy Clerk

**In Re:** District Court Case No.: 02-842 MJD/JSM
Eighth Circuit Case No.:
Case Title: Eboni Sternjohn et al v. Robert L. Kreisler, Jr, et al

---

Enclosed, please find three appeal packets each containing a copy of the Notice of Appeal, the Order and/or Judgment appealed, and a certified copy of the docket sheet as of the date of this transmittal.

The statutory filing fee has:

__X__ been paid, receipt # 3001130.
_____ not been paid as of 8/8/06. IFP _____ is _____ is not pending.
_____ been waived because:
______ Application for IFP Granted ______ USA filed appeal

Length of Trial: days

Was a court reporter utilized? __X__ ____

If yes, please identify the court reporter:
Name: Lori Simpson
Address:

Phone: 612-664-5104

_____ Forms A & B were not received; please see attached forms.

_____ Forms A & B were given to counsel at the counter.

__X__ Completed Form A enclosed in transmittal letter.