Attorneys at Law
A Limited Liability Partnership

Suite 4900
33 South Sixth Street
Minneapolis, MN 55402

RIDER BENNETT

**Kathleen M. Daly**
Telephone: 612.340.7908
Fax: 612.337.7508
kdaly@riderlaw.com

August 14, 2006

The Honorable Janie S. Mayeron
610 Federal Building
316 North Robert Street
St. Paul, MN 55101

***Re: Eboni SternJohn, et al v. Robert L, Kreisler, Jr., et al.***
***Court File No. 82-842 (MJD/JSM)***

Dear Judge Mayeron:

Defendant Larry Hopfenspirger takes no position on Defendant Kreisler's Motion to Alter/Amend/Clarify the Court's Order of July 6, 2006.

Unless the Court directs otherwise, counsel for Defendant Hopfenspirger will not appear for the Motion hearing scheduled for tomorrow, August 15, 2006 at 9:30 a.m. By copy of this letter the same is being sent to all parties of record.

Very truly yours,

RIDER BENNETT, LLP

By ______________________
Kathleen M. Daly

KMD:jap

cc: All parties of record

1404805-1