# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL MOTION HEARING

EBONI STERNJOHN, et al.,

Plaintiff(s),

v.

ROBERT L. KREISLER, JR., et al.,

Defendant(s).

## COURT MINUTES
BEFORE: Janie S. Mayeron
U.S. Magistrate Judge

| | |
|---|---|
| Case No: | CIVIL NO. 02-842 (MJD/JSM) |
| Date: | August 15, 2006 |
| Court Reporter: | Maureen Rooney |
| Time Commenced: | 9:30 a.m. |
| Time Concluded: | 11:00 a.m. |
| Time in Court: | 1 Hour & 30 Minutes |

APPEARANCES:

For Plaintiff: Justin Cummins, Esq
For Defendant: Stephen Laitenen, Esq.
Penny Ream: Marshall Tanick, Esq.

Interpreter / Language: NA

IF MOTION IS RULED ON PLEASE INCLUDE DOCUMENT NUMBER AND TITLE APPEARING IN CM/ECF.

**ORDER TO BE SUBMITTED BY:** ☒ **COURT** ☐ **PLAINTIFF** ☐ **DEFENDANT**

Defendants' Motion to Alter Judgment or Amendment or for Clarification of July 7, 2006 Order [Docket No. 177] and Non-Party Penny Ream's Motion to Amend/Correct or Clarify Order of July 7, 2006 [Docket No. 185].

Motions taken under advisement as of: August 15, 2006

☒ ORDER TO BE ISSUED ☐ NO ORDER TO BE ISSUED ☐ R&R TO BE ISSUED ☐ NO R&R TO BE ISSUED

☐ Exhibits retained by the Court ☐ Exhibits returned to counsel

s/sgk
Signature of Law Clerk