UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

EBONI STERNJOHN, et al., CIVIL NO. 02-842 (MJD/JSM)

Plaintiff,

v. ORDER

ROBERT L. KREISLER, JR., et al.,

Defendants.

JANIE S. MAYERON, U.S. Magistrate Judge

The above matter came on before the undersigned upon Defendants' Motion to Alter Judgment or Amendment or for Clarification of July 7, 2006 Order [Docket No. 177] and Non-Party Penny Ream's Motion to Amend/Correct or Clarify Order of July 7, 2006 [Docket No. 185]. Justin Cummins, Esq. appeared on behalf of plaintiffs; Stephen Laitenen, Esq. appeared on behalf of defendants Robert L. Kreisler, Jr. a/k/a Bob Peterson, a/k/a Robert Peterson, d/b/a Kreisler Real Estate Company, d/b/a Whittier Real Estate Company, d/b/a KT Properties Community Apartments, d/b/a Whittier Community Apartments, d/b/a Bristol Apartments ("the Kreisler defendants"); and Marshall Tanick, Esq. appeared on behalf of non-party Penny Ream ("Ream"). Plaintiff Ebony SternJohn and Ream were present during the hearing.

At this hearing, plaintiffs, the Kreisler defendants, and Ream entered into and placed on the record an Addendum to the Consent Decree [Docket No. 160]. This Addendum resolved the motions brought by the Kreisler defendants and Ream, and

plaintiffs' request for attorneys fees and costs incurred in opposing the Kreisler defendants' motion.

Therefore, the Court, upon all of the files, records, proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED that:

1. Defendants' Motion to Alter Judgment or Amendment or for Clarification of July 7, 2006 Order [Docket No. 177] is **WITHDRAWN** per the representations of defendants' counsel.

2. Non-Party Penny Ream's Motion to Amend/Correct or Clarify Order of July 7, 2006 [Docket No. 185] is **WITHDRAWN** per the representations of Ream's counsel.

3. Plaintiffs' Request for Attorney's Fees and Costs is **WITHDRAWN** per the representations of plaintiffs' counsel.

4. Paragraph 2 of this Court's July 7, 2006 Order [Docket No. 176] is **STRICKEN** in light of the Addendum to the Consent Decree.

5. The underesigned accepts the Addendum to the Consent Decree entered into by the parties at the hearing.

6. The parties are directed to file the Addendum to the Consent Decree with the Court and to send the Addendum to the Honorable Michael J. Davis for his signature.

Dated: August 15, 2006

s/ *Janie S. Mayeron*
JANIE S. MAYERON
United States Magistrate Judge