# UNITED STATES COURT OF APPEALS

## FOR THE EIGHTH CIRCUIT

No. 06-3096

| | |
|---|---|
| Eboni Sternjohn; Julius Sternjohn,<br><br>Appellees,<br><br>vs.<br><br>Robert L. Kreisler, Jr., a/k/a Bob Peterson a/k/a Robert Peterson, d/b/a Kreisler Real Estate Company, d/b/a Whittier Real Estate Company, d/b/a KT Properties Partnership L.L.P., d/b/a Whittier Community Apartments, d/b/a Bristol Apartments;<br><br>Appellant,<br><br>Solar Partnership, a/k/a Solar Partnership, L.L.P., a/k/a Solar Partnership I, L.L.P., a/k/a Solar Partnership III, L.L.P., a/k/a Solar Partnership IV, L.L.P.; Larry Hopfenspirger, d/b/a Hopfenspirger Realty, Inc.,<br><br>Defendants. | Appeal from the United States District Court for the District of Minnesota |

**JUDGMENT**

The joint motion for dismissal of this appeal is granted in accordance with the stipulation. The appeal is hereby dismissed.

The Court's mandate shall issue forthwith.

(5359-010199)

August 29, 2006

SCANNED
SEP 01 2006
U.S. DISTRICT COURT MPLS

Order Entered Under Rule 27B(a):

Michael E. Gans

Clerk, U.S. Court of Appeals, Eighth Circuit

A TRUE COPY OF THE ORIGINAL
MICHAEL E. GANS. CLERK
UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
BY: Michael E. Gans

**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**
THOMAS F. EAGLETON COURT HOUSE
ROOM 24.329
111 S. 10TH STREET
ST. LOUIS, MISSOURI 63102

MICHAEL E. GANS
Clerk of Court

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

RECEIVED BY U.S. MAIL
2006 SEP -1 AM 9:21
CLERK, U.S. DIST COURT MINNEAPOLIS, MN

August 29, 2006

Ms. Louise Dovre Bjorkman
LARSON & KING
Suite 2800
30 E. Seventh Street
St. Paul, MN 55101

Re: 06-3096 Eboni SternJohn vs. Robert L. Kreisler

Dear Counsel:

Enclosed is a copy of an order entered today in the above case. Mandate is being issued and sent today to the Clerk of the United States District Court.

(5009-010199)

Sincerely,

Michael E. Gans
Clerk of Court

srd

Enclosure(s)

cc: Honorable Michael J. Davis, U.S. District Judge
Justin David Cummins
Brendan D. Cummins
Maurice W. O'Brien
Stephen P. Laitinen
Angela Beranek Brandt
Richard Sletten, Clerk

District Court/Agency Case Number(s): 0:02-cv-00842-MJD