THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

---

Eboni SternJohn and Julius SternJohn,

Plaintiffs,

vs.

Robert L. Kreisler, Jr., a/k/a Bob Peterson, a/k/a Robert Peterson, d/b/a Kreisler Real Estate Company, d/b/a Whittier Real Estate Company, d/b/a KT Properties Partnership L.P., d/b/a Whittier Community Apartments, d/b/a Bristol Apartments; Solar Partnership, a/k/a Solar Partnership L.L.P., a/k/a Solar Partnership I, L.L.P., a/k/a Solar Partnership III, L.L.P., a/k/a Solar Partnership IV., L.L.P., d/b/a Solar Corporation; and Larry Hopfenspirger, d/b/a Hopfenspirger Realty, Inc.,

Defendants.

**SATISFACTION OF JUDGMENT**

Court File No: 02-CV-0842 (MJD/JSM)

---

A confession of judgment entered by Robert L. Kreisler, Jr., a/k/a Bob Peterson, a/k/a Robert Peterson, d/b/a Kreisler Real Estate Company, d/b/a Whittier Real Estate Company, d/b/a KT Properties Partnership, L.P., d/b/a Whittier Community Apartments, d/b/a Bristol Apartments (hereinafter "Kreisler") on October 22, 2004, was not intended to include the Solar Defendants, i.e., Solar Partnership, a/k/a Solar Partnership, L.L.P., a/k/a Solar Partnership I, L.L.P., a/k/a Solar Partnership III, L.L.P., a/k/a Solar Partnership IV, L.L.P., d/b/a Solar Corporation; and Larry Hopfenspirger, d/b/a Hopfenspirger Realty, Inc. It is hereby acknowledged that the judgment, if any, against the Solar Defendants and Larry Hopfenspirger, d/b/a Hopfenspirger Realty, Inc., are satisfied in full and you are hereby authorized to satisfy and discharge said judgment of record against the Solar Defendants and Larry Hopfenspirger, d/b/a

Hopfenspirger Realty, Inc., listed above. The judgment rendered against Kreisler is not affected or satisfied by this document.

MILLER – O'BRIEN

By s/ Justin D. Cummins
Justin D. Cummins (#276248)
M. William O'Brien (#130229)
Attorneys for Plaintiffs Eboni SternJohn and Julius SternJohn
One Financial Plaza
120 South Sixth Street, Suite 2400
Minneapolis, MN 55402
Telephone: (612)333-5831
jcummins@miller-obrien.com

Dated: October 26, 2006.

Subscribed and sworn to before me
this 26th day of October, 2006.

s/ Jodi L. Kvern
Notary Public